# EXHIBIT A

HOFSTRA UNIVERSITY (../../index.html)  Admission  Programs  Student Life  Research  About  MyHofstra (//my.hofstra.edu/)  Resources +

## BURSAR/STUDENT ACCOUNTS



**Apply**

**Give (//www.hofstra.edu/alumni/support/support_giving)**

### Parent Services

**E-BILL (https://ebill.hofstra.edu/C20848_tsa/web/login.jsp)**

**HOFSTRACARD (../../studentaffairs/studentservices/hofcrd/hofcard_services.html#part3)**

View student's account statement and make payments **online (https://ebill.hofstra.edu/C20848_tsa/web/login.jsp)**.

Add cash to your student's Dutch Debits account **online (../../studentaffairs/studentservices/hofcrd/hofcard_services.html#part3)**!

*Students can access these services through the Student Services menu within the portal.*

HOME (../../index.html) / ... (../index.html) / BURSAR (index.html)

**ESTIMATED CHARGES FOR 2020-2021 (../../pdf/sfs/bursar/bursar-cost-estimate.pdf)**

## Tuition and Fees 2019-2020

**Payment Information & Instructions (bursar_paymentoptions.html)**   **University Refund Policy**

**Choose a Section**

### Undergraduate Tuition −

| Undergraduate Tuition | Full-Time Tuition: Fall UG (12-17 credits) | $23,225 per term |
|---|---|---|
| | **Voluntary 4 yr. Locked in Rate:** New Fall 2019 UG | $25,025 per term |
| | Part-time Undergraduate, 199-level and below courses, | $1,560 per credit hour |
| | 199-level and below Undergraduate charge for Full-time students taking more than 17 credits | $1,560 per credit hour over 17 credits |
| | Additional charge for participating in the PALS program, per term | $7,300 per term |

### Graduate Tuition −

| Graduate Tuition | Graduate, 200-level and above courses Zarb School of Business | $1,430 per credit hour |
|---|---|---|
| | Graduate, 200-level and above courses All graduate programs with the exception of those in the Zarb School of Business and Special Programs listed below. | $1,398 per credit hour |

### Special Programs −

| Special Programs | Audiology Program | $1,450 per credit hour |
|---|---|---|
| | Executive M.B.A. | $95,680 full program cost |
| | Online M.B.A. | $1,430 per credit hour |
| | • Executive Coaching Fee - 19-20 Cohort Admits | $400 Fall only |

### Credit By Examination −

| Credit By Examination | For 1 credit | $368 |
|---|---|---|
| | For 2 credit | $620 |
| | For 3 credit | $842 |
| | Each additional credit | $257 |

### Prior Learning −

| Prior Learning | Up to 3 credits per assessment in one department | $362 |
|---|---|---|
| | For each additional credit in the same assessment, in the same department | $257 |

### Off-Campus Administration Fee

| Off-Campus Administration Fee | For students studying off-campus abroad or domestically for Non-Hofstra Programs (Fall and Spring) | $1,175 |
|---|---|---|
| | For students studying off-campus abroad or domestically for Non-Hofstra Programs (January) | $336 |
| | For students studying off-campus abroad or domestically for Non-Hofstra Programs (Summer) | $665 |

### Maintain Matriculation Fee

| Maintain Matriculation Fee | Students maintaining matriculation | $220 per term |
|---|---|---|

### University Fee

| University Fee, per term | Full-time Undergraduate students (Fall and Spring) | $345 per term |
|---|---|---|
| | Graduate students registering for 12 or more credits (Fall and Spring) | $350 per term |
| | Undergraduate and Graduate students registering for 8 to 11.99 credits, (Fall and Spring) | $200 per term |
| | Undergraduate and Graduate students registering for up to 7.99 credits (Fall and Spring) | $110 per term |
| | Undergraduate and Graduate students registering for the January session | $50 January session |
| | Undergraduate and Graduate students registering for the Summer Sessions I, II and III | $78 per session |

### Technology Fee

| Technology Fee | Undergraduate and Graduate students registering for 12 or more credits (Fall and Spring) | $105 per term |
|---|---|---|
| | Undergraduate and Graduate students registering for 8 to 11.99 credits (Fall and Spring) | $60 per term |
| | Undergraduate and Graduate students registering for up to 7.99 credits (Fall and Spring) | $35 per term |
| | Undergraduate and Graduate students (Summer Sessions I and II) | $35 per session |

### Activity Fee

| Activity Fee | Full-time Undergraduate students (Fall and Spring) | $80 per term |
|---|---|---|
| | Part-time Undergraduate students (Fall and Spring) | $10 per term |
| | Full-time Graduate students (Fall and Spring) | $30 per term |
| | Part-time Graduate students | $20 per session |
| | Undergraduate students (January and Summer I, II and III) | $10 per session |
| | Graduate students (January and Summer I, II and III) | $20 per session |

### Private Instruction Fee

| Private Instruction Fee | Music Courses where the course number ends with P (per course) | $900 per course |
|---|---|---|
| | Music Courses where the course number ends with C or D (per course) | $463 per course |

### Consortium Fee

| Consortium Fee | Audiology Program combined fee (per term) | $500 per term |
|---|---|---|

### International Students Health Insurance Fee

| | | |
|---|---|---|
| International Students Health Insurance Fee | International students (Fall and Spring) | $1,053.50 per term |

### Application Fee

| | | |
|---|---|---|
| Application Fee | Payable upon application for admission to the University by all full-time domestic Undergraduate students, paper/online application | $70 |
| | Payable upon application for admission to the University by all international Undergraduate students | $75 |
| | Payable upon application for admission to the University by all Graduate students (exceptions noted below) | $75 |
| | Payable upon application for admission to the following Graduate programs: Nursing, Occupational Therapy, Public Health and Speech-Language Pathology | $50 |

### Late Registration Fee

| | | |
|---|---|---|
| Late Registration Fee | For continuing Undergraduate students who register after May 31st for the Fall semester, and after January 1, 2020 for the Spring semester | $100 |
| | For continuing Undergraduate students who register after August 1st for the Fall semester | $200 |
| | For all students who register after the first week of classes (Fall and Spring) | $300 |
| | For all students who register after semester begins (January and Summer) | $100 |

### Late Payment Fee

| | | |
|---|---|---|
| Late Payment Fee | Payments received/uncleared accounts after August 1 (for Fall) | $100 |
| | Payments received/uncleared accounts after September 15 (for Fall) | $150 |
| | Payments received/uncleared accounts after October 15 (for Fall) | $250 |
| | Payments received/uncleared accounts after January 6 (for Spring) | $100 |
| | Payments received/uncleared accounts after February 15 (for Spring) | $150 |
| | Payments received/uncleared accounts after March 15 (for Spring) | $250 |
| | Monthly Fee for missing a payment while on a payment plan | $100 |

### Interest Charges

| | | |
|---|---|---|
| Interest Charges | Unpaid balances after the term ends | 1% per month |

### Returned Check Fee

| | | |
|---|---|---|
| Returned Check Fee | Fee for uncollected check returned by bank, per check returned | $25 |

### Program Change Fee

| | | |
|---|---|---|
| Program Change Fee | Begins September (fall 2019) Begins February (spring 2020) | $25 |

### Diploma /Certificate Fee

| | | |
|---|---|---|
| Diploma /Certificate Fee | Replacement | $35 |

### Transcript Fee

| | | |
|---|---|---|
| Transcript Fee | Requests submitted online via the Hofstra Portal | $0 |
| | Requests submitted via paper form (per copy) | $5 |
| | Same day service fee(additional to request fee) | $10 |
| | USPS Express Mail Service (additional to request fee) - determined by USPS | $25.50 |

### Course Description Fee

| | | |
|---|---|---|
| Course Description Fee | Copy Per Page (Note: Course descriptions from 1997-onward are available for free online at bulletin.hofstra.edu by selecting "Bulletin Archives" from the menu.) | $3 |

### Late Filing Fee for Graduation

| Late Filing Fee for Graduation | See Office of Academic Records for dates | $25/each |
|---|---|---|

### HofstraCard Replacement Fee −

| HofstraCard Replacement Fee | For each lost or stolen HofstraCard | $25 |
|---|---|---|

## Law School Tuition and Fees

### Law School Tuition −

| Law School Tuition | Full-time Law and LLM students | $30,127 per term |
|---|---|---|
| | Part-time students, January & Summer, JD/MBA students, JD/MPH and other approved joint program students | $2,140 per credit hour |
| | Part-time Law students | $22,598 per term |
| | Part-time LLM students | $15,063.50 per term |
| | Online LLM or Master of Arts in Health Law & Policy | $1,398 per credit hour |

### University Fee −

| University Fee | Full-time students (Fall and Spring) | $150 per term |
|---|---|---|
| | All Part-time students (Fall and Spring) | $105 per term |

### Technology Fee −

| Technology Fee | Full-time students (Fall and Spring) | $125 per term |
|---|---|---|
| | All Part-time students (Fall and Spring) | $85 per term |

### Health Services Fee −

| Health Services Fee | Full-time students (Fall and Spring) | $53 per term |
|---|---|---|
| | All Part-time students (Fall and Spring) | $32 per term |

### Activity Fee −

| Activity Fee | Full-time students (Fall and Spring) | $30 per term |
|---|---|---|
| | All Part-time students (Fall and Spring) | $15 per term |

### Late Payment Fee −

| Late Payment Fee | Payments received/uncleared accounts after August 1 (for Fall) | $100 |
|---|---|---|
| | Payments received/uncleared accounts after September 15 (for Fall) | $150 |
| | Payments received/uncleared accounts after October 15 (for Fall) | $250 |
| | Payments received/uncleared accounts after January 6 (for Spring) | $100 |
| | Payments received/uncleared accounts after February 15 (for Spring) | $150 |
| | Payments received/uncleared accounts after March 15 (for Spring) | $250 |

### Interest Charges −

| Interest Charges | Unpaid balances after the term ends | 1% per month |
|---|---|---|

## Medical School Tuition and Fees

### Medical School Tuition −

| Medical School Tuition | Full-time students, MD and MD/PhD | $23,915 per term |
| --- | --- | --- |
| | MD/PhD at the PhD rate | $12,500 per term |
| | Full-time students, PhD | $12,500 per term |

### University Fee −

| University Fee | Full-time students | $750 per term |
| --- | --- | --- |

### Late Payment Fee −

| Late Payment Fee | | |
| --- | --- | --- |
| First and Second Year Students | Payments received/uncleared accounts after August 1 (for Fall) | $100 |
| | Payments received/uncleared accounts after September 15 (for Fall) | $150 |
| | Payments received/uncleared accounts after October 15 (for Fall) | $250 |
| Third and Fourth Year Students | Payments received/uncleared accounts after June 3 (for Fall) | $100 |
| | Payments received/uncleared accounts after July 15 (for Fall) | $150 |
| | Payments received/uncleared accounts after August 15 (for Fall) | $250 |
| All Students | Payments received/uncleared accounts after December 6 (for Spring) | $100 |
| | Payments received/uncleared accounts after February 15 (for Spring) | $150 |
| | Payments received/uncleared accounts after March 15 (for Spring) | $250 |

### Interest Charges −

| Interest Charges | Unpaid balances after the term ends | 1% per month |
| --- | --- | --- |

## Housing Rates

### Room Rates −

| Room Rates | |
| --- | --- |
| Graduate Singles | $8,858 per term |
| Graduate Double | $7,761 per term |
| Super Single | $7,761 per term |
| Suite Single | $6,952 per term |
| Single Room | $6,952 per term |
| Suite with lounge | $6,624 per term |
| Suite without Lounge | $5,480 per term |
| Suite Triple | $4,764 per term |
| Towers Double | $5,480 per term |
| Towers Triple | $4,764 per term |
| Towers Quad | $5,480 per term |

### Housing Fees −

| Housing Fees | |
| --- | --- |
| Residence Life Fee | $120 per term |
| Laundry Fees | $10/each summer term |
| Housing Cancellation Fee | $1,500 per term |

**Dining Plan Rates**

Dining Plan Rates

**For more details, visit Dining Services (https://new.dineoncampus.com/hofstra/for-residents)**

| | |
|---|---|
| Plan 1 Commuter Plan | $525 per term |
| Plan 2 (not available to first year residents) | $990 per term |
| Plan 3 (not available to first year residents) | $1,850 per term |
| Plan 4 (not available to first year residents) | $2,030 per term |
| Plan 5 | $2,370 per term |
| Plan 6 | $2,575 per term |
| Plan 7 | $2,734 per term |

**Housing Refund Information (../../studentaffairs/studentservices/reslife/reslif_refund_schedule.html)**

**Top of Page**

**Please direct inquiries regarding tuition to:**

Student Financial Services and Registrar Suite
206 Memorial Hall
126 Hofstra University
Hempstead, New York 11549-1260

📞 (516) 463-8000
Fax: (516) 463-4847
✉ **Email (mailto:sfs@hofstra.edu)**

**Please direct inquiries regarding housing to:**

Office of Residential Life
Room 126 Wellness and Campus Living Center
250 Hofstra University
Hempstead, New York 11549-2000

📞 (516) 463-6930
Fax: (516) 463-4107

## University Refund Policy for Undergraduate and Graduate Students

*(Students in the School of Law or School of Medicine should refer to their respective Office of Student Affairs for their policies)*

The University shall refund student payments, other than Title IV aid, in accordance with the following schedule. Please note that fees, such as university, technology and activity fees, as well as, special course fees and private instruction fees are non-refundable once the semester begins. Students must apply for all eligible refunds in writing. An application for refund is available in the Student Financial Services and Registrar Suite or on the University Web site.

Students wishing to withdraw from the University must meet with an adviser in the Office of Academic Advisement, 101 Memorial Hall. All official withdrawals must be certified by the Office of Academic Advisement prior to the processing of refunds.

| Date of Withdrawal | Refund of Tuition & Fees (less non-refundable fees) |
|---|---|
| Prior to the 1st day of classes | 100% |
| 1st week of classes | 100% |
| 2nd week of classes | 75% |
| 3rd week of classes | 50% |
| 4th week of classes | 25% |
| Thereafter | 0% |

The refund policy associated with housing and dining plans is available from the Office of Residence Life.

Students are required to withdraw from classes in accordance with established policy. Students may not withdraw from classes or the University without official notification. Non-attendance from classes does not constitute withdrawal. Students remain fully responsible for all financial obligations, subject to the refund schedule above.

NOTE: Non-attendance of classes does not constitute an official withdrawal, and does not relieve the student of his or her financial obligation, or entitle the student to a refund.

For an example refund calculation, please go to this link: **www.hofstra.edu/sfs/bursar/bursar_refund.html (bursar_refund.html)**

Students who withdraw completely from classes during the period of time in which the tuition refund schedule applies (usually the first four weeks of the term), will have their scholarships prorated based on their tuition charges. The term will still count against the student's maximum number of eligible terms.

**For example:** a student who withdraws during the 50% refund timeframe will be entitled to 50% of their scholarship amount.

Students who withdraw from some classes and drop to part time status during the tuition refund schedule, will not be entitled to retain any scholarships. Scholarships require full time enrollment (minimum of 12 credits).

This policy pertains to Institutional scholarships and grants; excludes departmental, activity and graduate departmental awards.

### Parent Services

**E-BILL (https://ebill.hofstra.edu/C20848_tsa/web/login.jsp)**

View student's account statement and make payments **online (https://ebill.hofstra.edu/C20848_tsa/web/login.jsp)**.

**HOFSTRACARD (../../studentaffairs/studentservices/hofcrd/hofcard_services.html#panel2-3)**

Add cash to your student's Dutch Debits account **online (../../studentaffairs/studentservices/hofcrd/hofcard_services.html#panel2-3)**!

*Students can access these services through the Student Services menu within the portal.*

---

**Hofstra Events**

TUESDAY, NOVEMBER 17, 2020

**Humanities New York Readings and Discussion Series: Place and Story: Nine Ways to Cross a River (https://events.hofstra.edu/?eID=38544)**
06:30 PM

| more events | (//events.hofstra.edu)

**Translate Our Site**

Use Google Translate to read our site in your language.

Select Language ▼

**Get More Hofstra**

(../../home/news/news_campus_life.html/visit_urlsupport-giving.html?add_user=hofstrauniversity)

**Featured Links**

» **Campus Alerts (../../home/news/news_campus_life.html)**
» **Academic Calendar (../../studentaffairs/studentservices/academicrecords/acad_calendars.html)**
» **Athletics (../../athletics/index.html)**
» **Career Services (../../studentaffairs/studentservices/career/index.html)**
» **Contact Us (../../visitors/visitors_info_index.html)**

» **Give to Hofstra (../../alumni/support-giving.html)**
» **Job Opportunities (../../about/jobs/index.html)**
» **Policies (../../about/policy/index.html)**
» **Privacy Policy (../../about/policy/policy-privacy.html)**
» **GDPR Privacy Policy (../../about/policy/policy-gdpr.html)**
» **Public Safety (../../about/publicsafety/index.html)**
» **Student Financial Services & Registrar (../index.html)**

**Need PDF Reader?**

**Download PDF Reader Software (https://get.adobe.com/reader/)**

**Accessibility**

(../../home/news/news_campus_life.html/visit_urlsupport-giving.html?add_user=hofstrauniversity) are having any difficulty using this website, please contact the ITS Service Desk at **Help@Hofstra.edu (mailto:help@hofstra.edu)** or by calling **516-463-7777 (tel:1-516-463-7777)**. Please identify the webpage address or URL and the specific problems you have encountered and we will address the issue. If you have a disability-related question regarding accessing the website, contact Student Access Services at **SAS@hofstra.edu (mailto:SAS@hofstra.edu)** or call **516-463-7075 (tel:1-516-463-7075)**.

**About Hofstra**

**Hofstra University is an EO/AA/ADA educator and employer. (https://www.hofstra.edu/eoe)**

HOFSTRA UNIVERSITY // Hempstead, New York 11549-1000 // **(516) 463-6600 (tel:15164636600)** © Hofstra University All Rights Reserved