# EXHIBIT B



# GUIDE TO PRIDE

## STUDENT HANDBOOK

2019-2020



ALMA MATER

"Blue and Gold"

Composed by Robert Rosen '16

Where minds are filled with wonder, and hearts are full of pride,
There stands our Alma Mater, so radiant a shine.
Nurturing thy scholars, like parents raise their young.
Dear Hofstra, we are grateful, and thus we thank thee for ...

Inspiring us, and guiding us through all the great unknown.
Oh hail the blue and gold!

Unrivaled motivation, invaluable and true.
Selfless with thy knowledge, and vision to pursue.
Through all the lands we journey, thou shall remain our home,
Dear Hofstra, we are grateful, and thus we thank thee for ...

Inspiring us, and guiding us through all the great unknown.
Oh hail the blue and gold!

2

# Table of Contents

SECTION I: INTRODUCTION AND INFORMATION ABOUT HOFSTRA UNIVERSITY.........................8

PRESIDENT'S WELCOME...........................................................................................................8
DEAN'S WELCOME ....................................................................................................................9
EDITORIAL STATEMENT .........................................................................................................10
HOFSTRA UNIVERSITY STATEMENT OF MISSION AND GOALS...........................................10
DIVISION OF STUDENT AFFAIRS VALUES, MISSION, AND VISION .......................................11
   Core Values of the Hofstra Division of Student Affairs .........................................................11
   Mission of the Division of Student Affairs ...........................................................................11
   Vision for the Hofstra Division of Student Affairs ...............................................................11
ACCREDITATIONS AND GOVERNANCE...................................................................................11

**CODE OF COMMUNITY STANDARDS**........................................................................................**11**

SECTION II: INSTITUTIONAL POLICIES ........................................................................... 12
ALCOHOL, ILLEGAL DRUGS, AND OTHER CONTROLLED SUBSTANCES............................12
CAMPUS DEMONSTRATION POLICY ......................................................................................15
COMPUTER AND ELECTRONIC USAGE POLICIES..................................................................16
   Computer Networks Acceptable Use Guidelines ..................................................................16
   Copyright Infringement ......................................................................................................16
   Portal and Email Accounts .................................................................................................17
FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ...........................................................17
   Availability of Records .......................................................................................................18
   The Solomon Amendment ...................................................................................................18
FAMILY NOTIFICATION POLICY ............................................................................................18
HAZING POLICY ......................................................................................................................19
   Hofstra University Rules and Regulations Regarding Hazing................................................19
IMMUNIZATION POLICY .........................................................................................................20
   Immunization Requirements................................................................................................20
MISSING STUDENT POLICY ....................................................................................................21
NONDISCRIMINATION POLICY ...............................................................................................21
ON-CAMPUS LIVING POLICIES ...............................................................................................23
PARKING AND VEHICLE REGULATIONS.................................................................................23
REASONABLE ACCOMMODATIONS ........................................................................................25
SAFETY AND SECURITY POLICIES ..........................................................................................26
   Campus Crime Reporting and Fire Safety Statistics .............................................................26
   Fire Safety Guidelines ........................................................................................................26
SOUTH CAMPUS SMOKE-FREE POLICY..................................................................................28
STUDENT CLUBS AND ORGANIZATIONS POLICIES ...............................................................28
VIOLATION OF LAW AND REPORTING VIOLATIONS POLICY ...............................................29

SECTION III: CODE OF CONDUCT ................................................................................... 29
AIDING AND ABETTING ..........................................................................................................29
ALCOHOL .................................................................................................................................29
ASSAULT ..................................................................................................................................29
BIAS-MOTIVATED INTERACTION OR CONTACT ...................................................................30
COERCION ................................................................................................................................30
CONDUCT UNBECOMING.........................................................................................................30
DAMAGE OR VANDALISM ......................................................................................................30
DEFAMATION ..........................................................................................................................30
DISRUPTIVE CONDUCT ...........................................................................................................30

3

DRUGS....................................................................................................................................30
FAILURE TO COMPLY............................................................................................................30
FALSIFICATION/FORGERY....................................................................................................30
FIRE AND EMERGENCY SAFETY..........................................................................................31
GAMBLING.............................................................................................................................31
GUEST POLICY.......................................................................................................................31
HARASSMENT........................................................................................................................31
HAZING...................................................................................................................................31
ID POLICY...............................................................................................................................31
INFRINGEMENT OF RIGHTS...................................................................................................31
LEWD/INDECENT BEHAVIOR.................................................................................................32
PHYSICAL ALTERCATION/FIGHTING......................................................................................32
RECKLESS ENDANGERMENT.................................................................................................32
RELATIONSHIP VIOLENCE AND SEXUAL MISCONDUCT........................................................32
SAFETY AND SECURITY/TRESPASSING/UNAUTHORIZED ACCESS.......................................32
SOLICITATION........................................................................................................................32
THEFT.....................................................................................................................................32
UNAUTHORIZED POSSESSION..............................................................................................32
UNRECOGNIZED GROUPS......................................................................................................33
VIOLATION OF A BAN.............................................................................................................33
VIOLATIONS OF THE STUDENT CONDUCT PROCESS............................................................33
WEAPONS, AMMUNITION, OR EXPLOSIVES.........................................................................33

SECTION IV: COMMUNITY STANDARDS PROCEDURES ...................................................... 34
INTRODUCTION......................................................................................................................34
COMMUNITY STANDARDS VISION AND MISSION..................................................................34
SCOPE OF POLICY..................................................................................................................34
COMMUNICATION REGARDING CONDUCT MATTERS...........................................................34
STUDENT CONDUCT PROCESS..............................................................................................35
   1.   Complaint ...............................................................................................................35
   2.   Informational Meeting ............................................................................................35
   3.   Rights of a Student Charged ...................................................................................36
   4.   Rights of the Complainant .......................................................................................37
   5.   Hearing Process for Administrative and Student Hearings......................................37
   6.   Documenting the Hearing Process ..........................................................................38
   7.   Advisor's Role in University Proceedings ................................................................38
   8.   Appeal Procedures for Student Conduct Proceedings .............................................38
SANCTIONS ...........................................................................................................................39
   Disciplinary Warning ...................................................................................................39
   Disciplinary Probation .................................................................................................39
   Disciplinary Suspension ..............................................................................................39
   Deferred Suspension ...................................................................................................39
   Expulsion .....................................................................................................................39
   University Restriction and/or Ban ................................................................................39
   Residence Hall Relocation ...........................................................................................39
   Residence Hall Removal and/or Ban ............................................................................40
   Fines and Restitution ...................................................................................................40
   Educational Sanctions .................................................................................................40
   Minimum Sanctions .....................................................................................................40
   Summary Action ..........................................................................................................40
DISCIPLINARY RECORDS.......................................................................................................41
   Request to Release Disciplinary Record Information to a Third Party ...........................41
   Transcript Notation of Disciplinary Action ...................................................................41

STUDENT POLICY PROHIBITING DISCRIMINATORY HARASSMENT, RELATIONSHIP VIOLENCE, AND SEXUAL MISCONDUCT ..................................................................................41

*Introduction* ..................................................................................41
*Definitions* ..................................................................................42
    *Discriminatory Harassment* ..................................................................................42
    *Sexual Harassment* ..................................................................................42
    *Other Unlawful Harassment* ..................................................................................42
    *Relationship Violence* ..................................................................................43
    *Domestic Violence* ..................................................................................43
    *Dating Violence* ..................................................................................43
    *Stalking* ..................................................................................43
    *Sexual Misconduct* ..................................................................................43
    *Affirmative Consent* ..................................................................................43
    *Sexual Assault* ..................................................................................44
    *Sexual Exploitation* ..................................................................................44
*General Provisions* ..................................................................................44
    *Applicability and Scope* ..................................................................................44
    *Interim Protections* ..................................................................................45
    *Protections and Accommodations: Relationship Violence and Sexual Assault* ..................................................................................46
    *No Retaliation* ..................................................................................46
    *Title IX Officer for Student Issues* ..................................................................................46
    *Reporting Options* ..................................................................................47
    *Alternative Resolution* ..................................................................................49
    *How to Make a Complaint and Begin the Disciplinary Process* ..................................................................................50
    *Amnesty* ..................................................................................50
    *Advisors* ..................................................................................50
    *Annual Training* ..................................................................................51
    *False Reports* ..................................................................................51
*Conduct Procedures* ..................................................................................51
    *Complaint* ..................................................................................51
    *Investigation* ..................................................................................51
    *Informational Meeting* ..................................................................................51
    *Options for Resolution* ..................................................................................52
    *Administrative Board and Hearing Preparation* ..................................................................................52
    *Rights/Obligations of the Parties* ..................................................................................52
    *Hearing Process* ..................................................................................53
    *Deliberation and Decision* ..................................................................................54
    *Sanctions and Remedies* ..................................................................................54
    *Decisions and Appeals* ..................................................................................55
    *Records* ..................................................................................57
*Appendix I: Resources* ..................................................................................57
*Appendix II: New York State Penal Law and Hofstra's Disciplinary Processes for Sexual Assault, Domestic Violence, Dating Violence, and Stalking: A Side-By-Side Comparison* ..................................................................................61
*Appendix III: New York State Law* ..................................................................................63

SECTION V: ACADEMIC POLICIES ..................................................................................68

ACADEMIC POLICIES HONOR CODE ..................................................................................68
*Undergraduate Student Responsibility* ..................................................................................68
*Undergraduate Student Violations* ..................................................................................68
*Procedures for Handling Violations and Right of Appeal* ..................................................................................69
*Classroom Code of Conduct for Students* ..................................................................................70
*Academic Freedom and Civil Liberties of Students at Hofstra University* ..................................................................................71

*Freedom From Discrimination* .................................................................................................. 71

*Harassment Policy* ................................................................................................................... 72

*Absences for Religious Observance* ........................................................................................ 72

**SECTION VI: STUDENT RESOURCES** ..................................................................................... **73**

ACADEMIC RECORDS AND REGISTRAR, OFFICE OF ...................................................... 73

ALUMNI AFFAIRS, OFFICE FOR ......................................................................................... 73

ARBORETUM ........................................................................................................................... 73

ATHLETICS .............................................................................................................................. 74

BANKING ................................................................................................................................. 74

BOOKSTORE, HOFSTRA UNIVERSITY .............................................................................. 75

CAMPUS RECREATION, DEPARTMENT OF ...................................................................... 75

CAREER CENTER, THE .......................................................................................................... 76

CENTER FOR ACADEMIC EXCELLENCE ........................................................................... 77

*Academic Success Programs* ................................................................................................... 77

CENTER FOR UNIVERSITY ADVISING ............................................................................... 77

*Degree Audit* ............................................................................................................................ 78

COMMUNITY STANDARDS, OFFICE OF ............................................................................ 78

*Hearing Boards* ....................................................................................................................... 78

COMMUTING STUDENT SERVICES AND COMMUNITY OUTREACH, OFFICE OF ....... 79

DEAN OF STUDENTS OFFICE ............................................................................................... 79

DINING ON CAMPUS ............................................................................................................. 80

*Dining Plans* ............................................................................................................................ 80

*Dutch Debits* ........................................................................................................................... 81

*Dietary Needs* ......................................................................................................................... 81

EDTECH ................................................................................................................................... 81

*Computer Labs* ........................................................................................................................ 81

*Computer Repair* ..................................................................................................................... 82

*HofstraVision* .......................................................................................................................... 82

*Portal and Email Accounts* ..................................................................................................... 82

*Print Services (PridePrint)* ..................................................................................................... 82

*Student Tech Support* .............................................................................................................. 83

*Wi-Fi (Wireless Internet) Services* ........................................................................................ 83

EVENT MANAGEMENT, OFFICE OF ................................................................................... 83

FESTIVALS .............................................................................................................................. 83

HOFSTRACARD SERVICES, OFFICE OF ............................................................................. 84

HOFSTRA CULTURAL CENTER ........................................................................................... 84

HOFSTRA UNIVERSITY MUSEUM OF ART ....................................................................... 85

HX SALON ............................................................................................................................... 85

INTERCULTURAL ENGAGEMENT AND INCLUSION........................................................ 85

INTERFAITH CENTER ............................................................................................................ 85

*Catholic Community* ............................................................................................................... 86

*Jewish Community* .................................................................................................................. 86

*Muslim Community* ................................................................................................................. 86

*Protestant Community* ............................................................................................................ 86

INTERNATIONAL STUDENT AFFAIRS ............................................................................... 86

LANGUAGE LEARNING CENTER ........................................................................................ 87

LIBRARY, JOAN AND DONALD E. AXINN ......................................................................... 87

LOCKERS ................................................................................................................................. 87

MAIL ........................................................................................................................................ 88

MUSIC LIBRARY .................................................................................................................... 88

PARENT AND FAMILY PROGRAMS, OFFICE OF .............................................................. 89

*Parent and Family Events* ....................................................................................................... 89

PROVOST, OFFICE OF THE ............................................................................................................89
   *Honor Board* ...........................................................................................................................89
   *Honor Code* ...........................................................................................................................89
PUBLIC SAFETY, DEPARTMENT OF............................................................................................90
   *Important Phone Numbers* .....................................................................................................90
RECYCLING ...................................................................................................................................91
RESIDENCE LIFE, OFFICE OF ....................................................................................................91
   *Linens Program* .....................................................................................................................91
   *Renting a Refrigerator or Microwave* ...................................................................................92
   *HofstraVision* .........................................................................................................................92
   *Receiving Letters and Packages* ............................................................................................92
   *Student Post Office* ................................................................................................................92
   *Amazon Lockers* .....................................................................................................................93
SALTZMAN COMMUNITY SERVICES CENTER, JOAN AND ARNOLD ...................................93
STUDENT ACCESS SERVICES ....................................................................................................93
   *Program for Academic Learning Skills (PALS)* .....................................................................93
   *Academic Coaching*................................................................................................................94
   *Assistance Animals* ................................................................................................................94
STUDENT ADVOCACY AND PREVENTION AWARENESS .........................................................95
STUDENT EMERGENCY ASSISTANCE FUND .............................................................................95
STUDENT EMPLOYMENT, OFFICE OF ......................................................................................95
   *Applying for a Job on Campus* ..............................................................................................95
   *Frequently Asked Questions About Student Employment* ........................................................96
STUDENT FINANCIAL SERVICES ...............................................................................................96
STUDENT HEALTH AND COUNSELING CENTER .......................................................................97
   *Student Health Services* ..........................................................................................................97
   *Student Counseling Services* ...................................................................................................98
STUDENT LEADERSHIP AND ENGAGEMENT, OFFICE OF ......................................................98
   *Bulletin Boards* ......................................................................................................................98
   *Common Hour*........................................................................................................................99
   *Clubs and Organizations* .......................................................................................................99
   *Student Government Association (SGA)* ..................................................................................99
   *Fraternity and Sorority Life* ..................................................................................................99
   *Game Room* ...........................................................................................................................99
   *Leadership Development* .........................................................................................................99
   *Intercultural Engagement and Inclusion* ...............................................................................99
   *New Student Orientation*.........................................................................................................99
   *Welcome Week* .....................................................................................................................100
   *Explore Next Door Program* ................................................................................................100
   *Hofstra Discovery Program* .................................................................................................100
STUDY ABROAD........................................................................................................................100
SUSTAINABILITY, OFFICE OF .................................................................................................101
SWIM CENTER/DAVID S. MACK PHYSICAL EDUCATION BUILDING ...................................101
UNDERGRADUATE ADMISSION, OFFICE OF ..........................................................................101
   *Hofstra UpClose Program* ...................................................................................................101
   *Pride Guide Program* ..........................................................................................................101
WRITING CENTER .....................................................................................................................102
TRUSTEES OF HOFSTRA UNIVERSITY .....................................................................................103
UNIVERSITY SEAL AND COLORS .............................................................................................104
CAMPUS MAP............................................................................................................................105

# PRESIDENT'S WELCOME



Dear Hofstra Student:

I hope you will enjoy and find fulfillment in every aspect of your experience at Hofstra University. We will provide you with many opportunities to achieve your full potential and will support you in your quest to do so. At Hofstra, we offer the academic foundation and resources that will help you reach your aspirations. We are proud of our talented and dedicated faculty and staff, state-of-the-art classrooms and facilities, exemplary library resources, and first-rate cultural and athletic programs.

This *Guide to Pride* is designed to help you make the most of your time at the University. Read it and refer to it as needed. Within these pages you will find information on Hofstra's wide variety of outstanding programs and resources. We urge you to take advantage of all that Hofstra offers.

Sincerely,

Stuart Rabinowitz
*President, Hofstra University*

# DEAN'S WELCOME



Dear Hofstra Student:

We are excited to have you as a member of the Hofstra Pride! Your success and well-being are our highest priority. We have a highly skilled team of dedicated and caring professionals here to assist you in all aspects of college life. We are here to support your academic and personal growth as you progress in your educational journey.

Hofstra offers a wide variety of opportunities for you to fully immerse yourself in our vibrant and diverse campus community and to develop PRIDE while you're at Hofstra – pride in your school, pride in your accomplishments, and pride in who you are. We assure you that if you take steps to get involved and be an engaged student inside and outside of the classroom, you will graduate with PRIDE for years to come.

We have high expectations of all our students and challenge all Hofstra students to demonstrate the PRIDE Values of Perseverance, Responsibility, Innovation, Diversity, and Empowerment by:
- Thinking about how you can display personal and social responsibility – in your choices and in developing the type of community you want to be a part of.
- Demonstrating respect for yourself and those around you.
- Focusing on acting with integrity and developing into an ethical leader.
- Exploring the rich diversity around you, and how your active participation in reaching out to others contributes to our strong community.
- Discovering the ways that the free exchange of ideas will contribute to your learning and development.
- Taking initiative to provide new, creative, and collaborative ways to improve Hofstra and our surrounding community.

Please feel free to stop by any of the offices in the Division of Student Affairs when you have any questions or just want to say hello. I look forward to meeting and getting to know you. Best wishes for a productive and meaningful academic year!

Sincerely yours,

Gabrielle St. Léger
*Dean of Students and*
*Assistant Vice President for the Division of Student Affairs*

**Editorial Statement**

The *Guide to Pride*, along with other important core documents, provides the governing principles by which students learn, study, and live at Hofstra University. This handbook contains valuable information about Hofstra University's policies, regulations, and procedures. Students are responsible for adhering to all Hofstra University rules, policies, and procedures detailed in this handbook and other institutional documents. Where appropriate, students are referred to another document or publication for further information.

All statements in this handbook reflect the approved policies of Hofstra University as of August 1, 2019. Hofstra University reserves the right to change any of the statements, procedures, regulations, fees, or conditions contained herein without prior notice. All changes will be duly published in electronic or other form. Changes to Hofstra's policies and procedures affect all actively enrolled students who have not yet graduated. Clarification of matters contained in this handbook may be obtained from the Office of the Dean of Students.

## Hofstra University Statement of Mission and Goals

Hofstra University is a private institution whose primary mission is to provide a quality education to its students in an environment that encourages, nurtures, and supports learning through the free and open exchange of ideas, for the betterment of humankind. Hofstra University is fully committed to academic freedom and to the transmission, advancement, and preservation of knowledge for its own academic community and for the community at large. Hofstra University offers undergraduate and graduate programs taught by a research-active and professionally engaged faculty. Academic excellence guides everything the University undertakes.

• Hofstra University's undergraduate education provides a firm foundation in the liberal arts and sciences designed to encourage intellectual curiosity. This broadly based education develops students' analytical and critical thinking, strengthens their communication skills (oral and written), promotes cross-cultural competencies, and provides information literacy and technological skills that prepare students to become lifelong learners.

• Hofstra University is dedicated to the preprofessional, professional, master's, and doctoral programs that support a wide range of career aspirations.

• Hofstra University is devoted to recruiting and retaining a highly qualified and diverse academic community of students, faculty, staff, and administrators respectful of the contributions and dignity of each of its members.

• Hofstra University's faculty is committed to excellence in teaching, scholarly research, and service. The University emphasizes and supports the creation and synthesis of knowledge as well as its dissemination. We believe the best education for students is one informed by their teachers' scholarly pursuits.

• Hofstra University is committed to providing the informational and technological resources required for learning and the advancement of knowledge.

• Hofstra University strives to cultivate students' social and ethical responsibility, aesthetic sensibility, creativity, and emotional and physical well-being.

• Hofstra University offers educational, cocurricular, and cultural programs and activities that foster an awareness of local, national, and global issues, encouraging students to be active citizens and contributors to their local, national, and global communities.

• Hofstra University recognizes its important role in our local community and in participating in a broader national and international dialogue. We offer programs and seek opportunities that mutually benefit the Hofstra community and those beyond our campus.

## Division of Student Affairs Values, Mission, and Vision

**Core Values of the Hofstra Division of Student Affairs**
- Student perspective, voice, and engagement
- Growth, agency, learning, and resilience
- Community, diversity, and inclusion
- Positive relationships and collaboration
- Our role as caring, informed educators and mentors who challenge and support

**Mission of the Division of Student Affairs**
The Division of Student Affairs embraces its core values and advances the Hofstra University mission and goals by working together to intentionally create a vibrant, healthy, and secure learning environment – where personal responsibility and positive action lead to thriving and success.

**Vision for the Hofstra Division of Student Affairs**
The Division of Student Affairs will be nimble and proactive, and will model best and next practices. We will be responsive catalysts who embrace positive change, integrity, inclusion, and advocacy. We will collaborate with our students, colleagues, and families to nurture fun, pride, and a lasting relationship with Hofstra. Students will be welcomed into a tradition-filled campus where they feel at home and commit to being part of the Pride.

As they grow in confidence and self-sufficiency, Hofstra students will embody joy, wisdom, and kindness. They will graduate with a dedication to lifelong learning, a commitment to positively affecting the lives of others, and a passion for realizing their full potential and purpose.

## Accreditations and Governance

A full list of current accreditations for Hofstra University can be found at **hofstra.edu/accreditations**.

Information about the trustees of Hofstra University and senior administration can be found at **hofstra.edu/president** (click on University Leadership).

## CODE OF COMMUNITY STANDARDS

Hofstra University is an institution committed to the development of students as individuals and as members of the greater Hofstra community. As an academic and social community, Hofstra strives to promote intellectual growth, stimulate learning environments, promote mutual tolerance and respect, and encourage freedom of thought and expression. To achieve these goals and their associated benefits, Hofstra community members are held to a standard of conduct created to uphold and promote an academic community. As such, it is imperative that Hofstra students respect the rights of one another as well as the rules and regulations of the academic community with the expectation that they will continue to foster this respect as future citizens of the global community. The Code of Community Standards is outlined below in Sections II, III, IV, and V. A violation of any policy within the Code of Community Standard is prohibited.

## SECTION II: INSTITUTIONAL POLICIES

## ALCOHOL, ILLEGAL DRUGS, AND OTHER CONTROLLED SUBSTANCES

### I.   Introduction

The Policy on Alcohol, Illegal Drugs, and Other Controlled Substances is intended to further the educational mission of Hofstra University. Hofstra is committed to fostering a campus community whereby each member is responsible for their own actions and is expected to respect the rights of others to participate in the academic and social life of the University. Consistent with its educational mission, the University sponsors programs for students regarding the misperceptions about alcohol use among college students, to promote open, honest dialogue about alcohol use and abuse, and to increase awareness of the physical, psychological, social, and behavioral effects of alcohol consumption.

The policy emphasizes individual and shared responsibility, healthy and informed decision-making, and a caring University environment. All students are expected to be familiar with the Policy on Alcohol, Illegal Drugs, and Other Controlled Substances as outlined below. Any violation of these policies by a student will also be considered a violation of the Code of Community Standards.

### II.   Alcohol Policies

### A.   Standards of Conduct

Violating any federal, state, or local laws or University policies regarding alcohol, including Hofstra University's Policy on Alcohol, Illegal Drugs, and Other Controlled Substances. Violations include but are not limited to:
• Knowingly remaining in the presence of alcohol in a residence hall room/suite while under the legal drinking age.
• Possessing, consuming, and/or distributing any quantity of alcohol on property owned or controlled by the University or as part of any University activity while under the legal drinking  age.
• Distributing any quantity of alcohol to an individual under the legal drinking  age.
• Misrepresenting yourself or using another person's identity with the intent to purchase, possess, and/or consume  alcohol.
• Acting in a disruptive/disorderly manner, regardless of age, while under the influence of  alcohol.

### B.   Campus Buildings and Spaces

Students who are of legal drinking age may consume alcohol on campus only in accordance with all policies listed here, and only in a residence hall room assigned to them or to another student who is also of legal drinking age; or at events held in accordance with section II. D. The possession and consumption of alcohol is strictly prohibited in all public campus buildings and spaces, without prior written approval from a divisional vice president or vice president's designee. This includes:
• Buildings and hallways (other than in a residence hall room assigned to them or to another student who is also of legal drinking age; or at events held in accordance with section II.  D.)
• Offices
• Student organization office and work spaces
• Lounges
• Outdoor spaces (e.g., intramural fields, quads, lawns, etc.)
• Parking lots (e.g., tailgating)

Students residing in or visiting any guests in a Hofstra residence hall must adhere to all policies outlined, as well as the following:
• Possession or consumption of alcohol in student lounges, floor lounges, study lounges, or hallways is prohibited.
• Bulk alcohol is not permitted. Bulk alcohol is defined as any container other than a bottle or a can, such as wine boxes, beer balls, and kegs.
• Glass beer bottles are not permitted in the residence  halls.
• Drinking paraphernalia (e.g., funnels) and drinking games are not permitted in the residence halls.

### C.   Use of University Funds for Purchases of Alcohol

No Hofstra University funds, including student organization fees, revenue from organizational fundraisers, member contributions, or gifts, may be used for the procurement of alcohol.

**D.   Events with Alcohol**

Event sponsors are responsible for following this policy, as well as other relevant University policies, at any authorized University event or activity sponsored by an authorized student or University organization where alcohol is served. Policies include but are not limited to:

• Alcohol consumption must not be interpreted as the primary focus of any event.
• Authorized servers, such as University Dining Services, or an approved third party vendor, must provide and distribute the alcohol.
• Alcohol sold must include a price that could not reasonably be interpreted as providing unlimited drink specials (e.g., nickel drafts, specific persons drink free).
• Two forms of identification proving legal drinking age are required to be shown to the server in order to consume alcoholic beverages on campus.
• An appropriate amount of food and nonalcoholic beverages must be offered at the event.
• No one visibly intoxicated may be given or allowed to consume alcoholic beverages.
• If the event is held at an approved off-campus venue (e.g., catering hall, restaurant, etc.), enforcement of alcohol laws rests with the off-campus vendor.
• An approved organization/department advisor must be present at both on- and off-campus events where alcohol is served for the entire duration of the event.

**E.   Promotional Activities/Event Marketing**

Print, electronic, and broadcast media funded in whole or in part by University funds, or bearing the University's name, may not contain inappropriate references to alcohol, or emphasize alcohol as the primary purpose of an event. Images of alcohol are strictly prohibited in all advertising, including advertising for events where alcohol is served.

**F.   Responsible Drinking**

It is the expectation of Hofstra University that individuals of the legal drinking age who choose to consume alcohol will do so responsibly. The rapid consumption or excessive drinking of alcoholic beverages is strictly prohibited. Indicators that individuals are not drinking responsibly include but are not limited to the following:

• Drinking games
• Consuming shots of alcohol
• "Shot gunning" alcohol
• Instruments of abuse (e.g., beer bongs, funnels)
• Bulk alcohol (e.g., kegs, wine boxes, beer balls, etc.)
• Alcoholic punch, gelatin shots, or drinks containing grain alcohol.

Students who drink alcohol to excess, whether on campus or off campus, and require medical attention, will be required to meet with a member of the Dean of Students Office to discuss/develop more responsible behaviors related to alcohol consumption.

**G.   Health Risks**

Use of alcohol may result in mood changes, impulsive actions, loss of judgment, and loss of coordination. Excessive use of alcohol may cause heart damage, liver damage, damage to the digestive tract, cancer, brain damage, mental disorders, loss of sexual function, blood disorders, and birth defects. In addition, long-term alcohol use may affect relationships, employment, academic and athletic performance, and self-esteem. Consumption of alcohol while using over-the-counter or prescription medications, where such use is contraindicated, can lead to unintended health consequences. Acute alcohol poisoning, occurring when an individual consumes a large amount of alcohol in a short period of time, may result in changes in breathing and heart rate, the gag reflex, and can lead to coma and death. More information regarding the use of alcohol at college and the health risks associated with the consumption of alcohol can be found at **www.collegedrinkingprevention.gov**.

**H.   University Sanctions for Students**

Students who violate any of the above alcohol regulations will be subject to a minimum penalty of a disciplinary warning. Subsequent offenses will result in more serious action. For a complete listing of possible sanctions, please refer to the "Sanctions" section in the Code of Community Standards found here in the *Guide to Pride* and available at **hofstra.edu/guidetopride**.

13

**I.    Violations of Law**

In addition to sanctions imposed by the University, alcohol violations may be referred to the appropriate external authorities. Under state and local laws, such as the New York State Penal Law, Vehicle and Traffic Law, and Alcoholic Beverage Control Law, violations may result in penalties ranging from fines through suspension of a driver's license and possible imprisonment.

**III.    Illegal Drugs and Other Controlled Substances Policy**

**A.    Standards of Conduct**

Violating any federal, state, or local laws or University policies regarding drugs, including Hofstra University's Policy on Alcohol, Illegal Drugs, and Other Controlled Substances. Violations include but are not limited to:

a.    Remaining in the Presence (Illegal Drugs) – Knowingly remaining in the presence of illegal drugs and/or drug paraphernalia/illegal drug use on campus or at a University-sponsored activity.
b.    Drug Paraphernalia – Using/possessing drug paraphernalia on campus or at a University-sponsored activity. Examples of items that could be defined as drug paraphernalia include but are not limited to: scales, rolling papers, bowls, pipes, bongs, grinders, spoofs, hookahs, or any other device that is fashioned for the purpose of drug use.
c.    Improper Use/Abuse/Possession (Legal Drugs) – Improperly using or abusing over-the-counter or prescription drugs and/or possessing legal drugs prescribed to another individual.
d.    Use/Possession (Illegal Drugs) – Using and/or possessing illegal drugs.
e.    Aiding/Abetting (Drugs) – Aiding and abetting in the sale/distribution/use/possession of illegal drugs or prescription drugs prescribed to another person.
f.    Manufacture/Sale/Distribution (Drugs) – Manufacturing, distributing, dispensing, and/or selling illegal drugs, or prescription drugs prescribed to another person.

**B.    Health Risks**

The health risks caused by drug use vary depending on the drug involved, and the use of legal prescription and nonprescription drugs without a doctor's supervision, as well as the use of illegal drugs, may cause serious health difficulties. In addition, the abuse of any substance can adversely affect relationships, employment, academic and athletic performance, and self-esteem. Visit the National Institutes of Health webpage (**www.drugabuse.gov/drugs-abuse/commonly-abused-drugs/health-effects**) for the acute and long-term health effects of specific drugs.

**C.    University Sanctions for Students**

A University conduct charge for drugs will be issued to students who violate any of the prohibitions listed above. Charges are issued based on evidence suggesting a violation has occurred (including witness statements, smell of marijuana, smoke, towel under door, open window, fan in operation, etc.). Students will have the opportunity to challenge evidence in accordance with the procedures set forth in the Code of Community Standards.

Students found responsible for a drug violation will be subject to a minimum sanction of disciplinary warning and mandatory attendance at an educational seminar. Students found responsible for repeated drug violations may face more severe penalties, including automatic suspension and/or removal from the residence halls. Students who are found responsible for the distribution of controlled or illegal substances or possession of such substances with the intent to distribute will be subject to a minimum sanction of suspension from the residence halls and/or the University, and could face expulsion from the University. For a complete listing of possible sanctions, please refer to the "Sanctions" section in the Code of Community Standards found here in the *Guide to Pride* and available at **hofstra.edu/guidetopride**.

**D.    Violations of Law**

In addition to sanctions imposed by the University, drug violations may be referred to the appropriate external authorities. Violations of law, including the New York State Penal Law and the Federal Controlled Substance Act, may result in penalties ranging from fines through imprisonment. If a student is convicted of offenses involving the sale or possession of illegal drugs, the student will not be eligible for any federal Title IV, HEA grant, loan, or work-study funds, if the conduct occurred while the student was enrolled in school and receiving federal Title IV, HEA student aid.

14

## IV.  Medical Amnesty

Hofstra University's priority is for the safety and well-being of the students who attend the University. As such, medical amnesty is in effect to ensure that those individuals who require assistance for themselves or a friend who may have consumed excessive alcohol or drugs will turn to the appropriate personnel to seek emergency medical assistance without fear of reprisal for doing so.

Students who seek emergency medical attention for themselves or someone else related to consumption of alcohol or drugs will not be charged with violations of the Code of Community Standards related to that consumption (specifically those violations as defined under the alcohol and/or drug codes), provided that the student subsequently complies with any designated educational intervention and/or behavioral assessment. Failure to complete this intervention/assessment may result in charges being filed with the Dean of Students Office. Additionally, students will be held accountable for any other violations of the Code of Community Standards related to the incident (endangering the health or safety of others, fire safety/emergency violations, failure to comply, vandalism, etc.).

This policy provides amnesty only from violations of Hofstra University's Student Conduct Codes. It does not grant amnesty from criminal or civil consequences for violations of federal, state, or local law.

This policy is not intended to shield or protect those students who repeatedly violate Hofstra's Code of Community Standards. In cases where repeated violations occur, the University reserves the right to initiate conduct action on a case-by-case basis, regardless of the manner in which the incident was reported. Additionally, the University reserves the right to adjudicate any case in which the violations are considered especially egregious. For amnesty from alcohol and drug policies in cases of disclosure of an incident of domestic violence, dating violence, stalking, or sexual assault, see the *Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct* (see policy in Section IV).

## V.  Education, Treatment, Counseling, and Resources

Hofstra is committed to supporting the rights of individuals who choose not to drink, and helping individuals who choose to drink to do so in a responsible manner. Educational programs related to alcohol use and alcohol-free social alternatives are held throughout the year.

The University provides confidential counseling services to students who are concerned about their alcohol and/or substance abuse. The Student Health and Counseling Center provides individual and group counseling as well as referral resources for community treatment as needed. The Student Health and Counseling Center may be reached at 516-463-6745. Additional alcohol and drug-related resources may be found at **hofstra.edu/wellnessresources**.

# CAMPUS DEMONSTRATION POLICY

This policy sets forth the University procedures that govern student demonstrations. Through its policy on academic freedom for Hofstra students, the University recognizes that in their pursuit of knowledge, critical thinking, and understanding, students should be free to enjoy open-minded inquiry both inside and outside the classroom. Hand in hand with this freedom comes the obligation of all members of the University community to act in a manner that is orderly, peaceful, and nondisruptive to the regular activities of the University.

There may be occasions when students may choose to organize a demonstration on campus to share their views on a topic. Registered Hofstra University students may engage in peaceful demonstrations pursuant to this policy. The regulation of time, place, and manner for all campus demonstrations is a legitimate and necessary obligation of the University to ensure that the necessary activities of the University are free from unreasonable disruption. Therefore, any registered Hofstra University student(s) or student organization that wishes to hold an on-campus demonstration must complete a Campus Demonstration Proposal Form at least seven (7) days prior to the proposed demonstration and submit it to the Office of Student Leadership and Engagement, Room 244 Mack Student Center. This form can be found on the OSLE Policies & Procedures pages of the Hofstra website. The Office of Student Leadership and Engagement will work in conjunction with the Office of the Dean of Students and Public Safety on both the review and approval of the demonstration proposal. Registration of a campus demonstration by the University does not imply acceptance or endorsement by the University of the views expressed. Participation is limited to registered Hofstra students and employees only.

15

In planning a demonstration, the organizers and participants must observe regulations pertaining to the use of campus facilities and outdoor spaces as well as policies listed here in the *Guide to Pride* and Faculty Policy Series #12 and #12A. Whether in a reserved location, or anywhere else on campus, it is a violation of this policy to:

1. Physically hinder entrances to, exits from, or passageways within, or cause damage to, any University building, property, or other structure, or hinder the normal flow of pedestrian or vehicular traffic into or on the campus.
2. Create a volume of noise that prevents members of the University community from performing their normal campus activities. Bullhorns are not permitted inside University buildings and may not be permitted outside where it interferes with the activities of the University community.
3. Prevent or attempt to prevent the orderly conduct of a University function or activity, such as lectures, meetings, interviews, ceremonies, or public events.
4. Employ force or violence, or constitute an immediate threat of force or violence, against persons or property. Possession or use of firearms, ammunition, fireworks, explosives, dangerous chemicals, open flames, candles, torches, or other weapons as part of a campus demonstration is strictly prohibited.
5. Otherwise act in a manner that disrupts the regular and essential operations of the University.

The University reserves the right in its discretion to cancel demonstrations in the event of any such violations. In addition, failure to comply with reasonable instructions provided by Public Safety or other University officials prior to or during a campus demonstration may result in the demonstration being canceled or dispersed and may subject those involved to student disciplinary proceedings under the Code of Community Standards. It is the responsibility of the demonstration organizer to educate participants about this policy and to immediately report any disorderly conduct to Public Safety.

## COMPUTER AND ELECTRONIC USAGE POLICIES

### Computer Networks Acceptable Use Guidelines

Access and use of computing and networking resources at Hofstra University are privileges extended to members of the Hofstra community. Access to Hofstra computing and networking resources is limited to authorized users and is for approved purposes only. The Computer Networks Acceptable Use Guidelines provides a list of responsibilities for all Hofstra computer and network users, information about the acceptable use of the Hofstra network, World Wide Web guidelines and procedures for all Hofstra University computers, and restrictions on use of bandwidth.

Students are responsible for adhering to all acceptable use guidelines. Violations of the acceptable use guidelines can result in loss of Hofstra University computing privileges, disconnection from the Hofstra network, fines, prosecution under applicable civil or criminal laws, and University sanctions as outlined in the Code of Community Standards.

To review Hofstra's Computer Networks Acceptable Use Guidelines, please visit **hofstra.edu/computeracceptableuse**.

### Copyright Infringement

All students should be aware that unauthorized distribution of copyrighted material, including unauthorized peer-to-peer file sharing, may subject them to civil and criminal liability.

Copyright infringement is the act of exercising, without permission or legal authority, one or more of the exclusive rights granted to the copyright owner under section 106 of the Copyright Act (Title 17 of the United States Code). These rights include the right to reproduce or distribute a copyrighted work. In the file-sharing context, downloading or uploading substantial parts of a copyrighted work without authority constitutes an infringement.

Penalties for copyright infringement include civil and criminal penalties. In general, anyone found liable for civil copyright infringement may be ordered to pay either actual damages or "statutory" damages affixed at not less than $750 and not more than $30,000 per work infringed. For "willful" infringement, a court may award up to $150,000

16

per work infringed. A court can, in its discretion, also assess costs and attorneys' fees. For details, see Title 17, United States Code, Sections 504, 505.

Willful copyright infringement can also result in criminal penalties, including imprisonment of up to five years and fines of up to $250,000 per offense.

For more information, please see the website of the U.S. Copyright Office at **www.copyright.gov**, especially their FAQ at **www.copyright.gov/help/faq**.

Students who engage in illegal downloading or unauthorized distribution of copyrighted material may also be charged with failure to comply with the Acceptable Use Guidelines in accordance with the procedures outlined in the Code of Community Standards, and may be subject to loss of Hofstra University computing privileges, disconnection from the Hofstra network, and additional University sanctions as outlined in the Code of Community Standards.

**Portal and Email Accounts**

All Hofstra students receive an online portal account. Students can use the Hofstra portal account to access various University computer services, such as to connect to the wireless network, access email, print documents, and store files on the Hofstra network. Faculty and school administration regularly communicate important information to students via their Hofstra email account. Therefore, students are responsible for accessing their Hofstra email account on a regular basis to check for important  communications.

Use of the Hofstra network and email account and all other Hofstra computing facilities is subject to Hofstra University's Computer Networks Acceptable Use Guidelines which are available at **hofstra.edu/computeracceptableuse**.

## FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT

The Family Educational Rights and Privacy Act (FERPA) affords students certain rights with respect to their education records. These rights include:

• The right to inspect and review the student's education records within 45 days of the date the University receives a request for access. Students should submit to the registrar, dean, head of the academic department, or other appropriate official, written requests that identify the record(s) they wish to inspect. The University official will make arrangements for access and notify the students of the time and place where the records may be inspected. If the records are not maintained by the University official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be  addressed.

• The right to request the amendment of the student's education records that the student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA. A student who wishes to ask the University to amend a record should write to the University official responsible for the record, clearly identify the part of the record the student wants changed, and specify why it should be changed. If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

• The right to provide written consent before the University discloses personally identifiable information contained in the student's education records, except to the extent that FERPA authorizes disclosure without consent. The University discloses educational records without a student's prior written consent under the FERPA exception for disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Hofstra University Board of

17

Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing a task. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill a professional responsibility to the University.

• The right to file a complaint with the U.S. Department of Education concerning alleged failures by Hofstra University to comply with the requirements of FERPA. The office that administers FERPA is:

Family Policy Compliance Office
U.S. Dept. of Education
400 Maryland Avenue, SW
Washington, D.C. 20202-5920

**Availability of Records**

The Family Educational Rights and Privacy Act (FERPA) requires that Hofstra University, with certain exceptions, obtain the student's written consent prior to the disclosure of personally identifiable information from the student's education records, including grades, courses, GPA, Social Security number, and other personal information. However, Hofstra University may release appropriately designated "directory information" without the student's written consent, unless the student has advised the University to the contrary in accordance with University procedures.

Hofstra University has designated the following information as directory information: the student's name, address, telephone number, electronic mail address, photograph, date and place of birth, major field of study, dates of attendance, grade level, enrollment status (e.g., undergraduate or graduate; full time or part time), participation in officially recognized activities and sports, weight and height of members of athletic teams, degrees, honors and awards received, and the most recent educational agency or institution previously attended.

If students do not want Hofstra University to disclose directory information from their education records without their prior written consent, they must file a form to request nondisclosure of directory information to all third parties. This form can be obtained at the Student Financial Services and Registrar Suite located in Room 206 Memorial Hall, South Campus.

**The Solomon Amendment**

In accordance with the Solomon Amendment, the University will make accessible to the U.S. secretary of defense student recruitment information, including each student's name, address, telephone listing, age (or year of birth), place of birth, level of education (e.g., first-year, sophomore, or degree awarded for a recent graduate), most recent educational institution attended, and current major(s).

Where a student has requested that the University withhold directory information from all third parties under FERPA by filing the form described above, then no information about that student will be released under the Solomon Amendment.

# FAMILY NOTIFICATION POLICY

Hofstra University values families as essential partners in guiding our students on their journey toward becoming responsible global citizens. We recognize that students grow and mature when they reflect upon and assume responsibility for their actions and decisions. In accordance with Hofstra's student-centered philosophy, the University strives to communicate and work with students directly while embracing our partnerships with families.

In accordance with the Family Educational Rights and Privacy Act (FERPA), the University reserves the right to notify families in emergency situations to protect the health and safety of students or others. This may include instances where a student presents a serious risk of harm to self and/or others; hospitalization or hospital transport; official report of a missing student; or serious mental health concerns. In addition, the University may notify parents of students under age 21 in cases of serious or repeated violations of laws or policies regarding alcohol or other drugs.

18

Hofstra recognizes that individual instances guide decisions regarding family notification, depending on the nature and severity of the situation. Although students are encouraged to maintain ongoing communication with their families, the University reserves the right to notify families directly and/or to ensure that they have been satisfactorily informed in circumstances such as those listed   above.

 University staff will attempt to communicate with the student before contacting a family member in order to discuss the possible benefits and challenges of notification. The vice president for student affairs or designees use professional judgment when determining whether notifying parents or guardians is essential and benefits student  welfare.

## HAZING POLICY

**Hofstra University Rules and Regulations Regarding Hazing**
Hofstra University recognizes that membership in a fraternity/sorority or other campus organization (herein collectively referred to as an "organization") can be a meaningful experience in conjunction with other aspects of the educational process. Unfortunately, however, membership or prospective membership in an organization is sometimes accompanied by a wrongful activity commonly known as "hazing." Hazing is a violation of the Penal Law and other laws of the state of New York as well as the general regulations of the University. Accordingly, the University hereby reaffirms its policy that it will not condone hazing of any kind. To this end, any student, faculty member, staff member, visitor, licensee, or invitee who engages in hazing may be removed from the campus and, where appropriate, shall be subject to suspension, expulsion, or other disciplinary action. Similarly, the University may take any or all of the following actions against any organization that authorizes hazing or those members (whether individually or in concert) who engage in hazing: rescind permission for the organization to operate on campus property, rescind recognition of the organization, and prohibit the organization from using the University's name in any manner.

Hazing refers to any activity expected of someone joining a group, conducted for the purpose of initiation into or affiliation with a group, or expected of a group member to maintain full status in a group, where the activity is abusive, humiliating, degrading, excessive, or contrary to commonly accepted standards of decency, or risks emotional or physical harm. The requirement or expectation to participate in the activity need not be expressly stated. If an individual reasonably believes that they would not be considered a fully participating member of the group or that they would be ostracized for not participating in particular behaviors (for example, alcohol use), then such implied coercion would be considered hazing.

The specific activities constituting hazing vary widely among participants, groups, and settings, and include but are not limited to:
• Any action or situation that recklessly or intentionally endangers mental or physical health or involves the forced consumption of liquor or drugs.
• Any other act or series of acts that causes or is likely to cause mental or physical harm or danger to oneself or others.
• Mistreatment by playing stunts or practicing abusive, humiliating, or ridiculous tricks that subject an individual to personal indignity, humiliation, or ridicule.
• Harassment by exacting unnecessary, disagreeable, or difficult work or harassment by banter, ridicule, or criticism. Some examples of such prohibited activities are:
  – Abnormal or unusual dress holding the wearer up to ridicule, e.g., extraordinary headwear, costumes, underwear, body painting, etc.
  – Performing unusual or abnormal acts, e.g., dancing on tables, standing at attention, standing on windowsills, blindfolding, etc.
  – Excessive or unusual physical activities, e.g., crawling, duck walk, push-ups, sit-ups, skipping, hopping, squatting,  etc.
  – Verbal or written harassment or abuse, e.g., yelling, making demeaning remarks, etc.

Violations of any of the foregoing prohibitions are also considered violations of the Student Conduct Codes and shall be dealt with by the University as follows:

<u>In the case of any individual or group that is not a member of the University community</u>: The authorization for such individual or group to remain on University property will immediately be revoked; and if the individual or group thereafter refuses to leave University property, necessary and appropriate action will be taken to remove such person or group from the University property. In addition, the University may, at its sole discretion, take all necessary and appropriate action to prevent any such individual or group that engages in hazing from reentering University property.

<u>In the case of a Hofstra student</u>: The student shall be requested to cease and desist from such prohibited conduct and, if the student fails to do so, necessary and appropriate action will be taken to restrain and remove such student from University property. In addition, disciplinary proceedings shall be commenced, pursuant to the Code of Community Standards, against any student who engages in hazing. In accordance with those procedures, the penalties of suspension, expulsion, or other disciplinary action may be imposed.

<u>In the case of a non-student member of the Hofstra community</u>: The person shall be requested to cease and desist from such prohibited conduct and, if the person fails to do so, necessary and appropriate action will be taken to restrain and remove such person from University property. In addition, charges shall be brought, in accordance with appropriate University policy, against any non-student members of the Hofstra community who engage in such inappropriate conduct. Appropriate disciplinary action will be imposed in accordance with University-approved procedures.

<u>In the case of an organization</u>: The organization shall be requested to cease and desist from such prohibited conduct and, if the organization fails to do so, necessary and appropriate action will be taken to eject such organization from University property. In addition, charges shall be instituted pursuant to the disciplinary procedures of the University against any organization that authorizes or engages in hazing. A hearing shall take place and, to the extent applicable, those procedures shall be followed. In addition to the penalties set forth in those procedures, the penalties of temporary or permanent rescission of permission for the organization to operate on campus property and temporary or permanent rescission of use of the University's name in any manner by such organization may be imposed.

Whenever, in the opinion of the Dean of Students or the designated representative, the conduct of any individual or organization poses an imminent threat to the physical or emotional safety of such individual or others or to property, the Dean of Students or the designated representative may immediately suspend such individual or organization and/or eject such individual or organization from the campus pending an appropriate hearing and final determination.

In addition to the foregoing, the University reaffirms its right to utilize and seek the aid of public authorities and such judicial, civil, and criminal processes and proceedings, at the discretion of the University, as may be necessary and appropriate. Any penalty imposed by the University shall be in addition to any penalty pursuant to the penal law or any other law to which a violator or organization may be subject.

The foregoing rules and regulations shall be part of the bylaws of all organizations operating on the University's campus. Every organization shall annually review its bylaws with all individuals affiliated with such organization.

## IMMUNIZATION POLICY

New York state law requires that all students registered for 6 or more credits provide proof of immunity to measles, mumps, and rubella (German measles) by vaccination or blood titers. New York state law also requires the University to document that all registered students taking 6 credits or more have received information regarding meningitis disease, the available vaccine, and their decision to be vaccinated or decline the vaccine. Please note that you are not mandated by New York state law to receive the vaccine. You are mandated ONLY to document that you have received information and have chosen either to be vaccinated or to decline the vaccination.

**Immunization Requirements**
To attend a university in New York state, every student born after January 1, 1957 (who is taking 6 or more credits) must show proof of immunity to measles, mumps, and rubella (German measles). ONE of the following vaccination verification forms must be on file with The Student Health and Counseling Center:

▸ An official school, state, county, or national immunization record verifying two MMRs.
▸ A blood test showing immunity to those diseases, with a titer clearly stated.
▸ A written history, health care provider-signed, with documentation of two MMRs.
▸ A written history, health care provider-signed, documenting having had measles and/or mumps. History of rubella must be laboratory confirmed.

In the event that a student is not immune or has not been immunized, the University is required by New York state law to exclude any student who does not comply with these laws. Noncompliant students are not permitted to attend Hofstra University. This includes exclusion from classes, residence halls, and other curricular and cocurricular activities. New York state also requires that each student receive information concerning meningococcal meningitis disease and the available vaccine. The student is mandated ONLY to document that they have received the information and have chosen either to be vaccinated or to decline the vaccination. All documents must be submitted to Student Health Services by the first day of class for the fall semester.

## MISSING STUDENT POLICY

It is the policy of the Office of Residence Life at Hofstra University to investigate any report of a missing student living in one of the University's residence halls. All students residing in a campus residence hall are requested to complete a Confidential Contact Information Form, available upon check-in to their residence hall. The residential student is asked to identify the name and contact number of the individual(s) to be contacted in the event the student is determined to be missing, as set forth below. This contact information will be registered confidentially and may not be disclosed, except to law enforcement personnel in furtherance of a missing person investigation and authorized Hofstra University officials, including Public Safety officers.

Hofstra understands that students may make arrangements to stay outside of the residence halls, and as such the location of students in the halls is not monitored by Resident Assistants or other University staff. If a student intends to leave their residence hall for an extended period of time, the student is strongly encouraged to advise the residence hall staff before leaving, to avoid the student being reported "missing." If, however, there is reason to believe a residential student is missing, all reasonable efforts will be made to locate the student to determine the student's state of health and well-being. These efforts, which are done in conjunction with Public Safety, include but are not limited to checking the student's room, speaking with friends and/or roommates, checking ID access, locating the residential student's vehicle, and calling the student's cell phone number or other known contact information.

Where a residential student has been missing for 24 hours, students, employees, or other individuals should make a report to Residence Life, the Dean of Students Office, or the Department of Public Safety. All missing student reports will be referred immediately to the Department of Public Safety. If upon investigation by Public Safety, the residential student is determined missing, staff from Public Safety and/or Student Affairs will contact the resident's designated "Confidential Contact" within 24 hours. For any residential student under the age of 18, Hofstra will notify a custodial parent or guardian, in addition to any other individual designated on the Confidential Contact Information Form, within 24 hours after the time the residential student is determined to be missing by the Department of Public Safety. Public Safety will continue to investigate, utilizing established investigative procedures in collaboration with staff from Residence Life, other campus offices, and local law enforcement agencies. When a "Confidential Contact" cannot be located or has not been assigned, Public Safety will inform the appropriate law enforcement agency and/or make contact with the residential student's parent or legal guardian. In all cases where the Department of Public Safety determines that a residential student is missing, Public Safety will notify the appropriate law enforcement agency within 24 hours of that determination.

## NONDISCRIMINATION POLICY (Rev. June 2019)

Hofstra University is committed to extending equal opportunity to all qualified individuals without regard to race, color, religion, sex, sexual orientation, gender identity or expression, age, national or ethnic origin, physical or mental disability, marital or veteran status (characteristics collectively referred to as "Protected Characteristic") in employment and in the conduct and operation of Hofstra University's educational programs and activities, including admission, scholarship and loan programs, and athletic and other school-administered programs. This statement of nondiscrimination is in compliance with Title VI and Title VII of the Civil Rights Act of 1964, Title IX of the

21

Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act Amendments Act, the Age Discrimination Act, and other applicable federal, state, and local laws and regulations relating to nondiscrimination ("Equal Opportunity Laws"). The Equal Rights and Opportunity Officer is the University's official responsible for coordinating its overall adherence to Equal Opportunity Laws.

| | |
|---|---|
| For questions or concerns regarding Equal Opportunity Laws or other aspects of Hofstra's Nondiscrimination Policy | **Equal Rights and Opportunity Officer**<br>**Title IX Officer for Employee Matters**<br>Denise Cunningham, Chief Human Resources Officer, Room 111 Human Resources Center, 516-463-6859 |
| Procedures for resolving complaints against employees or other non-students of discrimination or harassment based on any Protected Characteristic, including Title IX | Hofstra University Harassment Policy,<br>Links: Harassment Policy and Harassment Policy Complaint Form<br>-and/or-<br>Freedom from Discrimination policy<br>Links: FPS 12B, Freedom from Discrimination policy and FPS 12 |
| For questions or concerns regarding Title IX (i.e., nondiscrimination based on sex) involving students | **Title IX Officer for Student Issues**<br>Allison Vernace, Room 127 Wellness and Campus Living Center, 516-463-5841 |
| Deputy Title IX Officers | Jennifer Boscarino-Green, Senior Associate Dean for Strategic Outreach and Retention, Center for University Advising, Room101F Memorial Hall, 516-463-4961<br><br>Amanda DelGaudio, Assistant Director for LGBTQ+ Advocacy and Awareness, Room 260 Mack Student Center, 516-463-6957<br><br>Jodi Langsfeld, Associate Dean for Student Affairs (Medical School), Room 227A Zucker School of Medicine, 516-463-7145<br><br>Cindy Lewis, Senior Associate Director of Athletics, Room 207 Mack Sports Complex, 516-463-6748<br><br>Lisa Monticciolo, Dean of Students and Diversity and Inclusion Officer (Law School), Room 204A Deane Law School, 516-463-4809<br><br>Zaibis Muñoz, Assistant Dean and Director of Student Advocacy and Prevention Awareness, Room 260J Mack Student Center, 516-463-6558<br><br>Terri Shapiro, Senior Vice Provost for Academic Affairs and Dean of Graduate Studies, Room 0225 West Library Wing, 516-463-5057<br><br>Russ Smith, Associate Director for Residence Life, Room 126 Wellness and Campus Living Center, 516-463-6931 |
| Procedures for resolving complaints against students of sexual misconduct, relationship violence, and discrimination or harassment based on any Protected Characteristic | Student Policy Prohibiting Discriminatory Harassment, Relationship Violence and Sexual Misconduct<br><br>Link: Student Policy Prohibiting Discriminatory Harassment, Relationship Violence and Sexual Misconduct |
| Disability-Related Issues | For students: Director of Student Access Services, Suite 107 Mack Student Center, 516-463-7075<br>For employees: Chief Human Resources Officer, Room 111 Human Resources Center, 516-463-6859<br>Procedure for resolving disability discrimination complaints: Hofstra University Harassment Policy, *see link above* |

Aside from the internal process at Hofstra University, aggrieved parties may also choose to pursue legal remedies outside the University, including through the following governmental entities:

- o   NYS Division of Human Rights, at 888-392-3644 or **dhr.ny.gov/complaint**
- o   US Equal Employment Opportunity Commission, at 800-669-4000 (TTY: 1-800-669-6820), or info@eeoc.gov
- o   US Department of Education Office for Civil Rights, at 800-421-3481 (TDD: 800-877-8339), or OCR@ed.gov
- o   If the harassment involved may constitute a crime, such as coerced physical confinement or coerced sex acts, contact your local police department.

## ON-CAMPUS LIVING POLICIES

The Office of Residence Life is responsible for supporting and managing the residence halls at Hofstra University. *The Living Factor,* available through the Office of Residence Life, outlines the expectations and guidelines for all students residing in the residence halls. Hofstra University has developed policies and procedures to ensure that all contractual relationships, as well as fire, safety, and maintenance standards, are upheld in the residence halls. In most instances, policies relate directly to the health and safety of residents and the condition of facilities. Since the ultimate responsibility for fulfilling these standards lies with the individual residents, all residents must read and abide by the *Residential Living Agreement.* A copy of the agreement for undergraduate students can be found at **hofstra.edu/undergraduatelivingagreement**. A copy of the agreement for graduate, law, and medical students can be found at **hofstra.edu/gradlawmedlivingagreement**. For clarification on any of the information provided, contact the Office of Residence Life at 516-463-6930.

## PARKING AND VEHICLE REGULATIONS

### General

Hofstra parking permits can be obtained at the David S. Mack Public Safety and Information Center located on the southeast corner of Hempstead Turnpike and California Avenue. Permits are issued only at the Mack Public Safety and Information Center, Monday-Friday, 8:30 a.m.-4:30 p.m. There is no charge for a parking permit. Parking permits will be affixed to the vehicle by Public Safety staff in accordance with University regulations. Every student, staff, faculty, and administrator is allowed to register only one vehicle. If a second vehicle is used, a temporary pass will be issued for a maximum of two weeks. All persons parking their vehicles on campus do so at their own risk. The University is not responsible for the theft of any vehicle or its contents, or for damage sustained to a vehicle parked on campus property. All operators are subject to existing New York state vehicle and traffic laws while on campus.

Requirements When Applying for a Parking Permit
1. Applicant must apply in person.
2. Applicant must have a valid HofstraCard.
3. Vehicle must be parked in the Public Safety parking lot in order to affix the permit.

### Special Parking Privileges

Individuals with physical disabilities may receive special parking privileges, if authorized. However, anyone requiring "Person First" parking privileges must first apply through Student Health Services. If approved by Student Health Services, a special parking permit may be obtained at the Mack Public Safety and Information Center. Short-term unloading stops in restricted and "No Parking" areas are permitted, but permission must be obtained in advance from Public Safety. In the absence of permission, violations will be cited.

### Use of Another/Different Vehicle

Only one vehicle per person can be registered with the Department of Public Safety. In the event that a second vehicle is being used, a temporary parking pass will be issued for a maximum of two weeks, or violations will be cited. You are responsible for all summonses issued to any vehicle you drive on campus.

**Personalized Motorized Vehicles**

The University prohibits the use of hoverboards, self-balancing scooters, battery-operated scooters, hands-free Segways, electric-powered skateboards, and similar devices and their chargers in all Hofstra University buildings, including residence halls. Hoverboards may not be used, charged, or stored in any Hofstra University building or on Hofstra University property. Violations of this rule will constitute a violation of the Residential Living Agreement and of the Code of Community Standards, and any student in violation may be subject to disciplinary action.

**Parking in a Manner That Warrants Towing/Booting**

Any vehicle that is not registered as required or is parked in violation of any of the campus traffic regulations will be fined, booted, and/or towed at the owner's expense. You must report to the David S. Mack Public Safety and Information Center to secure the release of your vehicle. The towing fine must be paid in order for the vehicle to be released. If your vehicle has been booted, do not attempt to personally remove the boot. Persons who attempt to remove a boot from a vehicle will be subject to conduct charges and possible fines. The University will not be held responsible for damage to booted or towed vehicles or for personal property lost as a result of having the vehicle booted, towed, and/or disposed of. Any vehicle parked on campus (a) without a proper license plate, or (b) for four days or more without a valid University permit, is considered abandoned, and is subject to disposal, for which the University will not be responsible for any damage or loss of property.

**Student Parking Lots**

Students may park only in areas marked for student parking, and only between lines that outline the parking space. Do not park in areas marked "Restricted," "Reserved," or "Visitors." This rule applies whenever vehicles are on campus for any reason.

**Citations**

Citations and/or referrals to the Office of Community Standards will be given by the Department of Public Safety for the following violations of regulations, among others:

1. Parking in a "Person First" space without a special parking permit.
2. Parking within the prohibited distance limits of a fire hydrant.
3. Dangerous or reckless driving.
4. Failure to stop at a stop sign.
5. Speeding.
6. Entering parking field via exit.
7. Leaving parking field via entrance.
8. Leaving the scene of an accident.
9. Parking in front of a closed gate or barricade.
10. Obstructing traffic.
11. Parking in other than specified area when parking privileges have been suspended.
12. Driving or parking on any grass area, walkway or ramp, except emergency and maintenance vehicles, or as directed by a Public Safety officer.
13. Parking in a tow away zone.
14. Parking for the purpose of making mechanical repairs.
15. Abandoning a vehicle.
16. Parking in an area not outlined for parking.
17. Parking in wrong field or space.
18. Parking outside of lines.
19. Parking in restricted or reserved space or area.
20. Scofflaw.
21. Failure to properly display a Hofstra University parking permit.
22. Parking in a fire zone.

**Appeal of Parking Violations**

If you feel that a summons was issued or that your vehicle was towed in error, you may file an appeal as indicated below. Appeals must be submitted within 10 business days of receiving the ticket. All rulings on appeals are final.

- Download the Parking Appeals Form at **hofstra.edu/parking**.
- Complete the form and submit it along with a copy of the summons to Public Safety via email to **publicsafety@hofstra.edu**.

24

**Disciplinary Action for Continuous Violators of Parking and Vehicle Regulations**

The University reserves the right to refuse parking privileges to anyone found to abuse the University's parking rules and regulations. Students who repeatedly violate University parking regulations could face disciplinary action that may result in, among other penalties, suspension of driving privileges on the Hofstra campus. If a student's driving privileges are suspended/revoked, that student is not permitted to drive or have a vehicle on any part of the Hofstra campus for any reason. The campus speed limit is 15 mph; violators will be cited.

*For more information on campus vehicle regulations, consult the *Campus Vehicle Regulations* brochure available at the Mack Public Safety and Information Center.

## REASONABLE ACCOMMODATIONS

Hofstra University is committed to providing an environment free from all discrimination, including discrimination on the basis of physical or mental disability. In order to access reasonable accommodations for disabilities, students must first formally disclose their disability by registering with Student Access Services (SAS), and then must submit appropriate documentation for review. SAS staff members are available to help students with the registration process, and then work with students to determine which accommodations are appropriate for their needs at the college level.

For more information about applying for reasonable accommodations through SAS or to access SAS forms, please visit **hofstra.edu/sas**, call 516-463-7075, or email **SAS@hofstra.edu**.

**Grievance Process.** Students who believe they have been harassed or discriminated against by a University employee because of a disability may bring a complaint under the University's Harassment Policy, available at **hofstra.edu/ harassment**.

**Policy on Audio Recordings of Classes**

Hofstra University is committed to providing reasonable accommodations for students with disabilities, in accordance with federal and state law and Hofstra policy. Under the Rehabilitation Act of 1973, audio recording of classes is considered to be a reasonable accommodation that must be permitted where necessary for a student to fully participate in an educational program.

Students who wish to receive this accommodation should follow all regular SAS procedures for registering, providing documentation, and requesting accommodations. As with other accommodations, students will notify professors of their accommodation by providing them with an SAS accommodation letter. Students are encouraged to discuss this accommodation with their professor during the first week of class or within a week of receiving the accommodation, whichever is earlier, in order to facilitate smooth implementation of the accommodation. Any professors with questions or concerns about audio recording of classes are encouraged to contact SAS. SAS is available to educate and support both students and faculty members in understanding and employing the allowed accommodation, and in implementing this policy.

All students who receive an accommodation of audio recording classes will also be required to sign an agreement to the following terms and conditions. This policy covers all audio recording of classes, including the use of computer software that includes audio recording and related note-taking aids:

1. SAS will determine the length of time for which an audio recording accommodation is awarded, and the student's agreement to abide by the policy will cover that full time period. Certain types of software are subject to licenses that must be renewed each semester by contacting SAS.

2. Recording devices and software are solely for the use of the student who received the accommodation. Students may not share recording devices or software, or any electronic files created using those devices or software, with any other person. However, students are permitted to discuss course content or share individually created study materials (i.e., not files directly generated by note-taking software) with classmates in study groups that would otherwise be permissible.

25

3. Exporting, uploading, or sharing of any recording software and any files created therewith to any internet website or service is prohibited.

4. Any audio recordings must be destroyed at the end of the course of study, whether the end of the semester for a single course, or on finishing a sequence of related courses.

5. The faculty member shall have discretion to require that recording during class be terminated during classes or portions of classes that involve personal discussion and self-disclosure, where the professor instructs all students to cease taking notes.

6. Failure of the student to abide by this policy will be considered a violation of the Code of Community Standards, and the student will be subject to disciplinary action. Any faculty member may bring a complaint against a student for violation of this policy, to be adjudicated under the Code of Community Standards.

# SAFETY AND SECURITY POLICIES

### Campus Crime Reporting and Fire Safety Statistics

In compliance with the federal Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act and other federal law, detailed information on campus security and fire safety, including statistics, is available in the *Annual Security and Fire Safety Report,* available at **hofstra.edu/campussafetyreport**. Crime statistics are also available at the U.S. Department of Education (DOE) website at **ope.ed.gov/security**. The Advisory Committee on Campus Safety will provide upon request all campus crime and fire safety statistics as reported to the U.S. Department of Education. For additional information or a paper copy of the report, please call the Department of Public Safety at 516-463-6608 during business hours.

### Fire Safety Guidelines

Each Hofstra University residence hall is equipped with an interior fire alarm system with detection throughout the building, including smoke and heat detectors, and pull-box stations. All residence halls are protected with a building fire sprinkler system. Where required, some residence halls are protected by carbon monoxide detectors. All fire safety and building access systems are monitored by the Department of Public Safety, 24 hours a day, 365 days a year. Additional information about fire safety on campus is available in the *Annual Security and Fire Safety Report*, which can be accessed at **hofstra.edu/campussafetyreport** or by calling Public Safety at 516-463-6606.

Hofstra University policies relating to fire safety are in accordance with New York state law and Nassau County ordinances. Our primary concern is the safety and well-being of the members of our community, and, as such, new policies have been created and existing policies have been modified to ensure that Hofstra University provides a safe environment and is in compliance with all New York State Fire Codes and those of the Nassau County Fire Marshal's Office. Students must comply with the specific policies listed below as well as all other policies listed in *The Living Factor*, Hofstra University's guide to residential living. In addition, as per the International Fire Code (IFC), information and training related to fire safety must be presented to all students enrolled in higher education on an annual basis. Any violation of these guidelines is also considered a violation of the Student Conduct Codes.

**Door Chocking (Propping):** A door leading out to a main hallway (common area), used as fire and/or smoke door, should not be chocked (propped) open, blocked, or obstructed to prevent the normal self-closing operation of said door. [ref; IFC F-703.2]

**Electric Wall Outlets:** All electric cords from devices must be plugged directly into a wall outlet or an approved surge protector strip. All surge protector strips must be plugged directly into the wall outlet. No extension cords are permitted in residential halls. Furniture should not obstruct a wall outlet as to prevent an electrical plug from easily being removed from the outlet (without first moving the furniture). [ref; IFC F-605.5]

**Items Suspended from Ceilings and Walls:** No items shall be suspended from the ceiling or within 24" of the ceiling as to obstruct or cover lighting, smoke detectors, and/or sprinkler heads. [ref; IFC-901.6 and 805.1 and 315.2.1] No decorative, holiday, or themed lighting shall be placed/hung on or around doors or windows.

**Decorations:** No tapestries or fabric items (including flags) shall be placed on the ceilings or walls of any room. Wall coverings may include pictures and posters, but may not exceed 50 percent of total wall space. Tapestries and/or fabric items (including doormats) shall not be placed in common areas. [ref; IFC304.1] No window curtains or valances are permitted to be hung in rooms/suites/apartments.

**Natural Cut Trees:** No natural cut trees of any sort shall be erected in the common or living space of any residence hall [ref; IFC 804.1.1]

**Candles/Incense:** No candles (including those used for "decoration only"), incense, or anything that burns are permitted in residence halls.

**Smoking:** Hofstra University is a smoke-free environment. There is no smoking or lighting of smoking-type products, including e-cigarettes, in any residence hall/room or facility on the Hofstra University campus.

**Malicious Damage/False Alarms:** The alteration and/or destruction of fire safety equipment affects the safety of all members of the Hofstra community. Malicious damage to any fire safety equipment, including fire extinguishers, exit signs, fire doors, and emergency lighting, and/or the activation of a fire pull station (when the threat of fire is not present), is a crime, is not tolerated at Hofstra University, and will be prosecuted to the fullest extent of the law. All students must comply fully with all Hofstra University fire safety regulations. Violations may result in monetary, educational, and/or conduct sanctions.

**Refrigerator/Microwave:** Residents may bring their own refrigerator for their residence hall room or suite. The size and number of these refrigerators are limited (one per room or two per suite) due to the electrical current they draw and the limited electrical outlets in the residence hall rooms and suites. The refrigerator must be an energy-efficient model and may not exceed 5 cubic feet in size. Any refrigerator larger than five 5 cubic feet in a residence hall room and/or suite is a violation of Residence Life policy. Additionally, personal microwaves are prohibited in on-campus residence hall rooms and suites. The University has made arrangements with a vendor to provide both refrigerator and refrigerator/microwave rental units at competitive prices. (Visit Residence Life website for contact information for the vendor.) Although students can purchase refrigerator/freezer units of 5 cubic feet or less for use in residential rooms, for safety reasons, only those refrigerator/freezer/microwave multi-units rented through a University-sanctioned vendor are permitted in on-campus residence halls.

**Electrical Appliances Policy:** Due to safety issues, the following items are prohibited in the residence halls: hot plates, electric skillets, toaster ovens, toasters, hot oil popcorn poppers, halogen lights, sun lamps, electric heaters, refrigerators larger than 5 cubic feet, microwaves, electric grills, deep fryers, humidifiers, multiple outlets, extension cords, and any other appliances deemed by the Office of Residence Life as being inappropriate for residence hall use. All permissible appliances must be plugged directly into a wall outlet. Additionally, black light bulbs in University light fixtures are prohibited. Residents of the Graduate Residence Hall are permitted to have one (1) of each of the following per suite: coffeemaker, toaster (NOT toaster oven), water kettle, and rice cooker.

**Cooking Policy:** There is a $100 fine, per appliance, for possession of prohibited cooking and/or electrical appliances in the residence halls. Any additional violation of this policy is grounds for further disciplinary action and/ or fines. There are various food and beverage vending machines located in the lobbies or lounges of the residence halls. Report malfunctioning kitchen appliances or vending machines to the Resident Assistant. For refunds for vending machine purchases, follow instructions posted on the front of vending machines.

**Evacuation/Fire Alarm Procedures:** Evacuation is necessary when any building's fire alarm has been activated or the building becomes uninhabitable because of an event such as a fire, flood, gas leak, contamination, pandemic flu, extreme weather conditions, or the loss of critical services. The response depends on the extent of the emergency. Hofstra community members should familiarize themselves with the evacuation routes posted in the buildings they live in or use frequently. If an evacuation order is issued for a building, cooperate fully with Public Safety/emergency personnel and:

27

- Don't panic. Stay calm.
- If possible, take keys, wallets, and essential belongings with you.
- If possible, wear weather-appropriate clothing.
- If your door feels hot, place a wet towel under it and DO NOT OPEN IT. Instead, open your window slightly, if you need air. While you await rescue, call Public Safety at x3-6789 or 911 to ascertain that they know your location. Make your presence known by waving something from your window.
- If the hallway is filled with smoke, crouch down as low as possible (smoke rises) and hug the wall. Walls eventually lead to doors.
- DO NOT USE ELEVATORS. USE ONLY STAIRS; elevators turn into chimneys when there is a fire and may malfunction due to heat/smoke.
- Close, but DO NOT lock doors.
- Provide assistance to those with physical disabilities.
- Evacuate in a safe and orderly fashion to the nearest Evacuation Assembly Point (as determined by University personnel) and await additional instructions.
- Move away from the building. Do not return to the building until instructed to do so by Public Safety or a residence hall staff member.
- Find your RA or the RA on duty for the purpose of letting someone know you have safely evacuated the building.

**General Evacuation Procedures:** Public Safety officers will move evacuees to an Evacuation Assembly Point where University personnel will conduct a census to establish that the evacuation is complete. (Each building has been assigned an Evacuation Assembly Point; check with your RA for your building's Assembly Point.)

**Evacuation of Individuals with Physical Disabilities:** Public Safety officers will assist individuals with physical disabilities in an evacuation, making every attempt to lead them to safety. Hearing-impaired students have TTY phone capability in their residence hall rooms, and the fire alarm system is connected to strobe lights. If you have a disability that could impair your ability to perform any of the above, please inform Public Safety or Student Access Services of your circumstances upon arrival to campus and request a meeting to discuss any special emergency response accommodations needed.

If you are a residential student:
Please note that a master list of all residential students requiring assistance during a building evacuation is maintained by Student Access Services. Please contact Office of Student Access Services to ensure inclusion on this list.

Any student may:
- Call the Department of Public Safety at 516-463-6789 or call 911 and tell them where you are and what assistance is needed.
- Notify their professor that assistance will be needed if an evacuation is deemed necessary.

## SOUTH CAMPUS SMOKE-FREE POLICY

Hofstra University is committed to promoting a healthy and safe environment for all community members. In support of this goal, Hofstra University has designated its South Campus a "smoke-free" environment. This policy further expands the University's longstanding no smoking policy inside all campus buildings. There is no smoking or lighting of smoking-type products, including e-cigarettes, in any residence hall/room or facility on the Hofstra University campus. More information on this policy can be found at **hofstra.edu/smokefree**.

## STUDENT CLUBS AND ORGANIZATIONS POLICIES

### Office of Student Leadership and Engagement (OSLE)
The Office of Student Leadership and Engagement (OSLE) is responsible for supporting and managing student clubs and organizations at Hofstra University. All student clubs and organizations, including national, regional, and local organizations that have chapters at Hofstra, are allowed to operate at the will of the University.

Expectations and guidelines for all recognized student groups at Hofstra are publicized at
**hofstra.edu/oslepolicies**. These documents provide information about creating new student clubs and
organizations, registering student clubs and organizations, accessing University resources, and other relevant
policies and procedures. Student groups and organizations may also be subject to specific policies and
constitutions governing particular student organizations and fraternity and sorority affairs. Where student clubs
and organizations fail to meet expectations; fail to comply with guidelines, policies, procedures, or constitutions;
or violate the Code of Conduct, the Dean of Students may suspend or withdraw the group's recognition and
permission to operate at the University.

Within seven (7) calendar days of receiving the notice of suspension or withdrawal of recognition, the club or
organization may submit a written appeal of the Dean of Students' decision to the Vice President for Student
Affairs, setting forth in detail the reasons the club or organization believes its recognition should be restored. The
decision of the Vice President for Student Affairs is final.

### Recognition of Student Clubs and Organizations

1. Students interested in creating a club or organization may petition the Office of Student Leadership and Engagement.
2. Students interested in forming a chapter of a fraternity or sorority may petition the Office of Student Leadership and
   Engagement, through the fraternity and sorority expansion process.
3. Students interested in affiliating with an academic department for a specific academic honor society may petition that
   particular department.
4. Authorization to function as a student club or organization is determined by a Club Recognition Committee,
   composed of representatives from the offices of Student Leadership and Engagement, Student Advocacy and
   Prevention Awareness, and Campus Recreation.

## VIOLATION OF LAW AND REPORTING VIOLATIONS POLICY

The University reserves the right to report certain acts of misconduct performed on University property to the appropriate
civil authorities, including any criminal conduct in violation of the laws of the state of New York or federal statute.

Regardless of the location of the incident or the identity of the victim, if a Hofstra University student is charged with
a felony, the University, if it determines it is appropriate to do so to protect the health, safety, and welfare of the
accused student, complaining student, and/or the Hofstra community, reserves the right to summarily suspend the
student. The University reserves the right to take action under the Code of Community Standards prior to the
disposition of any action that may result from criminal proceedings. Disciplinary action at the University may
normally proceed during the pendency of the criminal proceedings, and will not be subject to challenge on the
grounds that criminal charges involving the same incident have been dismissed or reduced or that no criminal
charges have been brought.

## SECTION III: CODE OF CONDUCT

The following offenses are prohibited under the University's Code of Conduct.

## AIDING AND ABETTING

Helping, procuring, or engaging another person to violate the Student Conduct Code; any other University policy;
or any federal, state, or local laws, rules, or regulations.

## ALCOHOL

See Policy on Alcohol, Illegal Drugs, and Other Controlled Substances.

## ASSAULT

Causing or intending to cause physical injury to a person.
• Simple Assault – Intentionally or recklessly causing physical injury to a  person.
• Aggravated Assault – Intentionally causing a serious physical injury to a person (e.g., loss of consciousness, broken bones,
  loss of teeth), or intentionally using a dangerous weapon with the intent to cause a serious physical injury to another
  person, whether or not an injury results.

## BIAS-MOTIVATED INTERACTION OR CONTACT

Behavior, whether physical or verbal, or in-person or through the use of electronics or by any other means, that is motivated by bias based on actual or perceived race, color, religion, sex, sexual orientation, gender, gender identity or expression, age, national or ethnic origin, physical or mental disability, or marital or veteran status, that has the effect of intimidating, taunting, humiliating, or otherwise impeding on the rights of another individual. Where the behavior comes within the definition of Sexual Harassment or Other Unlawful Harassment, then the offenses shall be governed by the Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct (see policy in Section IV)

## COERCION

Compelling or inducing another person to act in a certain manner through physical or psychological threats. Examples include but are not limited to:

• Threatening to cause physical injury to a person or damage to property.
• Threatening to file a complaint leading to a conduct charge against a person without a proper basis.
• Threatening to expose a secret or publish information that may subject the person to hatred, ridicule, contempt, or embarrassment.

## CONDUCT UNBECOMING

Behavior unbecoming of a Hofstra student, including but not limited to behavior that violates the University's Mission Statement, the Core Values of the Division of Student Affairs, or that exhibits flagrant disrespect for persons, flouting of common standards of decency, or contempt for the generally accepted values of the intellectual community.

## DAMAGE OR VANDALISM

Intentionally or recklessly taking actions that:
   a. Reduce the value of the property of the University or another individual.
   b. Result in defacing, damaging, or destroying the property of the University or another individual.

## DEFAMATION

Knowingly communicating false information about a member of the University community to a third party, including verbally or through electronic means (online), which exposes the member of the University community to possible hatred, contempt, ridicule, loss of good will, or loss of reputation as a result of this information.

## DISRUPTIVE CONDUCT

Acting singularly or in concert with others, in a manner that obstructs, disturbs, interferes with, or impairs the normal operations, processes, and functions of the University, including University classes, departments, facilities, events, representatives, and/or individuals or groups. Failing to follow University policies when planning protests, demonstrations, etc.

## DRUGS

See Policy on Alcohol, Illegal Drugs, and Other Controlled Substances.

## FAILURE TO COMPLY

Failing to comply with a directive or request from a University official or department. Failing to comply with a University or departmental policy.

## FALSIFICATION/FORGERY

Providing any false or misleading information with the intent to defraud, deceive, or injure another or to circumvent University procedures/policies and/or the University conduct process. Altering or destroying accurate information on any University record or any record submitted to the University.

# FIRE AND EMERGENCY SAFETY

Acting in a manner that endangers, or may potentially endanger, the life or safety of others. Examples of fire and emergency safety violations include but are not limited to:

   a. Improper Evacuation – Failing to immediately evacuate any facility when a fire alarm has been sounded or hindering or impairing the orderly evacuation of any University facility.
   b. Noncompliance with Safety Personnel – Disobeying a directive given by any University or fire safety official in connection with a fire, alarm, or other emergency/safety matter.
   c. Jeopardizing Equipment – Tampering with, misusing, or damaging fire or safety equipment (e.g., alarms, any fire alarm system's device, fire extinguishers, sprinkler system and the components thereof, emergency light, fire-rated door and/or its appliances, smoke detectors).
   d. Unintentional Fire – Causing a fire through the use of prohibited items as outlined in *The Living Factor*.
   e. False Report – Falsely reporting a fire, bomb threat, or other safety hazard, or taking part in an incident that would cause an alarm activation without just cause.
   f. Malicious Fire – Intentionally setting a fire.
   g. Laws/Policies/Guidelines – Violating New York state laws on fire safety as well as the University's fire safety guidelines and all related policies as outlined in *The Living Factor*.

# GAMBLING

Participation in any unauthorized lotteries, raffles, or other games of chance where some form of payment (monetary or otherwise) is exchanged for a chance to win a prize. These activities are not to be conducted by organizations or individuals, or in connection with University-sponsored events, except for appropriately authorized raffles held in accordance with the University's raffle policy.

# GUEST POLICY

Students are responsible for their own conduct as well as the conduct of their guest(s). In matters where a student's guest violates University policies, the University will hold the student host responsible for the guest's behavior and may, in appropriate circumstances, impose sanctions as if the student had committed the violation.

*The Living Factor* allows for guests of residents to remain overnight in the residence halls for no longer than three consecutive nights and six nights in total. Any Hofstra University student who is a guest of a residential student and who violates this overnight guest policy may be subject to appropriate sanctions.

# HARASSMENT

Any of the following constitutes harassment:

   a. Physically or emotionally threatening or taunting another person, or bullying another person, whether these actions are taken in-person, electronically, or by any other means.
   b. Engaging in a course of conduct or repeatedly committing acts that alarm or seriously annoy such other person(s) and that serve no legitimate purpose.

# HAZING

See Policy on Hazing in Section II.

# ID POLICY

Failure to abide by any regulations applicable to the HofstraCard, including but not limited to:

   a. Failure to carry the HofstraCard at all times while on campus.
   b. Failure to present the HofstraCard to University officials on request.
   c. Unauthorized use, alteration, or duplication of the HofstraCard.

# INFRINGEMENT OF RIGHTS

Violating or disregarding the rights of another member or guest of the University community. Examples of infringement of rights include but are not limited to:

   a. Infringing with the freedom of movement, freedom of speech, the right to personal privacy, or the ability to otherwise function within the University community.
   b. Causing unreasonable noise that disturbs or interferes with other community member(s) or violates the quiet/courtesy hours policy as outlined in *The Living Factor*.

c. Using obscene and/or profane language or gestures, or speaking in a way that is inconsistent with the Hofstra Code of Community Standards.

# LEWD/INDECENT BEHAVIOR

Intentionally exposing intimate parts of the body in a public place, or in private premises under circumstances in which the student may readily be observed. This includes but is not limited to urinating or defecating in places other than appropriately designated areas.

# PHYSICAL ALTERCATION/FIGHTING

Shoving, slapping, kicking, or subjecting another person to abusive and unwanted physical contact. Initiating or provoking a physical altercation or fight with another person.

# RECKLESS ENDANGERMENT

Engaging in conduct that creates a substantial risk of serious physical injury to another person or to oneself. Examples of reckless endangerment include but are not limited to:

a. Throwing or ejecting an object out of the window.
b. Operating a motor vehicle in a manner that causes or could potentially cause physical harm to an individual or property.
c. Operating any pedestrian conveyance (i.e., bicycle, skateboard, rollerblades, etc.) on pedestrian walkways, pedestrian bridges, or any other pedestrian-utilized area on campus.
d. Any other conduct that jeopardizes the health or physical/emotional safety of an individual.

# RELATIONSHIP VIOLENCE AND SEXUAL MISCONDUCT

Offenses of relationship violence or sexual misconduct shall be governed by the *Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct* (see Policy in Section IV).

# SAFETY AND SECURITY/TRESPASSING/UNAUTHORIZED ACCESS

Taking any action that compromises the security of the University, its facilities, or its community members. Examples of safety and security violations include but are not limited to:

a. Entering campus, facilities, areas, or personal spaces without the proper authority/permission or during a time that entry is restricted (including rooftops, athletic fields, labs, etc.).
b. Improperly entering or exiting campus, facilities, or personal spaces (including through windows, locked gates, fences, by avoiding turnstiles, etc.).
c. Locking oneself out of the residence halls more than four (4) times in a semester.
d. Propping doors of or within University facilities that are not intended to remain open.
e. Using roofs, fire escapes, ledges, balconies, etc., for any purpose other than for escape from fire or threat of fire.
f. Unauthorized access to or use of University records.

# SOLICITATION

Distributing, providing, selling, or inviting someone else to distribute, provide, or sell pamphlets, advertisements, or other goods or services to members of the University community without the approval of an appropriate University official or in violation of University guidelines.

# THEFT

Taking and/or retaining property belonging to another individual without the explicit consent of the owner. Using services without paying for those services and/or without receiving proper consent for use of those services. Intentionally writing or cashing bad checks on campus.

# UNAUTHORIZED POSSESSION

Having, borrowing, or using property without the knowledge and/or consent of the owner. Examples of unauthorized possession include but are not limited to:

a. Borrowing clothing, electronics, toiletries, or other personal items without the owner's permission.
b. Removing common area furniture, appliances, or other items, and placing in private rooms/suites.
c. Taking University signs, equipment, and other items for personal use.

## UNRECOGNIZED GROUPS

All groups that fail to gain recognition are unable to gain access to any University facilities and services in the name of the group. This extends to participation in Campus Recreation programs under the name of the unrecognized group or under a pseudonym where 50 percent of the individuals are members of an unrecognized group. In this case, the director of Campus Recreation shall disband the team and disqualify it from further competition.

Actions that will result in being charged as an unrecognized group include but are not limited to:
a. Wearing or displaying the insignia, name, or crest of the unrecognized organization.
b. Affiliating the group with Hofstra University or using Hofstra's name or brand without Hofstra's written permission either in literature, on the internet, or with an outside source (i.e., restaurant, catering establishment, etc.).
c. In-taking, initiating, receiving, or recruiting new members into the unrecognized group.
d. Utilizing University services in the name of an individual or group for use by the unrecognized group.

Participating as a member of a group that has been denied official recognition by the University, suspended by the University, or that has never sought recognition from the University is a violation of University policy.

Examples of participation in an unrecognized group include but are not limited to:
a. Wearing or displaying the insignia, name, crest, or other identifying symbol of the unrecognized group.
b. Reorganizing an unrecognized group under an alias.
c. In-taking, initiating, receiving, and/or recruiting new members into an unrecognized group.
d. Affiliating a group using Hofstra University's name, brand, or likeness thereof.
e. Utilizing Hofstra facilities or services for activities in support of an unrecognized group.

## VIOLATION OF A BAN

Entering any area and/or building from which an individual has been banned or removed by the University. Hosting a banned individual on campus or at a University-sponsored event.

## VIOLATIONS OF THE STUDENT CONDUCT PROCESS

Violations of the student conduct process constitute violations of the Code of Community Standards. Violations of the student conduct process include but are not limited to:
• Failure to comply with a directive from the Office of Community Standards or a designee from another office.
• Falsification, distortion, or misrepresentation of information before a conduct officer or hearing board.
• Disruption or interference with an informational meeting or conduct hearing, or any other part of the conduct process.
• Falsely accusing a student of a conduct code violation in a way that is intentionally dishonest or made maliciously or without regard for the truth.
• Attempting to discourage and/or harass an individual who is attempting proper participation in, or use of, the student conduct process.
• Attempting to influence a conduct officer or member of a hearing board, complainant, respondent, or witness regarding a student conduct proceeding (includes but is not limited to harassment or intimidation) prior to and/or following the proceeding.
• Influencing or attempting to influence another person to commit an abuse of the student conduct process.
• Failure to comply with the sanction(s) imposed under the student conduct process.

## WEAPONS, AMMUNITION, OR EXPLOSIVES

Possessing, using, storing, transporting, or concealing any dangerous instrument, ammunition, and/or explosives, including but not limited to:
a. Fireworks
b. Incendiary devices
c. Chemicals that are explosive in nature
d. Firearms and ammunition of any type (rifles, pistols, air guns, pellet guns, BB guns, etc.)
e. Knives, razors, cutting instruments
f. Self-defense spray devices
g. Martial arts materials (e.g., nunchuks)

h. Any other instrument that is adapted, designed, or intended to cause harm, or that could reasonably intimidate or cause fear of injury or harm
i. Any object that is visually indistinguishable from a weapon
j. Any item that may be deemed a weapon under applicable law

Dangerous instruments do not include objects that are authorized, designated, and used in accordance with departmental policies for operational, academic, and/or recreational purposes (e.g., cutlery used to prepare food, props used in a dramatic production, fencing equipment used in athletics) unless used in a way that is intended to harm another person or property. The University at its sole discretion will grant or deny the authorization and use of such objects.

# SECTION IV: COMMUNITY STANDARDS PROCEDURES

## INTRODUCTION
Hofstra University is an institution committed to the development of students as individuals and as members of the greater Hofstra community. The Office of Community Standards helps educate students about Hofstra's core values. Students are expected to take an active role in encouraging all members of the community to maintain Hofstra's behavioral standards. Students are expected to take a shared responsibility in developing behavioral expectations and in monitoring and enforcing these expectations within the community, including reporting any violations of the Student Conduct Code that a student might become aware of, to the University. The Office of Community Standards works closely with Residence Life, Public Safety, and a number of other departments to uphold community standards and carry out the student conduct process in a manner that respects both the rights of the individual and those of the community at large. If a student violates these standards, Hofstra University may take appropriate disciplinary action.

## COMMUNITY STANDARDS VISION AND MISSION
The Office of Community Standards upholds Hofstra University's Code of Community Standards and carries out the student conduct process in a manner that balances the rights of the individual with the rights of the community at large. In order to maintain a safe and secure learning environment in which students can thrive and succeed, we educate students about how decisions and behavior affect the individual as well as their impact on others and the Hofstra community.

## SCOPE OF POLICY
Hofstra University developed this Code of Community Standards in an attempt to ensure the rights of individuals in the context of a community. Any student who commits, aids, or attempts to commit any of the acts prohibited by the policies listed in this *Guide to Pride* on University property or during the course of a University activity is subject to disciplinary action under the Student Conduct Code.

Where any conduct code violation comes within a definition of conduct prohibited by the Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct, the processes outlined in that policy will govern.

## COMMUNICATION REGARDING CONDUCT MATTERS
Students have the responsibility to respond promptly to all forms of communication regarding conduct matters. The Dean of Students Office and Office of Community Standards communicate with students primarily through their Hofstra Pride email account. Additionally, the offices reserve the right to use any other reasonable means to notify students regarding conduct issues, including but not limited to phone calls/messages, return receipt letters via Residence Life staff, and certified/return receipt letters via U.S. mail. Failure to respond promptly to these types of communication may result in fines, immediate conduct sanctioning, deactivation of HofstraCard services, residence hall lock change, and/or temporary removal from class.

# STUDENT CONDUCT PROCESS

## 1.   Complaint

Any member of the University community may initiate a complaint against a student who is believed to have violated a community standard or University policy, as soon as possible after the incident takes place, by filing a report with the Department of Public Safety or Office of Residence Life. Please refer to the Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct for complaints regarding violations of that policy. You may contact the Dean of Students Office for any assistance you need with filing a complaint. If there are grounds for disciplinary action, the student will be issued a charge letter or a directive requiring the student to schedule an informational meeting with a designee from the Office of Community Standards. Failure to schedule an appointment within the designated time period and/or keep a scheduled appointment will be deemed failure to comply and will carry a $100 fine, and the student will waive the opportunity for a hearing. In such cases, a decision will be made based upon the information received.

Students are responsible for following all directives outlined in the student conduct process. Failing or refusing to sign the referral does not absolve the student of the responsibility for following all directives outlined. For documented emergencies and other unforeseen circumstances, a student may request one (1) postponement of a scheduled appointment time, provided that the Office of Community Standards is notified at least one (1) business day in advance of the scheduled meeting.

In the event that a complaint is filed and it is determined there has not been a violation of a community standard or University policy, the parties involved may be referred to the Office of Residence Life or other appropriate office for mediation or further support services.

Note: The University may pursue disciplinary action against a student for violation of this code at the same time the student is facing criminal charges for the same offense, even if the criminal prosecution is pending or has been dismissed, or the charges have been reduced.

### Student Organizations

Student clubs and organizations may be charged with violating the Code of Community Standards. A student club or organization and its officers may be held collectively and/or individually responsible when violations occur. Sanctions for group or organization misconduct may include suspension or withdrawal as described in the Student Clubs and Organization Policies above, in addition to all appropriate sanctions provided herein.

## 2.   Informational Meeting

During the informational meeting the student will meet with a staff member to discuss the alleged policy violation charge. The student will be encouraged to discuss and review information contained in the student's conduct file, and the allegation(s) being brought against the student. Students will answer and may ask questions regarding the allegation(s) as well as the student conduct process.

### Resolution Options

During the informational meeting, the student charged will have the right to choose from the following options:

A. Accept responsibility for their actions and verify that the allegation(s) issued are correct. If this option is chosen, the conduct officer assigned will determine the appropriate sanction(s), and the student will automatically waive their rights associated with a hearing (see "Rights of a Student Charged" listed below).

B. Deny responsibility for the allegation(s) and request that an Administrative Hearing Board be convened to review the case.

C. Deny responsibility for the allegation(s) and request that a Student Hearing Board be convened to review the case. (This option may be selected only during the academic year when the Student Hearing Board is in session.)

Where students fail or refuse to participate in the informational meeting, the complaint will be referred to the Director of Community Standards or designee to make a determination of whether, based on a preponderance of evidence (i.e., it is more likely than not), the student charged is responsible. If the student charged is found responsible, the Director or designee will determine the appropriate sanction.

Note: The Office of Community Standards reserves the right to assign cases directly to the Administrative Hearing Board.

Informal Resolution

At any time during the conduct process before a hearing is held, an informal resolution may be pursued where the University in its sole discretion deems it to be appropriate. Informal resolution, which is optional, is designed to obtain an expedient solution acceptable to the University and the student charged without the necessity for conducting further formal disciplinary proceedings. The purpose is to attempt through discussion and inquiry to make an effort to resolve or work out the issue in a non-adversarial manner. Informal resolutions may include educational activities, community service, restitution, mediation, no-contact orders, and other items as appropriate to the situation. Where the University proposes an informal resolution and the student charged agrees, the Director of Community Standards or designee will provide the student charged with a written statement reflecting the terms of the resolution and stating that the agreed-upon resolution will be undertaken, and the student charged must sign the statement. Once the student signs the written statement of informal resolution, the matter will be deemed closed, and the student charged will not be permitted to appeal, contest, reopen, or otherwise attempt to set aside the terms of the alternative resolution, unless agreed to by the University. If the University and the student charged are unable to agree upon terms of an informal resolution, the matter will be handled in accordance with the conduct process.

**3.  Rights of a Student Charged**

If an Administrative or Student Hearing Board is convened, a student charged with a violation has the following rights:

A. The student shall be informed by the Office of Community Standards, in writing, of the date, time, and place of the hearing. The student shall be allowed a reasonable amount of time (approximately five (5) calendar days) to prepare a statement and secure supporting information. The student may choose to waive the five (5) days of preparation in order to expedite the hearing process.

B. The student charged with a policy violation shall have the right to speak on their own behalf, to present witnesses, to challenge the evidence, and to question both the accuser and the witnesses if either/both appear. If not, the student charged may challenge any written statements that were submitted. A student may, upon request, receive a written list of all witnesses mandated to attend the hearing. The student charged may call upon witnesses to speak on the student's behalf. A written list of these witnesses or any signed witness statements must be submitted to the Office of Community Standards for final approval at least two (2) business days prior to the hearing. It is the student's responsibility to notify witnesses of the time, date, and place to appear.

C. The student charged may review evidence, documents, and reports pertaining to the incident prior to the hearing by making an appointment for a time, during regular business hours, with an authorized, designated University official from the Dean of Students Office. The University reserves the right to have a University representative present during any review of case file material. Should the student charged have any additional evidence in the form of pictures, documents, or other written materials that the student would like to present as evidence, the student must submit these materials to the Office of Community Standards for approval at least two (2) business days prior to the hearing. Approval of any additional materials provided by the student charged is at the sole discretion of the University.

D. The student charged may elect not to appear at the hearing. Absence shall be noted without prejudice, the hearing will be conducted in the student's absence, and a decision will be rendered.

E. The student charged has the right to request the removal of a member of the board for a conflict of interest.

F. The student must be prepared to substantiate this contention. Removal of a member of the board may be granted or denied based on the University's determination as to whether or not there is just cause.

G. The student shall have the right to seek an advisor of the student's choice, who may help the student prepare for the hearing, but may not speak on behalf of the student. Written notification of an advisor and an

36

executed ADVISOR FORM must be submitted to the Office of Community Standards at least one (1) business day prior to the hearing. Advisor substitutions may be made after this point, but only if a previously submitted ADVISOR FORM is on file.

H. The student shall be entitled to one (1) adjournment with just cause, as long as the request is made at least two (2) business days prior to the hearing. The Office of Community Standards will determine if an adjournment is warranted. Adjournments cannot be made to accommodate the schedule of an advisor or other student witnesses. Any additional adjournments may be granted or denied at the University's discretion.

I. Where more than one student has been charged in the same alleged incident, the University maintains the right to conduct a group Administrative Hearing Board hearing or group Student Hearing Board hearing, when it deems it to be appropriate. Each individual who has been charged has the right to request an individual hearing by making a request in writing to the Office of Community Standards showing just cause. The Office of Community Standards will determine if an individual hearing is warranted. In the event of a group hearing, each individual charged will have the opportunity to separately present an opening and closing statement to the board, and to be questioned separately by the board. All individuals charged will be present for the questioning of witnesses. The responsibility of each individual charged in the incident will be determined separately.

### 4.   Rights of the Complainant

The complainant in all cases adjudicated under this student conduct process is Hofstra University, and any accusing student shall not have the right to question the defending student or the right to be present at the hearing when not directly testifying. Accusing students generally do not have access to the outcome of the proceedings, except that, in accordance with FERPA, when a student is alleged to have committed a crime of violence or non-forcible sexual offense, the final results of a disciplinary proceeding regarding that crime or offense will be disclosed to the alleged victim upon written request.

Note: The rights of the complainant in proceedings under the Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct are governed by that policy.

### 5.   Hearing Process for Administrative and Student Hearings

A) The usual format of a hearing is as follows:
1. Cases are introduced, allegation(s) read, and the appropriate oaths issued by the chairperson or designated representative of the Administrative or Student Hearing Board.
2. Opening statement by the student charged.
3. Questions for the student charged from members of the board.
4. Statement(s)/report(s) from witness(es) on behalf of the University.
5. Questions for University witness(es) from members of the board.
6. Questions for University witness(es) from student charged.
7. Statement(s) from witnesses on behalf of the charged student. (No character witnesses are allowed. The acceptance and validity of witnesses and written statements are to be determined by the hearing officer. The University reserves the right to call appropriate University members to serve as witnesses and/or to offer relevant testimony to the case.)
8. Questions for student's witness(es) from members of the board.
9. Questions for student's witness(es) from student charged.
10. Final questions for the student charged from members of the board.
11. Closing statement from the student charged.

   Note: During the hearing, statement reports are provided verbally. If a witness or charged student is absent, written statements preapproved by the Office of Community Standards will be entered into the record by the hearing officer.

B) Responsibility is established based on a preponderance of evidence (i.e., it is more likely than not that the student charged was responsible). Only evidence presented at the hearing shall be considered.:

37

C) Hearing boards are empowered to determine responsibility for an incident. The Dean of Students or designee will review outcomes of the hearing board and apply the appropriate sanction(s).

D) Final sanctions determined by the Dean of Students or designee will take into consideration the student's prior disciplinary involvement/sanctions as well as the severity of the current violation.

E) The Office of Community Standards shall communicate to the student, in writing via the student's Hofstra Pride email account, the decision and appropriate sanction(s). It is the student's responsibility to electronically retrieve the written notification of the details pertaining to the hearing from the Office of Community Standards.

F) Once a student receives the decision letter, the student may choose to appeal the decision pursuant to the section of this code titled "Appeal Procedures for Student Conduct Proceedings."

**6.    Documenting the Hearing Process**

To ensure the integrity of the hearing process and maintain an accurate record of the proceedings, it is the policy of Hofstra University to record all disciplinary hearings. Originals or copies of these recordings will not be released, unless pursuant to a lawfully issued subpoena or court order. Under approved circumstances (by the Dean of Students or designee), students may request to listen to recordings and may take notes on their prior proceedings. The University reserves the right to have a University representative present during the review of recorded proceedings. As with other hearing materials, only those directly involved in an appeal (the Dean of Students or designee, the student charged, the student's advisor, and the hearing board) may request to listen to any part of the recording.

Note: Only the chairperson of the hearing is allowed to record the hearing on a University recording device. All other recording and/or cell phone devices are strictly prohibited during the hearing.

**7.    Advisor's Role in University Proceedings**

Students may select an individual of their choice as an advisor to support them during their involvement in a University disciplinary process. The student's advisor may help the student prepare but may not communicate on behalf of the student at any time during the course of the proceedings. A student's advisor may attend the hearing and may communicate with the student, both verbally and in writing, at all times during the hearing. In addition, the student may request one recess of no longer than five (5) minutes to confer with their advisor outside of the hearing room. An advisor is prohibited from addressing the hearing board or witnesses during the hearing process. If an advisor does so, or if the chairperson determines that the advisor's presence is causing a disruption, the chairperson of the hearing board shall give the advisor a verbal warning. If the advisor addresses the hearing board or a witness again and/or continues to cause a disruption, the advisor will be asked to leave the hearing. If an advisor refuses to leave when asked, the hearing will be stopped, Public Safety will be called to escort the advisor off campus, and the student will waive their right to be present at the hearing.

**8.    Appeal Procedures for Student Conduct Proceedings**

**Grounds for Appeal**

A student found responsible for a policy violation shall have the right to appeal within seven (7) calendar days from receipt of the decision letter, on any of the following grounds:
1. There is substantive new evidence that was not previously available or known before the hearing.
2. There is reason to believe that the procedural rights of the accused student have been violated in a way that affected the decision.

The student must submit a written petition for appeal to the Dean of Students supporting one or more of the above grounds. A request on either of these grounds must clearly explain, in detail, the basis for the appeal. The appeal should be based on documentation and should be limited to an inquiry of the issue or issues raised in the complaint. The Dean of Students or designee will decide if there is sufficient documentation to modify or uphold the original sanction. These decisions are final. In situations where new evidence is introduced, the Dean of Students or designee can decide to reopen the case with the original hearing board. Based on the new evidence heard, the original hearing board can uphold or modify its finding.

# SANCTIONS

When a student accepts responsibility or is found responsible for a policy violation as an outcome of a hearing, the Dean of Students or designee determines an appropriate sanction. A student and/or organization found responsible for violating University policy may receive one or more of a variety of sanctions tailored to the specific violation(s). Individual mitigating circumstances, as well as aggravating factors, such as past misconduct by the student and/or organization, or failure to comply with previously imposed sanctions, shall be considered when determining the level and scope of the sanction. Generally, a student who is found responsible for additional offenses will be subject to more severe sanctions.

Disciplinary actions include but are not limited to one or more of the following sanctions:

### Disciplinary Warning

A disciplinary warning is issued to a student for violating University regulations. Disciplinary warnings notify the student that subsequent violations will warrant more serious disciplinary action.

### Disciplinary Probation

Disciplinary probation is issued to a student for a specific period of time. Disciplinary probation is a more serious sanction than a warning. It is a period of review and observation during which the student must demonstrate the ability to comply with University policies, rules, regulations, and other requirements stipulated for the probation period. It may limit certain activities or privileges of a student. Students who violate their probation may face sanctions more punitive in nature.

### Disciplinary Suspension

Disciplinary suspension is a sanction imposed in which the student is separated and banned from the University for a specific or indefinite period of time. Such period may begin during or at the close of a semester. The student may be readmitted at the end of the specified period. All tuition and fees are forfeited, and the student is responsible for paying all unpaid tuition and fees. The failure of the student to pay tuition and fees incurred may result in a hold being placed on the student's account, the student's account being sent to a collection agency, and/or legal action being taken to recover such amount. A condition of readmission (counseling assessment, community service, participation in a substance abuse program, etc.) may be imposed. All privileges, including campus visitations, are revoked.

### Deferred Suspension

A deferred suspension from the University or the residence halls may be imposed due to severe extenuating circumstances. The suspension begins at a specified date as determined by the Dean of Students or designee. This sanction may be utilized only after review by the Dean of Students or designated representative.

### Expulsion

The student is permanently separated and banned from the University without opportunity for readmission. All tuition and fees are forfeited, and the student is responsible for paying all unpaid tuition and fees. The failure of the student to pay tuition and fees incurred may result in the University sending the student's account to a collection agency and/or the commencement of legal action to recover such amount.

### University Restriction and/or Ban

A Hofstra student or non-Hofstra student may be restricted from the University, particular areas of the University, or University events as a result of inappropriate behavior. A Hofstra student who violates this ban may be subject to further disciplinary action, arrest, and/or prosecution; a non-Hofstra student who violates this ban may be subject to arrest and/or prosecution for criminal trespass.

### Residence Hall Relocation

As a result of this sanction, the student is required to vacate their current room assignment, and is relocated to another residential location determined by the Dean of Students or a designee. The student is responsible for all fees associated with this relocation. For example, a student relocated to a single room from a double room is responsible for the difference in cost.

**Residence Hall Removal and/or Ban**

When deemed necessary and appropriate as part of a sanction, a student may be required to vacate their on-campus residential assignment. The student's room license agreement is voided and the student is required to vacate the residence hall within a specified amount of time. In addition, a ban from all residential facilities is often imposed for the duration of the removal and/or ban. Housing deposits and/or payments are forfeited, and the student is responsible for paying all unpaid residence hall fees. The failure of the student to pay all fees incurred may result in the University taking legal action to recover such amount.

**Fines and Restitution**

Fines may be levied against students who violate University policy. Students are responsible for all fines levied against them for violating University policy. Student Financial Services will be notified when fines are levied. A student's failure to pay fines may result in a hold being placed on the student's account, the student's account being sent to a collection agency, and/or legal action being taken to recover such fines. In addition, restitution may be imposed to recover damages or losses experienced by the University.

Note that in disputes between two students involving restitution for damage or loss of personal property, telephone bills, and other living expenses, the Dean of Students or designee shall address wrongful behavior with appropriate disciplinary action when necessary, but shall not act as an agent of any student in settling a monetary claim. Students who seek restitution are advised to attempt to collect from those responsible and, if they are unable to resolve the matter, they should contact the police or refer the matter to an attorney for adjudication.

**Educational Sanctions**

In certain instances where punitive measures are inappropriate or inadequate, an educational sanction may be imposed. This sanction is designed to help educate the student toward responsible behavior. These sanctions may include but are not limited to a written apology, educational assignment/paper, task-oriented community work, volunteer services, and/or awareness workshops.

**Minimum Sanctions**

Certain violations of regulations may constitute a serious threat to other individuals and/or the community. For the following (and other serious) breaches of University policy, a minimum penalty of suspension from the University (including removal from the residence halls) for at least one full semester to permanent expulsion may be imposed:

• Conduct in violation of New York state criminal law or federal law, which poses a serious threat to the University community, including but not limited to distribution or possession of illegal drugs or theft of University or personal property.
• Serious physical attack upon another person.
• Sexual violence.
• Willful or malicious damage or defacement of University property or property of another individual.
• Possession of firearms, explosives or any type of weapon as defined in the Student Conduct Code entry "Weapons and Ammunition."

**Summary Action**

A student may be summarily suspended where:

• The student is accused of any of the five violations listed above under Minimum Sanctions; or
• The student is accused of other conduct that poses a serious threat to the University community; or
• The student is charged with a felony, regardless of the location of the incident or the identity of the victim.

In these cases, the student may be summarily suspended if the University determines it is appropriate to do so to protect the health, safety, and well-being of the accused student, a complaining student, and/or the University community. In such cases, the student may request an expedited hearing in accordance with the policies set forth in this code.

Furthermore, in such situations, the Dean of Students and/or a designated University official has the discretionary power to summarily relocate or suspend a student's residence hall privileges. In such cases, the student's *Residential Living Agreement* is voided, and the student is required to vacate the residence hall.

## DISCIPLINARY RECORDS

**Request to Release Disciplinary Record Information to a Third Party**

The Family Educational Rights and Privacy Act (FERPA) is a federal law giving students the right to access their education records (including disciplinary records) and to control who else may access those records. FERPA requires that the University have students' written consent to release information from their disciplinary record to any third party, except in certain limited circumstances.

**Transcript Notation of Disciplinary Action**

In accordance with New York state law, the University will make a notation on the transcript of students found responsible after the conduct process for a crime of violence, defined under the law to be certain crimes required to be reported under the federal Clery Act. These crimes include:

• Murder
• Sex offenses, forcible or nonforcible
• Robbery
• Aggravated assault
• Burglary
• Motor vehicle theft
• Manslaughter
• Arson

Where students are found responsible for one of these crimes, the University shall make a notation on their transcript that they were "suspended after a finding of responsibility for a code of conduct violation" or "expelled after a finding of responsibility for a code of conduct violation." Where students are found responsible for one of these crimes, but are not suspended or expelled, the University shall make a notation on their transcript that they were "found responsible for a Code of Conduct violation." Where a student withdraws from the University while such conduct charges are pending, and declines to complete the disciplinary process, the University shall make a notation on the transcript of such students that they "withdrew with conduct charges pending."

As required by New York state law, a transcript notation may not be removed prior to one year after conclusion of any suspension, and notations for expulsion shall not be removed, unless a finding of responsibility is vacated for any reason. Students who wish to appeal to seek removal of a transcript notation of suspension after one year following the conclusion of suspension may submit a letter in writing to the Dean of Students, explaining why they believe the notation should be removed.

## STUDENT POLICY PROHIBITING DISCRIMINATORY HARASSMENT, RELATIONSHIP VIOLENCE, AND SEXUAL MISCONDUCT

**INTRODUCTION**

As an academic institution of higher learning, Hofstra University is dedicated to providing an environment conducive to intellectual and personal growth, with all members of the community encouraged to participate to the fullest extent of their abilities. Our primary mission is to provide a quality education to our students in an environment that encourages, nurtures, and supports learning through the free and open exchange of ideas, for the betterment of humankind. Integral to this mission is a commitment on the part of our entire community to norms of interpersonal respect ensuring that no individuals are subjected to sexual misconduct, relationship violence, or discriminatory harassment on the basis of race, color, religion, sex, sexual orientation, gender identity or expression, age, national or ethnic origin, physical or mental disability, marital or veteran status, or any other characteristic protected by state or federal laws. These protected traits are referred to throughout this policy as "protected characteristics or beliefs." The protections of this policy apply to all regardless of race, color, national origin, religion, creed, age, disability, sex, gender identity or expression, sexual orientation, familial status, pregnancy, predisposing genetic characteristics, military status, domestic violence victim status, or criminal conviction.

The lawful and ethical conduct of our students plays an essential role in achieving our educational mission.

This Policy prohibits discriminatory harassment, relationship violence, and sexual misconduct and provides a complaint process when any Hofstra University student commits, aids, or attempts to commit discriminatory harassment, relationship violence, or sexual misconduct. Prohibited Conduct is defined below in the Definitions section. This Policy is required by and is intended to comply with applicable provisions of Article 129-B of the New York State Education Law (Implementation by Colleges and Universities of Sexual Assault, Dating Violence, Domestic Violence and Stalking Prevention and Response Policies and Procedures); the Campus Sexual Violence (SaVE) Act, Section 304 of the Violence Against Women Reauthorization Act ("VAWA") of 2013; Title IX of the Education Amendments of 1972; Title VI of the Civil Rights Act of 1964; Section 504 of the Rehabilitation Act of 1973; the Americans with Disabilities Act Amendments Act; the Age Discrimination Act; and other applicable federal, state, and local laws and regulations relating to sexual violence and discrimination.

This Policy shall be provided to all students enrolled at Hofstra University by publishing it on Hofstra University's website and in the student *Guide to Pride* and by sending a copy of the Policy directly to all students annually via their University-provided email account.

**DEFINITIONS**
All of the conduct defined in this section is Prohibited Conduct under this Policy.

**Discriminatory Harassment**
Harassment, a form of discrimination, consists of either sexual harassment or other unlawful harassment because of a protected characteristic or belief. Protected characteristics or beliefs under this Policy are as follows: race, color, religion, sex, sexual orientation, gender identity or expression, age, national or ethnic origin, physical or mental disability, marital or veteran status, or any other characteristic protected by state or federal laws.

This Policy does not address other types of harassment not based on protected characteristics, such as disputes with classmates or roommates. General, nontargeted uncivil, nuisance, or abusive behavior is addressed separately in the University's Student Conduct Code.

**Sexual Harassment**
Sexual Harassment is defined as unwelcome sexual advances, requests for sexual favors, and other nonverbal, expressive, or physical conduct of a sexual nature when such conduct has the purpose or effect of unreasonably interfering with an individual's academic performance or creating an intimidating, hostile, or offensive environment for learning or enjoying other University opportunities, programs, and activities. Examples include:
• *Unwanted flirtation, advances, or propositions of a sexual nature*
• *Insults, humor, jokes that belittle or demean an individual's sexuality or gender*
• *Unwelcome comments of a sexual nature about one's clothing or body*
• *Unwarranted display of sexually suggestive objects or pictures*
• *Unwelcome touching*
• *Stereotyping; adverse action based on failure to conform to stereotypical notions of masculinity or femininity*

**Other Unlawful Harassment**
Other Unlawful Harassment is defined as verbal, nonverbal, expressive, or physical conduct that denigrates or shows hostility or aversion to an individual on the basis of that person's protected characteristic or belief. Examples include:
• *Verbal abuse, insults, or ridicule based on a person's disability*
• *Displaying or distributing offensive materials, pictures, or toys that denigrate or show aversion to an individual or group based on religion*
• *Threatening or intimidating an individual because of their gender identity or expression*
• *Stereotyping or using slurs or epithets because of an individual's or group's race or gender*
• *Other adverse treatment because of a protected characteristic or belief*

In order to constitute Sexual Harassment or Other Unlawful Harassment, the conduct complained of must be so severe or pervasive as to substantially interfere with and/or alter an individual's academic performance or enjoyment of other University opportunities, programs, and activities and create an abusive environment for an individual.

**Relationship Violence**

Relationship Violence consists of Domestic Violence, Dating Violence, and Stalking, each of which is defined below.

**Domestic Violence**

Domestic Violence is defined as violence committed by a current or former spouse of the student, by someone who is or has cohabitated with the student as a spouse, by someone with whom the student has a child, by others to whom the student is related by consanguinity (blood) or affinity (marriage), or by unrelated persons who are (or have been in the past) continually living in the same household.

**Dating Violence**

Dating Violence is defined as violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the student. The existence of such a relationship shall be determined based on a consideration of the following factors: (1) the length of the relationship; (2) the type of relationship; and (3) the frequency of interaction between the persons involved in the relationship.

Examples of domestic and dating violence include:
• *Slapping, kicking, pinching, biting, pulling hair, or punching an intimate partner*
• *Threatening to hit, harm, or use a weapon on an intimate partner's family*
• *Pushing, grabbing, or choking an intimate partner*
• *Physically restraining an intimate partner*
• *Burning an intimate partner*
• *Hurting or threatening to hurt the pet of an intimate partner*

**Stalking**

Stalking is defined as engaging in a course of conduct directed at a specific person that would cause a reasonable person to (1) fear for a student's safety or the safety of others; or (2) suffer substantial emotional distress. Stalking also includes the concept of cyber-stalking, a particular form of stalking in which electronic media such as the internet, social networks, blogs, cell phones, texts, or other similar devices or forms of contact are used.

Examples of stalking include:
• *Constantly following a student*
• *Repeatedly appearing at the student's home, place of business, vehicle, or classroom for no legitimate purpose*
• *Leaving unwanted messages, objects, or gifts at the student's home, place of business, vehicle, or classroom.*

**Sexual Misconduct**

This section defines sexual misconduct. Understanding consent and how it relates to sexual encounters is key to understanding conduct that is prohibited by this policy. Consent is at the core of all healthy, respectful sexual interactions. As described in detail below, engaging in sexual activity without Affirmative Consent is Prohibited Conduct under this policy.

**Affirmative Consent**

Affirmative Consent is a knowing, voluntary, and mutual decision among all participants to engage in sexual activity. Affirmative Consent can be given by words or actions, as long as those words or actions create clear permission regarding willingness to engage in the sexual activity. Silence or lack of resistance, in and of itself, does not demonstrate consent. The definition of Affirmative Consent does not vary based upon a participant's sex, sexual orientation, gender identity, or gender expression.

• Affirmative Consent to any sexual act or prior consensual sexual activity between or with any party does not necessarily constitute Affirmative Consent to any other sexual act.
• Affirmative Consent is required regardless of whether the person initiating the act is under the influence of drugs and/or alcohol.
• Affirmative Consent may be initially given but withdrawn at any time.
• Affirmative Consent cannot be given when a person is incapacitated, which occurs when an individual lacks the ability to knowingly choose to participate in sexual activity. Incapacitation may be caused by the lack of consciousness or being asleep, being involuntarily restrained, or if an individual otherwise cannot consent. Depending on the degree of intoxication, someone who is under the influence of alcohol, drugs, or other intoxicants may be incapacitated and therefore unable to consent. Students who are charged with initiating sexual activity without consent cannot use as a defense that they themselves were under the influence of drugs and/or alcohol at the time they committed the violation.

43

- Affirmative Consent cannot be given when it is the result of any coercion, intimidation, force, or threat of harm.
- When Affirmative Consent is withdrawn, or can no longer be given, sexual activity must stop. It is the responsibility of the student who initiates sexual contact to obtain this Affirmative Consent; in other words, to confirm that the person with whom the student is involved has consented to engage in a sexual activity.

Lack of Affirmative Consent exists where the accused knew, or a reasonable person in the position of the accused should have known, of the other person's inability to consent. For example, there is no Affirmative Consent where the accused knew, or a reasonable person in the position of the accused should have known, that the other individual was unable to make an informed rational judgment due to the individual's use of alcohol or other drugs.

Sexual Misconduct includes Sexual Assault and Sexual Exploitation, each of which is defined below.

### Sexual Assault

Sexual Assault consists of any of the following:

- Non-Consensual Sexual Contact, which is defined as any intentional touching or fondling either directly or through the clothing, of a person's genitalia, anus, groin, breast, inner thigh, or buttocks without Affirmative Consent where touching is done with an intent to abuse, humiliate, harass, degrade or arouse, or gratify the sexual desire of any person. Non-Consensual Sexual Contact also includes an individual making a person touch the individual with, or on, any of these body parts.

- Non-Consensual Sexual Intercourse, which is defined as any sexual penetration (anal, oral, or vaginal), however slight, with any object or body part, without Affirmative Consent.

- Sexual act or sexual activity. The terms "sexual act" or "sexual activity" as used within this Policy refer to the acts described in the definition of Sexual Assault.

### Sexual Exploitation

Sexual Exploitation is defined as taking abusive or non-consensual sexual advantage of another for one's own benefit or for the benefit of someone other than the individual being exploited. Examples of Sexual Exploitation include:

- *Taking or transmitting sexually explicit photographs, videos, or audiotapes without consent, or causing or permitting others to take or transmit such photographs, videos, or audiotapes without consent. This includes, but is not limited to, transmitting sexually explicit photographs or videos via the internet or text message ("sexting") without consent.*
- *Watching another person(s) engage in sexual activity or contact without consent; viewing another person(s) nude without consent (e.g. watching someone in the shower without consent); allowing a third party to observe sexual acts or sexual contact without a partner's consent*
- *Prostituting another student (i.e., personally gaining money, privilege, or power from the sexual activities of another person(s))*

### GENERAL PROVISIONS

### Applicability and Scope

Any student who commits, aids, or attempts to commit any form of Discriminatory Harassment, Relationship Violence, or Sexual Misconduct, as defined above, on University property, or during the course of a University program or activity, including all academic, athletic, and other University-sponsored activities, including Hofstra-sponsored study abroad, at any time or place in such a way as to impact on-campus activity or a University-sponsored off-campus program or activity or in another manner that has a reasonable connection with the University, is subject to disciplinary action under this Policy. When incidents of Relationship Violence or Sexual Assault involve students from another educational institution, Hofstra may work collaboratively with the other institution(s) to address the conduct, consistent with FERPA. Hofstra students, however, remain responsible for compliance with this Policy regardless of any collaboration with another institution.

The University reserves the right to adjudicate alleged violations of the Student Conduct Code arising from the same incident as an alleged violation of this Policy in one proceeding according to the procedures set forth in this Policy.

As used in this policy, the "reporting individual" is the University student or employee who is alleged to have been harmed by a reported violation of this Policy, while the term "complainant" refers to the same student or employee

after a report of a violation is referred to the Office of Community Standards for disciplinary proceedings. The terms "accused" and "respondent" both refer to the student accused of violating this Policy. Hofstra University remains the official charging party in proceedings under this Policy, but the complainant and respondent have certain rights in these proceedings as stated in this Policy.

This Policy is intended to provide a process to address, respond to, and adjudicate reports of Prohibited Conduct under this policy, where such conduct is alleged to have been committed by a Hofstra student. For reports of discriminatory harassment, relationship violence, or sexual misconduct, against a faculty member, other University employee, or other non-student, consult the procedures set forth in the Harassment Policy, available at **hofstra.edu/harassment**. Students should report these matters to the Chief Human Resources Officer, who is the Title IX Officer for Employee Matters, and who can be reached at **516-463-6859**. Students have the opportunity to discuss their rights under the Harassment Policy and available resources, such as counseling or academic support services as necessary and appropriate, with the Title IX Officer for Employee Matters.

The University may pursue disciplinary action against a student for violation of this Policy at the same time the student is facing criminal charges for the same offense, even if the criminal prosecution is pending or has been dismissed, or the charges have been reduced. The University may delay any proceeding or investigation for up to ten (10) days when requested by external municipal entities for law enforcement purposes, and for a longer period of time when specifically requested and justified by law enforcement.

### Interim Protections

Upon receipt of a report of a violation, the University will take steps to protect reporting individuals and the larger University community as necessary pending the outcome of the conduct process. When taking interim measures, the University will minimize the burden on the reporting individual to the extent practicable. Reporting individuals will be provided with reasonable and available interim measures and accommodations that may include a change in academic, housing, employment, transportation, or other applicable arrangements in order to help ensure safety, prevent retaliation, and avoid an ongoing hostile environment, consistent with the University's policies and procedures.

An accused may be subject to summary suspension when the University determines that the accused presents a continuing threat to the health and safety of the community. In the case of a summary suspension, the student may request an expedited hearing.

Interim measures may also include no contact orders and interim suspension. All no contact orders will be mutual – i.e., neither student involved will be permitted to contact the other — unless the University determines, in its discretion, that a non-mutual order is appropriate.

Failure of students to adhere to the parameters of any interim measure(s) is a violation of this Policy and may lead to additional disciplinary action.

When the accused is not a student but is a member of the University community and presents a continuing threat to the health and safety of the community, the University will subject the accused to interim measures in accordance with University rules and policies. For procedures applicable where the accused is an employee, see the *Harassment Policy* at **hofstra.edu/harassment**.

All interim no-contact orders, including those described in the section below, will expire at the earlier of:
(1) a final resolution of a Complaint made to Public Safety in accordance with the Conduct Procedures below;
(2) a final resolution in an Alternative Resolution process; or
(3) where students have not taken the steps necessary to make a Complaint as described in How to Make a Complaint and Begin the Disciplinary Process, fourteen (14) days following the issuance of the no-contact orders, unless otherwise directed by the University. The time period for all other interim protections and accommodations will be determined by the University in its discretion.
(4) Once a no contact order is issued and has been sent to a party, it is considered to be in effect regardless of whether the party signs the no contact order.

45

**Protections and Accommodations: Relationship Violence and Sexual Assault**

In addition to the interim measures discussed above, Hofstra will ensure that the following protections and accommodations are available to students in cases of Relationship Violence or Sexual Assault.

*No-Contact Orders.* No-contact orders may be issued when the accused is a student. Any such no-contact order shall provide that if the accused and the reporting individual observe each other in a public place, it shall be the responsibility of the accused to leave the area immediately and without directly contacting the reporting individual. Continued intentional contact by the accused with the reporting individual when a no-contact order is issued under this section is a further violation of this Policy that would be subject to additional charges.

The University may establish an appropriate schedule for the accused to access applicable University buildings and property at a time when such buildings and property are not being accessed by the reporting individual. Once a no-contact order is issued and has been sent to a party, it is considered to be in effect regardless of whether the party signs the no-contact order.

*Review Process:* No-contact orders issued under this section and/or other interim protections and accommodations provided in cases involving reports of Relationship Violence or Sexual Assault are subject to the following review process. Either student shall, upon written request to the Associate Vice President for Student Affairs or designee, be afforded a prompt review, reasonable under the circumstances, of the need for and terms of any no-contact order, interim protection, or accommodation that directly affects the student, including potential modification of such protection or accommodation, and shall be allowed to submit evidence in support of the student's request. The other student will be notified of and entitled to review any such request and evidence submitted and will have the opportunity to oppose any such request in writing to the Associate Vice President for Student Affairs or designee. The other student's opposition must be sent within two (2) business days of being sent a copy of the request.

*Assistance with Orders of Protection*: Orders of protection are issued by New York state courts. The University does not issue orders of protection, but will ensure that students are referred to the appropriate officials to assist in obtaining a New York state court order of protection or an out-of-state equivalent. If the University receives a copy of an order of protection, the reporting individual will also have the right to receive a copy. In all instances where students obtain orders of protection, they will have an opportunity to be referred by the Title IX Officer for Student Issues to an appropriate individual, who can explain the order and answer questions about it, including information from the order about the accused's responsibility to stay away from the protected person or persons, and an explanation of the consequences for violating these orders, including but not limited to arrest, additional conduct charges, and interim suspension. Public Safety will also provide assistance to complainants in calling on and assisting local law enforcement in effecting an arrest for violation of an order of protection.

**No Retaliation**

No individual shall be penalized or retaliated against by a member of the University community for their participation in the investigation or disciplinary process related to a report made under this Policy.

Retaliation is defined by applicable federal laws, including Section 504 of the Rehabilitation Act of 1973, Title VI of the Civil Rights Act of 1964, and Title IX of the Education Amendments of 1972. Any such retaliation constitutes Prohibited Conduct and a further violation of this Policy, to be adjudicated under these procedures.

**Title IX Officer for Student Issues**

The Title IX Officer for Student Issues has oversight responsibility for the University's student-related efforts to comply with and carry out responsibilities under Title IX, a federal civil rights law that prohibits discrimination on the basis of sex in federally funded education programs and activities. In this regard, the Title IX Officer for Student Issues is responsible for overseeing the University's response to reports and Complaints by students against students under this policy of sexual harassment, relationship violence, and sexual misconduct; and for addressing any patterns or systemic problems revealed by such reports and Complaints against students. The Title

46

IX Officer for Student Issues is responsible for maintaining data about reports of Sexual Harassment, Domestic Violence, Dating Violence, Stalking, and Sexual Misconduct against students. The Title IX Officer for Student Issues is also responsible for referring any reports of Sexual Harassment, Domestic Violence, Dating Violence, Stalking, and Sexual Misconduct against employees or other nonstudents to the Chief Human Resources Officer, who serves as the Title IX Officer for Employee Matters. The Title IX Officer for Student Issues, Allison Vernace, is available to meet with students as needed. She can be reached at **StudentTitleIX@hofstra.edu**, **516-463-5841**, Room 127 Wellness and Campus Living Center, Hempstead, NY 11549.

There are also designated Deputy Title IX Officers, who are available to students to receive reports of violations and to discuss issues related to this Policy and its procedures:

Jennifer Boscarino-Green, Senior Associate Dean for Strategic Outreach and Retention Initiatives, Center for University Advising, **JBG@hofstra.edu, 516-463-4961**, Room 101F Memorial Hall

Amanda DelGaudio, Assistant Director of LGBTQ+ Advocacy and Awareness, **Amanda.DelGaudio@hofstra.edu, 516-463-6957**, Room 260 Mack Student Center

Jodi Langsfeld, Associate Dean for Student Affairs (Medical School), **Jodi.Langsfeld@hofstra.edu, 516-463-7145**, Room 227A Zucker School of Medicine

Cindy Lewis, Senior Associate Director of Athletics, **Cindy.Lewis@hofstra.edu, 516-463-6748**, Room 207 Mack Sports Complex

Lisa Monticciolo, Dean of Students and Diversity and Inclusion Officer (Law School), **Lisa.Monticciolo@hofstra.edu, 516-463-4809**, Room 204A Maurice A. Deane School of Law

Zaibis Muñoz, Assistant Dean and Director of Student Advocacy and Prevention Awareness, **Zaibis.Munoz@hofstra.edu, 516-463-6558**, Room 260J Mack Student Center

Terri Shapiro, Senior Vice Provost for Academic Affairs and Dean of Graduate Studies, **Terri.Shapiro@hofstra.edu, 516-463-5057**, Room 0225 West Library Wing

Russ Smith, Associate Director for Residence Life, **Russ.D.Smith@hofstra.edu, 516-463-6931**, Room 126 Wellness and Campus Living Center

**Reporting Options**

The University encourages students who have experienced sexual misconduct, relationship violence, or discriminatory harassment to talk to someone at the University about what happened – so students can get the support they need, and so the University can respond appropriately. This section describes reporting options for students.

When a student first reports Relationship Violence or Sexual Assault to the Title IX Officer for Student Issues, a Deputy Title IX Officer, a Resident Director, any Student Affairs administrator at the Director level or higher, or a Public Safety officer, the following information will be presented to the student: "You have the right to make a report to Hofstra Public Safety, local law enforcement, and/or state police or choose not to report; to report the incident to the University; to be protected by the University from retaliation for reporting an incident; and to receive assistance and resources from the University." Any of the above individuals who learn of a report of Relationship Violence or Sexual Assault from another employee or from a Resident Assistant must ensure that the above information is presented to the reporting individual.

*Reporting a Violation*. Students who wish to report Prohibited Conduct should contact the Title IX Officer for Student Issues, a Deputy Title IX Officer, a Resident Director, or the Department of Public Safety. Students making a report may ask to remain anonymous or that a Complaint not be pursued, and the University will weigh that request against its obligation to provide a safe, nondiscriminatory environment for the community. This process is described in detail in the section Remaining Anonymous or Declining to Pursue a Complaint.

47

*Pursuing a Formal Complaint.* Students who wish to make a Formal Complaint to begin the disciplinary process should file a Complaint with Public Safety, as described in the section How to Make a Complaint and Begin the Disciplinary Process.

*Confidentiality.* Students who want to keep information strictly confidential may speak to Confidential Resources. These are University employees, such as counselors in the Student Health and Counseling Center, who are required to maintain confidentiality and will not share information with school administration or other parties. *See* Confidential Resources section. All other University employees who receive information about Prohibited Conduct are encouraged to report all relevant information (including the identities of both the student complaining and the accused) to the Title IX Officer for Student Issues. This allows the University to investigate the incident and take appropriate steps to protect the University community and to promote a safe, nondiscriminatory environment.

Even Hofstra offices and employees who cannot guarantee confidentiality will maintain a student's privacy to the greatest extent possible. The information students provide to a non-confidential resource will be relayed only as necessary for the University to respond.

*Confidential Resources*
Where a violation is reported to individuals at the University who serve in a professional role in which communication is protected under applicable federal, state, or local law or regulation or licensing authority – including counselors and medical professionals in the Student Health and Counseling Center, and clergy in the Interfaith Center – such reports will not be further disclosed to the extent the communication is protected by law.

*In other words, when a student talks to a counselor at the Student Health and Counseling Center about an incident of harassment or abuse, that counselor will not share the information with school administration or any other parties without the student's permission except in rare, extreme circumstances required by law.*

A student who speaks to one of these counselors must understand that, if the student wants to maintain confidentiality, the University will be unable to conduct an investigation into the particular incident or pursue disciplinary action against the alleged perpetrator. Where a student notifies any such counselor of conduct prohibited by this policy – i.e., where the communication is protected by law – the University will not be on notice of such prohibited conduct.

*Responsible Persons: Reporting Incidents of Sexual Violence*
Certain individuals at the University are considered "Responsible Persons," and are **required** to report all relevant information about an incident of sexual violence that a student has shared with them to the Title IX Officer for Student Issues or other University official responsible for oversight of this Policy. The following University officials constitute Responsible Persons required to report incidents of sexual violence:

• President
• All Vice Presidents, Senior Vice Presidents, Associate Vice Presidents, and Assistant Vice Presidents
• All Deans and Vice Deans of Schools or Colleges of the University
• All administrators in the Division of Student Affairs
 – This includes but is not limited to Advising Deans in the Center for University Advising, Assistant Directors, and Associate Deans/Directors, Residence Life administrators, and Community Standards administrators
 – This does not include administrators covered under *Confidential Communications*, above
• All Resident Assistants (RAs)
• All Public Safety Officers and administrators
• Title IX Officer for Student Issues
• Deputy Title IX Officers
• Chief Human Resources Officer/Title IX Officer for Employee Matters
• Administrators in the Office of Human Resources
• Equal Rights and Opportunity Officer

*Note:* Those students who are not sure whether the person to whom they are reporting will keep their report confidential should ask the person before disclosing the information.

48

*Remaining Anonymous or Declining to Pursue a Complaint*
Students may report Prohibited Conduct to an employee but ask to remain anonymous, ask that no Complaint be pursued, and/or request that no investigation into a particular incident be conducted or disciplinary action taken. In any of these instances, the University will weigh that request against the University's obligation to provide a safe, nondiscriminatory environment for all.

If the University honors the request, a reporting individual must understand that the University will have only a limited ability to investigate the incident meaningfully or to take disciplinary action against the alleged accused.

The University may take proactive steps, such as training or awareness efforts, to combat domestic violence, dating violence, stalking, or sexual assault in a general way that does not specifically identify those who disclose or the information disclosed.

*Consent Prior to Commencement of Investigation: Relationship Violence and Sexual Assault Reports*
For reports of Relationship Violence or Sexual Assault, the University will seek consent from the reporting individual prior to conducting an investigation. If the reporting individual declines to consent, the University will respect that request unless otherwise required by law or it determines in good faith that failure to investigate may create a risk of harm to the complainant or other members of the community.

For reports of Relationship Violence or Sexual Assault, if a reporting individual discloses an incident to a Responsible Person but the reporting individual wishes to maintain confidentiality or does not consent to the University's request to initiate an investigation, the University shall assist with academic, housing, transportation, employment, and other reasonable and available accommodations regardless of the student's reporting choice.

*Disclosure During Public Awareness and Advocacy Events*
If a student discloses information through public awareness events such as candlelight vigils, protests, or other public events, the University will not take action based on this information. The University may use the information provided at such an event to inform its efforts for additional education and prevention.

*University Disclosure – Clery Act and FERPA*
Statistics generated from student reports of certain crimes occurring in certain geographic locations are included in the University's Clery Act *Annual Security and Fire Safety Report* in an anonymous manner that does not identify the specifics of the crime or the identity of the reporting student.

The University is obligated to issue timely warnings of Clery Act crimes occurring within relevant geography that represent a serious or continuing threat to students and employees (subject to exceptions when potentially compromising law enforcement efforts and when the warning itself could potentially identify the reporting individual). A reporting individual will not be identified in a timely warning.

The Family Educational Rights and Privacy Act allows institutions to share information with parents when (1) there is a health or safety emergency, (2) when the student is a dependent on either parents' prior year federal income tax return, or (3) when the student has filed a waiver of FERPA protections. Generally, the University will not share information about a report of domestic violence, dating violence, stalking, or sexual assault with parents without the permission of the reporting student.

**Alternative Resolution**
At any time after a report of Prohibited Conduct, but before any hearing is held, an alternative resolution may be pursued where any reporting individual/complainant and the respondent involved so desire and the University deems it to be appropriate. Alternative resolution, which is optional, is designed to obtain an expedient, mutually acceptable solution without the necessity for conducting further formal proceedings. The purpose is to attempt through discussion and inquiry to make an effort to resolve or work out the issue in a non-adversarial manner. The Title IX Officer for Student Issues, the Director of Community Standards, or designee is authorized and encouraged to explore alternative resolution any time after the report of an incident is received. If the report is

49

resolved to both students' satisfaction, the Title IX Officer or Student Issues, the Director of Community Standards, or designee will provide the students with a written statement reflecting the terms of the resolution and stating that the agreed-upon resolution will be undertaken. This written statement should be signed by the reporting individual/complainant and the accused/respondent. Upon the signing of the written statement of alternative resolution, the matter will be deemed closed, and no party will be permitted to appeal, contest, re-open, or otherwise attempt to set aside the terms of the alternative resolution as long as the terms are adhered to unless agreed to by both parties and the University in writing.

**How to Make a Complaint and Begin the Disciplinary Process**

Each reporting individual will have the right to request that charges be filed against the accused in disciplinary proceedings under this Policy. Students who wish to pursue a complaint of a violation of this Policy through the disciplinary process (referred to in this Policy as "Complaint") should make a Complaint regarding the Prohibited Conduct through the Department of Public Safety by calling 516-463-6606 or by visiting the Mack Public Safety and Information Center located on the corner of Hempstead Turnpike and California Avenue. To pursue a Complaint of Sexual Assault and Relationship Violence, students must consent to an investigation as described in Consent Prior to Commencement of Investigation: Relationship Violence and Sexual Assault Reports.

Public Safety is available 24 hours a day. Public Safety can assist in connecting students with counseling, medical, and academic support services, and will explain the options that are available regarding reporting through the Hofstra disciplinary process, and to local law enforcement and/or state police. Assistance will be provided in notifying these authorities, if such assistance is requested. Students may choose to proceed through both criminal and University disciplinary processes simultaneously, or may choose to decline to notify outside authorities. For additional information, please refer to the "Safety and Security Policies" section of the *Guide to Pride* or call 516-463-6606.

Students with questions or concerns about disability-related issues, including discriminatory harassment based on disability, may contact the Director of Student Access Services by calling 516-463-7075 or by visiting Suite 107 Mack Student Center. Students in need of assistance with filing a disability-related Complaint may contact the Director of Student Access Services, as indicated above.

**Amnesty**

The health and safety of every student at Hofstra University is of utmost importance. The University recognizes that students who have been drinking and/or using drugs (whether such use is voluntary or involuntary) at the time that domestic violence, dating violence, stalking, sexual assault, or other violence occurs, may be hesitant to report such incidents due to fear of potential consequences for their own conduct. Hofstra University strongly encourages students to report domestic violence, dating violence, stalking, or sexual assault to University officials. A bystander acting in good faith or a reporting individual acting in good faith that discloses any incident of domestic violence, dating violence, stalking, or sexual assault to University officials or law enforcement will not be subject to the University's code of conduct action for violations of alcohol and/or drug use policies occurring at or near the time of the commission of the domestic violence, dating violence, stalking, or sexual assault.

**Advisors**

Both the complainant and the respondent will have the right to be accompanied by an advisor of choice who may assist and advise the student throughout the conduct process under this Policy, including during all meetings and hearings relating to the process. It is the student's responsibility to retain an advisor and notify the advisor of meetings and hearings; meetings and hearings will not be rescheduled to accommodate an advisor's schedule. All guidelines stated in "Advisor's Role in University Proceedings" in the Code of Community Standards apply to the Advisor's role under this Policy. Students must identify their Advisor and complete an Advisor Form from the Office of Community Standards, which must be signed by their Advisor. Advisors will not be permitted to speak or ask questions on behalf of students during meetings or hearings. A witness to the matter may not serve as an advisor.

**Annual Training**

All investigators and members of an Administrative Board or appeal panel that is adjudicating cases under this Policy will receive annual training in the following: conducting investigations of sexual violence and conducting a hearing process that protects the safety of victims, ensures due process protections for all parties, and promotes accountability; the effects of trauma; impartiality; the rights of the respondent, including the right to a presumption that the respondent is "not responsible" until a finding of responsibility is made pursuant to this Policy; and other issues relating to discriminatory harassment, domestic violence, dating violence, sexual assault, and stalking.

**False Reports**

Reports of sexual and other discriminatory harassment, sexual misconduct, and relationship violence cannot always be substantiated due to the nature of the offenses. Lack of corroborating evidence should not discourage any person from seeking relief through the procedures in this policy. However, reports found to have been intentionally dishonest or made maliciously or without regard for the truth will constitute a violation of this Policy.

## CONDUCT PROCEDURES

These procedures are provided for the prompt and equitable resolution of Complaints brought by University employees and students alleging Discriminatory Harassment, Sexual Misconduct, or Relationship Violence by a student. The process set forth below will be conducted in a reasonable, prompt, and efficient manner, with the timing depending on a variety of factors, including the severity, extent, and complexity of the allegations, and timing of report in connection with the academic calendar.

### Complaint

Complaints against students should be initiated as soon as possible after the incident takes place by filing a Complaint with the Department of Public Safety. In order to facilitate investigation of a Complaint, prompt reporting is encouraged; initial Complaints of violation of this Policy must be made within twelve (12) months of the most recent occurrence of an alleged violation. This timeliness requirement may be waived in extenuating circumstances. Even if the time to file a formal Complaint has elapsed, students are encouraged to report violations so that they may access appropriate resources and accommodations. Students may contact the Dean of Students Office or the Title IX Officer for Student Issues for any assistance they need with filing a Complaint. *See also* How to Make a Complaint and Begin the Disciplinary Process.

### Investigation

Investigations of Complaints will be prompt, thorough, and impartial. For Complaints of Relationship Violence and Sexual Assault, prior consent will be sought as discussed above under Consent Prior to Commencement of Investigation: Relationship Violence and Sexual Assault Reports.

Both the complainant and the respondent will have the opportunity to offer evidence during the investigation. The complainant and respondent should present all proposed evidence, including pictures, documents, or other written or electronic materials, and all potential witnesses, to the investigator during the initial investigation. Students will be precluded from introducing evidence or witnesses that are not submitted to the Department of Public Safety investigator at least 5 business days prior to the scheduled Hearing, unless the University, in its sole discretion, finds that extenuating circumstances exist.

Where grounds for further proceedings have been found, the respondent will receive notice from the Office of Community Standards, and an informational meeting will be scheduled as described in the following section.

### Informational Meeting

Both the respondent and complainant will schedule separate informational meetings, and will receive reasonable written or electronic notice, provided in advance, of this meeting and any other meeting under this policy that they are required or eligible to attend.

Both students will receive notice of the charge, which serves as formal notification that a charge of violation of this Policy has been brought forward against the respondent. The University may hold students accountable and

subject to sanctions for violations that are not referenced in the initial notice of the charge but arise from the same incident and are learned about from evidence, testimony, or admission at a hearing or during the investigatory process, consistent with the procedures set forth in this Policy.

Both the respondent and the complainant will be given the opportunity during their individual informational meeting to discuss and review the charges as well as any evidence in the Case File, which is maintained by the Office of Community Standards, to the extent permitted under confidentiality laws, including FERPA. The University reserves the right to have a University representative present during the review of any evidence in the Case File. Students are not entitled to keep copies or take photographs of party or witness statements or other documentary evidence. During the informational meeting, students will have the opportunity to ask and answer questions regarding the allegation(s) and the disciplinary process under this policy and will be provided with educational or other resources applicable to the allegations as appropriate.

For documented emergencies and other documented extenuating circumstances, a student may request one (1) postponement of the student's informational meeting, provided that the Office of Community Standards is notified at least one business day in advance of the scheduled meeting. Failing or refusing to sign any forms does not absolve the student of the responsibility for following all directives outlined.

### Options for Resolution

Following the informational meeting, there are three possible options for resolution:

1. **Acceptance of responsibility.** The respondent may elect to accept responsibility for the Charge. In such cases, the University will determine the appropriate sanction in accordance with Sanctions and Remedies, including the submission of written impact statements, and the respondent will automatically waive their rights associated with a hearing. The complainant will receive written notice of: (i) the election to accept responsibility; (ii) the sanction as it relates to the complainant, to the extent consistent with FERPA; and (iii) any individual remedies offered or provided to the complainant. In cases of Relationship Violence or Sexual Assault, both students will be sent concurrent notification by the Office of Community Standards of the rationale for the sanction consistent with FERPA. The sanction will be appealable as set forth below.

2. **Alternative Resolution.** *See the Alternative Resolution section, above.*

3. **Hearing.** Where the respondent denies responsibility or one or both parties request a formal hearing, the Charge will proceed to a formal hearing where it will be determined whether it is more likely than not that the respondent violated this Policy. The hearing will be conducted according to the procedures set forth below. As set forth in the previous section under Informational Meeting, where the respondent fails to respond, a decision will be made based upon the information in the Case File.

### Administrative Board and Hearing Preparation

Only an Administrative Board will adjudicate proceedings under this Policy; student board hearings are not available for these proceedings. The Administrative Board shall consist of three administrators/faculty assigned by the Vice President for Student Affairs or designee. In cases where Sexual Misconduct, Relationship Violence, or Sexual Harassment has been alleged, the Administrative Board shall include at least one male and one female member. The Hearing Officer will serve as the Chairperson of the hearing and shall conduct the hearing in accordance with this Policy.

### Rights/Obligations of the Parties

When an administrative hearing is conducted under this policy, the parties have the rights and obligations listed below. The University, in its sole discretion, may extend the time frames listed below as necessary and appropriate.

1. **Notice of Hearing.** The parties shall be informed by the Office of Community Standards, in writing, of the date, time, and place of the hearing. The hearing will be scheduled reasonably promptly following the initiation of the Complaint. The complainant and respondent shall be allowed a reasonable amount of time to prepare for the hearing.

2. **Witnesses and Other Evidence.** The complainant and respondent shall each have the right to speak for themselves, to present witnesses and other evidence in the Case File, and to challenge the evidence.

*Witnesses*

i.  The parties may propose witnesses with knowledge of the facts to speak on their behalf. Each party must submit a final written list of all their proposed witnesses or any signed witness statements to the Office of Community Standards for approval at least five (5) business days prior to the hearing. All witness names proposed on this list must have been previously submitted to the Department of Public Safety during the initial investigation as set forth under Investigation.

ii.  Approval of all witnesses is at the sole discretion of the University. All witnesses must be deemed relevant by the University in its sole discretion.

iii.  The Office of Community Standards will send each party a written list of all approved witnesses prior to the hearing date and will notify all University employee or student witnesses of the hearing time, date and place to appear via their University email address. The University reserves the right to call additional witnesses up to and during the hearing at its sole discretion.

iv.  It is the responsibility of each party to notify their approved witnesses of the hearing time, date, and place to appear, unless their approved witnesses are Hofstra students or Hofstra employees, in which case the Office of Community Standards will notify as set forth in (iii) above.

*Other Evidence*

i.  Parties may present and challenge all evidence that has been placed in the Case File, as described in the *Informational Meeting* section, above. Parties may request an appointment to view the Case File (subject to FERPA) during regular business hours at any time before the hearing, so long as the request is made prior to the hearing. Copying of any evidence in the Case File by any means by students or their Advisors is strictly prohibited. The University reserves the right to supplement the Case File at any time.

3. **Removal of Board Member or Hearing Officer.** Upon being notified of the members of the board and the Hearing Officer, the parties have the right to request the removal of a member of the board or the Hearing Officer if a conflict of interest exists. The request must be made to the Dean of Students or designee, and the party must be prepared to substantiate this contention. Removal of a member of the board or the Hearing Officer may be granted or denied based on the Dean of Students or designee's determination as to whether or not there is just cause.

4. **Postponing the Hearing.** The University reserves the right to postpone or adjourn a hearing in its discretion. Each party shall be entitled to postpone the hearing one (1) time with just cause, as long as the request is made at least one (1) business day prior to the hearing. The Office of Community Standards will determine if a postponement is warranted. Postponements cannot be made to accommodate the schedule of an advisor or other student witnesses. Any additional postponements may be granted or denied at the University's discretion.

5. **Failure to Appear.** If a party fails to appear, the hearing may proceed in that party's absence, and a decision may be rendered. The sole fact of a party's absence from the hearing shall not, in and of itself, be deemed to create any adverse inference against that party.

**Hearing Process**

The usual format of a hearing is set forth below. The Hearing Officer has the discretion to change the order, as he or she deems appropriate. The University reserves the right to call appropriate University members to serve as witnesses and/or to offer testimony at the hearing. Any evidence introduced at the hearing shall be part of the hearing record ("Hearing Record").

The Hearing Officer will conduct the hearing in an orderly manner, state the charges, rule on the relevancy of matters discussed and evidence presented, call witnesses, and coordinate and lead the questioning process. The Hearing Officer shall obtain affirmations from parties and witnesses of their obligation to testify truthfully.

1. Cases will be introduced and charge(s) read by the Hearing Officer.
2. Opening statement by complainant and/or charging party.
3. Opening statement by respondent.
4. Where applicable as determined by the University, statement/report from the investigator regarding the investigation.
5. Where the investigator provides a statement/report, questions for the investigator from members of the board, the complainant, and the respondent.
6. Statement(s)/report(s) from witness(es) on behalf of the complainant and/or charging party.
7. Questions for the witness(es) in No. 6 from members of the board, the complainant, and the respondent.
8. Statement(s)/report(s) from witness(es) on behalf of the respondent.
9. Questions for witness(es) in No. 8 from members of the board, the respondent, and the complainant.
10. Questions for the respondent from members of the board and the complainant. Each student may question the other, but alternative arrangements may be made for complainants who do not wish to be in the same room as the accused.
11. Questions for the complainant from members of the board and the respondent.
12. Closing statement from respondent.
13. Closing statement from complainant and/or University

*Note: The Hearing Officer may determine, in their discretion, that the parties should not personally question each other or witnesses. In such situations, the parties will be permitted to propose questions to the Hearing Officer to be read. The Hearing Officer, in their discretion, may accept or reject any question so submitted.*

*Note: During the hearing, statement reports are provided verbally. If a witness or party is absent, the Hearing Officer will enter written statements pre-approved by the Office of Community Standards into the record. The University reserves the right to redact absentee witness statements to ensure that statements read into the record comply with the Policy. The parties will have the opportunity to challenge these written statements at the hearing in lieu of questioning.*

*Note: Neither party may ask questions or present evidence about prior sexual history with persons other than the other party or about the mental health diagnosis and/or treatment of the other party during the stage of determining responsibility. Past findings of domestic violence, dating violence, stalking, or sexual assault may be admissible in the stage of determining sanction. Either party may ask questions or present evidence about their own prior sexual history or mental health diagnosis and/or treatment at any time, so long as the information is relevant and otherwise in compliance with this policy. However, that party must be prepared to answer questions regarding this information from the Board and the other party if they choose to introduce this information into the hearing.*

**Deliberation and Decision**
Following the close of the hearing, the Administrative Board shall deliberate, and the Hearing Officer shall serve as a non-voting facilitator for the deliberations.

The Board may not take into account as evidence of culpability the mere fact that a criminal investigation or prosecution is pending in relation to the events complained of.

The Administrative Board shall determine responsibility by choosing one of the following options:
(1) Responsible. The Administrative Board finds that it is more likely than not that the respondent violated the Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct.
(2) Not Responsible.

**Sanctions and Remedies**
If the respondent is found Responsible, the Hearing Officer or designee determines the sanctions. Each party shall have the opportunity to make a written impact statement before the sanction determination is made. Potential sanctions are set forth in detail in the Code of Community Standards section on "Sanctions," and include probation, residence hall removal and/or ban, suspension, and expulsion.

In determining an appropriate sanction, the Hearing Officer or designee shall consider aggravating factors, including (a) any record of past violations, (b) the nature and severity of such past violations, and (c) premeditation/intent to commit a violation.

The following should also be considered in determining the sanction: whether the sanction will (a) bring an end to the violation in question, (b) reasonably prevent a recurrence of a similar violation, and (c) remedy the effects of the violation on the complainant and the University community.

In accordance with the University's policy on "Minimum Sanctions," as set forth in the Code of Community Standards, for certain serious breaches of University policy that constitute a serious threat to other individuals or the community, a minimum penalty of suspension from the University (including removal from the residence halls) for at least one full semester to permanent expulsion may be imposed. This includes but is not limited to conduct in violation of New York state criminal law or federal law, which poses a serious threat to the University community, a serious physical attack upon another person, and sexual violence.

The University will offer counseling and academic support services, as necessary and appropriate, to any student involved in proceedings under this policy. The University will also take additional steps, as appropriate, which could include training sessions and other measures, to prevent recurrence of violations, and remedy their effects.

Sanctions will be held in abeyance until a decision is rendered in a final appeal under the process described below, or the time to appeal has expired without an appeal being submitted, unless the University determines that sanctions should go into effect sooner in order to protect the health or safety of the University community. Where sanctions are held in abeyance, interim protections may continue in effect.

After the conclusion of the final appeal, or where the time for appeal has expired, the University may issue a mutual no-contact order, where a respondent is found not responsible, if it determines such a no-contact order is in the best interest of the parties and/or the University. Such a no-contact order is not considered a sanction, shall not be part of the disciplinary record of either party, and shall not burden one party more than the other.

**Decisions and Appeals**
Both parties shall be sent concurrent notification in writing by the Office of Community Standards of the decision of the Administrative Board.

The respondent shall be notified of any sanctions, and, to the extent consistent with FERPA or other applicable law, the complainant will be notified of the sanction as well. Complainants may be notified of sanctions that directly relate to the complainant, including: that the respondent have no contact with the complainant; or that the respondent is prohibited from attending school for a period of time, has been transferred out of classes shared with the complainant, or has been relocated away from a residence hall shared with complainant.

For Complaints of Relationship Violence or Sexual Assault, both students will be sent concurrent notification by the Office of Community Standards of the decision of the Administrative Board, the findings of fact supporting the decision, and the rationale for the decision. Where sanctions are imposed, the students will be notified of the rationale for the sanction.

The complainant shall also be notified as to any individual remedies offered or provided to the complainant, and other steps the school has taken to eliminate any hostile environment and prevent recurrence, if applicable. The respondent will not be notified of any individual remedies offered or provided to the complainant.

Either party may request an appeal of the decision (responsible or not responsible) and/or sanction(s) by submitting a written petition for an appeal to the Dean of Students within seven (7) calendar days after receiving the decision letter, on any of the following grounds:

1) There is new evidence to warrant a new hearing in a way that affected the decision or sanctions; or
2) The student's procedural rights have been violated; or
3) The severity of the sanction is inappropriate given the details of the case.

Dissatisfaction with the outcome of the hearing alone is not sufficient grounds for appeal.

The student(s) must submit the written petition for appeal to the Dean of Students specifying one or more of the above grounds. A request on any of these grounds must clearly explain, in detail, the basis for the appeal, and should include any available documentation. The appeal is limited to an inquiry of the issue or issues raised in the Charge. The appeal is not intended to be a rehearing o the original hearing.

The Office of Community Standards will notify the party who did not request the appeal in writing and that party will have five (5) calendar days from the date of notification to submit a response to the appeal. The appeal will be decided by the Dean of Students or designee. (All references in this section to the "Dean of Students" include the Dean of Students or designee). The party who did not submit the response will receive a copy of the response.

For decisions relating to Relationship Violence or Sexual Assault Complaints, the appeal will be conducted by a three-person panel that includes the Dean of Students, and two other individuals designated by the Vice President for Student Affairs. Each party will receive notice of the names of the members of the panel and the right to request the removal of a member of the panel if a conflict of interest exists. The request must be made to the Dean of Students, and the party must be prepared to substantiate this contention. Removal of a member of the appeals panel may be granted or denied based on the Dean of Students' determination as to whether or not there is a conflict of interest.

In addition to filing a written appeal or response, either party may request a hearing before the Dean of Students or appellate panel, as applicable, which request may be granted or denied in the discretion of the panel/Dean of Students. If such a hearing request is granted, both parties will be notified and each party will be permitted to present their position orally (limited to thirty (30) minutes or an appropriate length of time as determined in the discretion of the Dean of Students/panel) and may be questioned by the panel or Dean of Students, as applicable.

All appeals will be conducted in a fair and impartial manner. The panel or Dean of Students, as applicable, will decide whether to modify or uphold the original sanction or decision. Modification of the sanction may include either raising or lowering of the sanction. Appellate decisions will be based solely on the three grounds for appeal; appellate decision maker(s) will not substitute their judgment for the judgment of the Administrative Board. Deference will be given to the judgment of the Administrative Board absent an abuse of discretion or clearly erroneous determination that cannot be reasonably supported by the information considered. Both parties will be sent concurrent notification in writing of the result of the appeal.

In situations where new evidence is introduced, the appeals panel or Dean of Students, as applicable, may decide, based on its discretion, to re-open the case with the original hearing board. Based on the new evidence heard, the original hearing board may uphold or modify its decision, and the sanction may be upheld or modified. Modification of the sanction may include either raising or lowering of the sanction.

*Final Appeal to Vice President for Student Affairs*
Within five (5) calendar days after the date of the written appellate decision, either party may submit written objections to the decision to the Vice President for Student Affairs. Such written objections should set forth, in detail, the reasons why the objecting party believes the appellate decision should not be affirmed, or why the recommended penalty should not be adopted, by the Vice President for Student Affairs. A copy of the written objections will be provided to the other party in interest, who may file a written response within five (5) calendar days after the date the objections were sent. The party who did not submit a response will receive a copy of the response.

Either party may request a hearing before the Vice President for Student Affairs, which may be granted or denied in the Vice President's discretion. If such hearing is granted, both parties will be notified and each party will be permitted to present their position orally (limited to thirty (30) minutes or an appropriate length of time as determined in the discretion of the Vice President) and may be questioned. The decision of the Vice President for Student Affairs shall be final.

**Records**

To ensure the integrity of the hearing process and maintain an accurate record of the proceedings, Hofstra University records the administrative hearings conducted under this policy. Originals or copies of these recordings will not be released, unless pursuant to a lawfully issued subpoena or court order. Students may request to listen to recordings or view transcripts, as applicable, and may take notes on their prior proceedings to the extent permitted by FERPA. The University reserves the right to have a University representative present during any review of recordings or transcripts. As with other hearing materials, only those individuals directly involved in an appeal (the Dean of Students, Associate Dean of Students or designee, Assistant Dean for Community Standards or designee, Title IX Officer for Student Issues or designee, the respondent and the respondent's advisor, the complainant and the complainant's advisor, and hearing board and appellate hearing board members) may request to listen to any part of the recording. The complainant and accused student will have the right to access the recording or transcript for five years from the date of the hearing at a time and place determined by the University. Copying of the hearing materials or transcript by students or their Advisors by any means is strictly prohibited.

*Note:* Only the chairperson of the hearing is allowed to record the hearing on a University recording device or through a court reporter. All other recording and/or cell phone devices are not permitted during the hearing.

The Office of Community Standards is responsible for maintaining the Hearing Record together with the audio recording of the hearing pursuant to the University's Record Retention Policy.

Any publicly available recordkeeping, such as crime statistics reported as part of the University's Annual Security Report, will be accomplished without the inclusion of identifying information about any reporting individual, to the extent permissible by law.

For Complaints of Relationship Violence or Sexual Assault, students will have the right to choose whether to discuss or disclose the outcome of the processes under this policy, and will have the right to have all information obtained during the course of the process under this policy protected from public release until the appeals panel makes a final determination unless otherwise required by law. Even after the appeals panel makes a final determination, FERPA protections will still apply to the information as applicable.

## APPENDIX I: RESOURCES

### A.  If You Experience Sexual Misconduct, Relationship Violence, or Discriminatory Harassment

Your safety and well-being are of paramount importance. What you choose to do after an incident is up to you, but you are encouraged to take the following actions immediately:

1. Go to a place where you feel safe.
2. Contact or have a friend contact Public Safety at **516-463-6606.** In an emergency, call Public Safety at **516-463-6789,** or, if you're off-campus, call **911**. You have the option to notify Public Safety and local police, and to be assisted by Public Safety in notifying local police if you so choose. You also have the option to decline to notify these authorities.
3. To speak to a **Confidential Resource** who will not report your information further, you can contact the Student Health and Counseling Center at **516-463-6745** (Public Safety will contact the Student Health and Counseling Center during non-business hours), or one of the following chaplains in the Interfaith Center: Catholic Chaplain, **516-463-7210**; Jewish Chaplain, **516-463-6922**; Muslim Chaplain, **516-463-6920**; Protestant Chaplain, **516-463-5227**.
4. Go to a hospital emergency room. Public Safety or the police will provide transportation, if necessary.
5. It is important to preserve evidence that may assist in proving that the alleged criminal offense occurred or may be helpful in obtaining a protection order. Medical evidence for use in the prosecution of a criminal offense is collected at the hospital. For this reason, you should not shower, bathe, douche, or change clothes. You may need to bring a change of clothes to the hospital in case what you are wearing is collected as evidence.
6. Do not touch any evidence or straighten up the area where the assault occurred.
7. Do not blame yourself. The person who assaulted you is responsible.

Students have access to mental health counseling through the Student Health and Counseling Center. Crisis intervention, initial intake, consultations, workshops and psychoeducational groups. Any enrolled student is eligible to receive short-term individual counseling and participate in all programs including workshops and psychoeducational groups at no cost.

Students have access to medical services, including testing for sexually transmitted infections, through the Student Health and Counseling Center. There may be a fee for testing for sexually transmitted infections, as tests are sent to an outside laboratory.

Within 96 hours of an assault, you can get a Sexual Assault Forensic Examination (commonly referred to as a rape kit) at a hospital (Find a designated SAFE Center near you here: **https://profiles.health.ny.gov/hospital/ designated_center/SAFE+Center+of+Excellence**). While there should be no charge for a rape kit, there may be a charge for medical or counseling services off campus and, in some cases, insurance may be billed for services. You are encouraged to let hospital personnel know if you do not want your insurance policyholder to be notified about your access to these services. The New York State Office of Victim Services may be able to assist in compensating victims/survivors for health care and counseling services, including emergency funds. More information may be found here: **https://ovs.ny.gov/sites/default/files/brochure/ovsrightsofcvbooklet.pdf**, or by calling 1-800-247-8035. Options are explained here: **https://ovs.ny.gov/help-crime-victims**

The University will provide written notification to students and employees about existing counseling, health, mental health, victim advocacy, legal assistance, visa and immigration assistance, student financial aid, and other services available for victims, both within the institution and in the community.

### B.  Students' Bill of Rights

Pursuant to Article 129-B of the New York State Education Law, all students have the right to:

1.  Make a report to local law enforcement and/or state police.
2.  Have disclosures of domestic violence, dating violence, stalking, and sexual assault treated seriously.
3.  Make a decision about whether or not to disclose a crime or violation and participate in the judicial or conduct process and/or criminal justice process free from pressure by the University.
4.  Participate in a process that is fair, impartial, and provides adequate notice and a meaningful opportunity to be heard.
5.  Be treated with dignity and to receive from the University courteous, fair, and respectful health care and counseling services, as available through the Student Health and Counseling Center.
6.  Be free from any suggestion that the reporting individual is at fault when these crimes and violations are committed, or should have acted in a different manner to avoid such crimes or violations.
7.  Describe the incident to as few institution representatives as practicable and not be required to unnecessarily repeat a description of the incident.
8.  Be protected from retaliation by the University, any student, the accused and/or the respondent, and/or their friends, family, and acquaintances within the University's jurisdiction.
9.  Access to at least one level of appeal of a determination.
10. Be accompanied by an advisor of choice who may assist and advise a reporting individual, accused, or respondent throughout the judicial or conduct process, including during all meetings and hearings related to such process.
11. Exercise civil rights and practice of religion without interference by the investigative, criminal justice, or judicial or conduct process of the University

**C.   Rights of Reporting Individuals**

Any student reported to have been subject to a violation of this Policy has the right to the following:

1.   Notify Hofstra Public Safety, local law enforcement, and/or state police.

2.   Have emergency access to a University official trained in interviewing victims of sexual assault, who shall be available upon the first instance of disclosure by a reporting individual to provide information regarding options to proceed, and, where applicable, the importance of preserving evidence and obtaining a sexual assault forensic examination as soon as possible. The official will explain that the criminal justice process utilizes different standards of proof and evidence and that any questions about whether a specific incident violated the penal law should be addressed to law enforcement or to the district attorney. The official shall also explain the level of confidentiality they are authorized to offer, and shall inform the reporting individual of other reporting options.

3.   Disclose confidentially the incident to counselors or medical professionals in the Student Health and Counseling Center, who may offer confidentiality pursuant to applicable laws and can assist in obtaining services for reporting individuals.

4.   Disclose confidentially the incident and obtain services from the state or local government.

5.   Disclose the incident to Hofstra representatives who can offer varying levels of confidentiality, as appropriate, and can assist in obtaining resources for reporting individuals.

6.   Disclose the incident anonymously by calling the New York State Hotline for Sexual Assault and Domestic Violence at 1-800-942-6906. The Hotline is for crisis intervention, resources, and referrals and is not a reporting mechanism, nor is it affiliated with Hofstra University.

7.   File a report of sexual assault, domestic violence, dating violence, and/or stalking and the right to consult the Title IX Officer for Student Issues and other appropriate Hofstra representatives for information and assistance. Reports shall be investigated in accordance with this policy, and a reporting individual's identity shall remain private at all times if said reporting individual wishes to maintain privacy.

8.   Disclose, if the accused is an employee of the institution, the incident to the Title IX Officer for Employee Matters or the right to request that a confidential or private employee assist in reporting to the Title IX Officer for Employee Matters, for investigation and adjudication under the Harassment Policy.

9.   Receive informational assistance from Hofstra representatives, and assistance from The Safe Center of LI in accordance with Hofstra's Memorandum of Understanding with the Safe Center of LI. Receive informational assistance from Hofstra representatives in connection with legal proceedings in family court or civil court.

10.  Withdraw a complaint or involvement from the process under this Policy at any time.

**D.   Educational Programs**

You are the key to your personal safety on campus and in the community. We encourage you to educate yourself by attending educational programs that promote the awareness and prevention of relationship violence and sexual assault. Such programs are conducted for first-year students during New Student Orientation and Welcome Week.

Incoming students are also required to complete the Campus Clarity program, which includes important information about relationship violence and sexual assault, such as:
• Definitions of the relevant offenses in New York state
• Definition of consent, in reference to sexual activity, in New York state
• Safe and positive options for bystander intervention
• Information on how to recognize warning signs of abusive behavior and how to avoid potential attacks

59

Other programs on these and related topics are offered throughout the year and are open to the entire Hofstra community. These programs include Domestic Violence Awareness Week as well as numerous sexual assault awareness and prevention programs, including Take Back the Night, the Clothesline Project, and It's On Us campaign, as described at **hofstra.edu/itsonus**. In addition, the University has launched the Step Up program, a bystander intervention program that meets with student groups throughout the year.

All Hofstra students are notified each year about the *Guide to Pride*, available online at **hofstra.edu/guidetopride**, which is updated annually and includes the Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct, also available online at **hofstra.edu/sexualmisconduct**. This policy states that sexual assault and relationship violence are prohibited at Hofstra, and contains detailed information about Hofstra's guidelines and procedures in responding to reports of sexual assault or relationship violence, including information about confidentiality and a detailed description of the disciplinary process for complaints.

For additional information, please contact the Office of Student Affairs at **studentaffairs@hofstra.edu**.

**E.   Disability Resources**

The Office of Student Access Services (SAS) provides disability-related education, services, and resources to the Hofstra community. SAS ensures equal access to education for all Hofstra students, regardless of disability, in compliance with federal law and in keeping with Hofstra's longstanding commitment to equality and access in its programs and services. SAS respectfully serves Hofstra students by facilitating barrier-free educational opportunities and assisting them in becoming self-advocating, independent learners.

The Director of SAS is available to assist students with questions or concerns about disability-related issues, including discriminatory harassment, and to provide assistance with filing a disability-related Complaint. You can reach SAS at 516-463-7075 or **SAS@hofstra.edu** or by visiting Suite 107 Mack Student Center.

**F.   Phone Numbers**
   • **Emergency  –  On Campus: 516-463-6789 Off Campus: 911**

| | |
|---|---|
| • Hofstra University Public Safety | 516-463-6606 |
| • Title IX Officer for Student Issues | 516-463-5841 |
| • Title IX Officer for Employee Matters | 516-463-6859 |
| • Hofstra University Office of Residence Life | 516-463-6930 |
| • Dean of Students/Office of Community Standards | 516-463-6913 |
| • Hofstra University Student Access Services | 516-463-7075 |

*Confidential Resources*

| | |
|---|---|
| • Hofstra University Student Health and Counseling Center | 516-463-6745 |
| • Catholic Chaplain | 516-463-7210 |
| • Jewish Chaplain | 516-463-6922 |
| • Muslim Chaplain | 516-463-6920 |
| • Protestant Chaplain | 516-463-5227 |

*Off-Campus Resources*

| | |
|---|---|
| • The Safe Center LI | 516-465-4700 |
| • The Safe Center LI Rape/Dating/Domestic Violence Hotline | 516-542-0404 |

**APPENDIX II**
**New York State Penal Law and Hofstra's Disciplinary Processes for Sexual Assault, Domestic Violence, Dating Violence, and Stalking: A Side-By-Side Comparison**

*Students reporting sexual assault, dating or domestic violence, or stalking have the right to make a report to Hofstra Public Safety, and/or through the criminal justice system, or choose not to report. This chart summarizes the differences between Hofstra's disciplinary system and the criminal justice system.*

|  | Criminal Justice System | Hofstra's Disciplinary System |
|---|---|---|
| **Goals** | Public safety, deterrence, and punishment. | Education; safety; safe and supportive campus environment. |
| **Governing Laws** | New York State Penal Code; New York State Rules of Criminal Procedure (or another state's rules if the crime took place there), Federal Criminal Law, and Rules of Evidence. | Title IX; The Clery Act as amended by the Violence Against Women Act; NYS Education Law Article 129-A and 129-B. |
| **How to report and whether there must be action once a report is made** | Crimes involving sexual violence may be reported to the local police or to the New York State Police. Certain crimes may also be reported to federal law enforcement agents. Once a report is made, the decision whether to investigate is made by the police/law enforcement agency, often in consultation with a District Attorney or other prosecuting agency. An investigation may be conducted without the consent or participation of a reporting individual. The ultimate decision of whether to initiate a criminal prosecution is initially made by a prosecutor. In cases involving felony charges, the final charging decision is made by a Grand Jury. | To make a report, contact the Title IX Officer for Student Issues, a Deputy Title IX Officer, the Dean of Students, a Resident Director, or the Department of Public Safety.<br><br>To pursue a complaint of sexual violence through the Hofstra disciplinary process, contact the Department of Public Safety by calling 516-463-6606 or by visiting the Mack Public Safety and Information Center located on the corner of Hempstead Turnpike and California Avenue. Hofstra will seek consent from the student making the complaint before investigating.<br><br>Hofstra will respect requests for anonymity or that a complaint/investigation not be pursued, unless Hofstra determines in good faith that failure to investigate may create a risk of harm to the student making the complaint or other members of the community, in accordance with the factors listed in the Student Policy, or otherwise required by law. |
| **Who investigates?** | Police or other law enforcement officials. | Hofstra Public Safety personnel or other departments at Hofstra, as appropriate. |
| **Procedures** | See Governing Law. Procedures established by police departments, prosecutors' offices, etc. | Hofstra University's *Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct* within the *Guide to Pride*. |
| **Standard of Evidence** | Crimes must be proven "Beyond a Reasonable Doubt." | A violation of Hofstra's Student Policy must be found by a "Preponderance of the Evidence" (more likely than not). |

| | | |
|---|---|---|
| **Confidentiality** | Law enforcement agencies offer some confidential assistance, but a criminal charge and trial must be public. | Student may confidentially disclose sexual violence to clergy in the Interfaith Center, and medical professionals and counselors in the Student Health and Counseling Center. Disclosures made to a confidential resource will not trigger an investigation, and information generally will not be shared with school administrators or other parties. |
| **Privacy** | Criminal trials must be public. | Reports and disciplinary proceedings are kept as private as possible, but information must be shared with certain individuals within the University. |
| **Who are the parties?** | The prosecution and defendant. The victim/survivor is not a party, but often the critical witness for the prosecution. | Hofstra is the charging party, but the individual who initiated the complaint ("complainant") and the student accused of violating the policy ("respondent") both have the right to participate in the investigation and disciplinary process. |
| **Participation in the process** | In limited circumstances, a criminal prosecution can proceed without the participation or cooperation of the reporting individual, but without a reporting individual's participation, it is generally more difficult to prove a crime beyond a reasonable doubt. | Reporting students are not required to participate in Hofstra's process. However, Hofstra will be limited in its ability to respond if a reporting individual does not participate. |
| **Who initiates the proceedings?** | A prosecutor, acting on behalf of the state (or the United States in federal cases). | Hofstra University is the charging party, but the complainant has the right to participate in the proceedings. |
| **Testimony** | In a court, testimony is generally public. Other parties are, through counsel, entitled to cross-examine witnesses. | Both the complainant and the respondent may make opening and closing statements. Each student may question the other, but alternative arrangements may be made for complainants who do not wish to be in the same room as the accused.<br><br>The hearing board, complainant, and respondent may ask questions of all witnesses, including the complainant and respondent. The Hearing Officer may determine, in their discretion, that parties should not personally question each other or witnesses. In such situations, the parties will be permitted to propose questions to the Hearing Officer to be read. |
| **Role of attorneys** | Both the state and the defendant are represented by counsel; counsel may question witnesses. | The complainant and respondent are permitted an advisor of their choosing, but the advisor may not speak on behalf of the student during meetings or a disciplinary hearing. |

| | | |
|---|---|---|
| **Mental health and sexual history** | In New York, a reporting individual's prior sexual and mental health history is generally, but not always, inadmissible in a criminal case. There are limited circumstances under which directly relevant evidence of that kind may be admitted. | Neither the complainant nor respondent may ask questions or present evidence about prior sexual history with persons other than the other party, or about the mental health diagnosis and/or treatment of the other party during the stage of the proceeding determining responsibility. Past findings of domestic violence, dating violence, stalking, or sexual assault may be admissible during sanctioning. |
| **Possible results** | If a prosecution takes place, the defendant may <br> • plead guilty or "no contest" <br> • have the case dismissed by the judge (on legal grounds) <br> • be found "guilty" or "not guilty" by a judge or jury | If there is a formal disciplinary proceeding, the respondent may be found "responsible" or "not responsible" for violations of the Student Policy. Respondents may also accept responsibility for a violation without a hearing. <br><br> If both parties agree and the University finds it appropriate, students may enter into an alternative resolution without a hearing. |
| **Sanctions** | An individual found guilty may be fined, imprisoned, or both. In some courts, alternative sanctions are sometimes used. | A student found responsible for violating Hofstra's policy may be given a range of sanctions (depending on the severity of the conduct and other factors, such as prior judicial history), ranging from a warning to suspension or expulsion from Hofstra. |

For complete information about the *Student Policy Prohibiting Discriminatory Harassment, Relationship Violence, and Sexual Misconduct*, please see the full policy, available online at **hofstra.edu/sexualmisconduct**.

Please contact the Title IX Officer for Student Issues by e-mail at **StudentTitleIX@hofstra.edu** or telephone at 516-463-5841, with any questions.

## APPENDIX III: NEW YORK STATE LAW

Many of the acts covered by this Policy are also considered crimes under New York State law. The following are definitions related to crimes under New York State law:

**Sexual Assault and Relationship Violence**

**Consent**

Lack of consent results from: forcible compulsion; or incapacity to consent; or where the offense charged is sexual abuse or forcible touching, any circumstances, in addition to forcible compulsion or incapacity to consent, in which the victim does not expressly or impliedly acquiesce in the actor's conduct. Where the offense charged is rape in the third degree, criminal sexual act in the third degree, or forcible compulsion in circumstances under which, at the time of the act of intercourse, oral sexual conduct or anal sexual conduct, the victim clearly expressed that he or she did not consent to engage in such act, and a reasonable person in the actor's situation would have understood such person's words and acts as an expression of lack of consent to such act under all the circumstances.  A person is incapable of consent when he or she is: less than 17 years old; or mentally disabled; or mentally incapacitated; or physically helpless; or committed to the care and custody of the state department of correctional services, a hospital, the Office of Children and Family Services and is in residential care, or the other person is a resident or inpatient of a residential facility operated by the Office of Mental Health, the Office for People with Development Disabilities, or the Office of Alcoholism and Substance Abuse Services, and the actor is an employee, not married to such person, who knows or reasonably should know that such person is committed to the care and custody of such department or hospital.

63

**Dating Violence**

New York state does not specifically define "dating violence." However, under New York law, intimate relationships are covered by the definition of domestic violence when the act constitutes a crime listed elsewhere in this document and is committed by a person in an "intimate relationship" with the victim. See "Family or Household Member" for definition of "intimate relationship."

**Domestic Violence**

Any act which would constitute a violation of the penal law, including, but not limited to acts constituting disorderly conduct, harassment, aggravated harassment, sexual misconduct, forcible touching, sexual abuse, stalking, criminal mischief, menacing, reckless endangerment, kidnapping, assault, attempted murder, criminal obstruction or breathing or blood circulation, or strangulation; and such acts have created a substantial risk of physical or emotional harm to a person or a person's child. Such acts are alleged to have been committed by a family member. The victim can be anyone over the age of sixteen, any married person or any parent accompanied by his or her minor child or children in situations in which such person or such person's child is a victim of the act.

**Family or Household Member**

Persons related by consanguinity or affinity; Persons legally married to one another; Persons formerly married to one another regardless of whether they still reside in the same household; Persons who have a child in common regardless of whether such persons are married or have lived together at any time; Unrelated persons who are continually or at regular intervals living in the same household or who have in the past continually or at regular intervals lived in the same household; Persons who are not related by consanguinity or affinity and who are or have been in an intimate relationship regardless of whether such persons have lived together at any time. Factors that may be considered in determining whether a relationship is an "intimate relationship" include, but are not limited to: the nature or type of relationship regardless of whether the relationship is sexual in nature; the frequency of interaction between the persons; and the duration of the relationship. Neither a casual acquaintance nor ordinary fraternization between two individuals in business or social contexts shall be deemed to constitute an "intimate relationship"; Any other category of individuals deemed to be a victim of domestic violence as defined by the Office of Children and Family Services in regulation. Intimate relationship status shall be applied to teens, lesbian/gay/bisexual/transgender, and elderly individuals, current and formerly married and/or dating heterosexual individuals who were, or are in an intimate relationship.

**Parent**

Means natural or adoptive parent or any individual lawfully charged with a minor child's care or custody.

**Sex Offenses; Lack of Consent**

Whether or not specifically stated, it is an element of every offense defined in this article that the sexual act was committed without consent of the victim.

**Sexual Misconduct**

When a person (1) engages in sexual intercourse with another person without such person's consent; or (2) engages in oral sexual conduct or anal sexual conduct without such person's consent; or (3) engages in sexual conduct with an animal or a dead human body.

**Rape in the Third Degree**

When a person (1) engages in sexual intercourse with another person who is incapable of consent by reason of some factor other than being less than 17 years old; (2) being 21 years old or more, engages in sexual intercourse with another person less than 17 years old; or (3) engages in sexual intercourse with another person without such person's consent where such lack of consent is by reason of some factor other than incapacity to consent.

**Rape in the Second Degree**

When a person (1) being 18 years old or more, engages in sexual intercourse with another person less than 15 years old; or (2) engages in sexual intercourse with another person who is incapable of consent by reason of being mentally disabled or mentally incapacitated. It is an affirmative defense to the crime of rape in the second degree the defendant was less than four years older than the victim at the time of the act.

**Rape in the First Degree**

When a person engages in sexual intercourse with another person (1) by forcible compulsion; or (2) who is incapable of consent by reason of being physically helpless; or (3) who is less than 11 years old; or (4) who is less than 13 years old and the actor is 18 years old or more.

64

**Criminal Sexual Act in the Third Degree**

When a person engages in oral or anal sexual conduct (1) with a person who is incapable of consent by reason of some factor other than being less than 17 years old; (2) being 21 years old or more, with a person less than 17 years old; (3) with another person without such persons consent where such lack of consent is by reason of some factor other than incapacity to consent.

**Criminal Sexual Act in the Second Degree**

When a person engages in oral or anal sexual conduct with another person (1) and is 18 years or more and the other person is less than 15 years old; or (2) who is incapable of consent by reason of being mentally disabled or mentally incapacitated. It is an affirmative defense that the defendant was less than four years older than the victim at the time of the act.

**Criminal Sexual Act in the First Degree**

When a person engages in oral or anal sexual conduct with another person (1) by forcible compulsion; (2) who is incapable of consent by reason of being physically helpless; (3) who is less than 11 years old; or (4) who is less than 13 years old and the actor is 18 years old or more.

**Forcible Touching**

Forcible touching includes: (1) When a person intentionally, and for no legitimate purpose, forcibly touches the sexual or other intimate parts of another person for the purpose of degrading or abusing such person; or for the purpose of gratifying the actor's sexual desire, or (2) when a person subjects another person to sexual contact for the purpose of gratifying the actor's sexual desire and with intent to degrade or abuse such other person while such other person is a passenger on a bus, train, or subway car. Forcible touching includes squeezing, grabbing, or pinching.

**Persistent Sexual Abuse**

When a person commits a crime of forcible touching, or second or third degree sexual abuse within the previous ten year period, has been convicted two or more times, in separate criminal transactions for which a sentence was imposed on separate occasions of one of the above mentioned crimes or any offense defined in this article, of which the commission or attempted commissions thereof is a felony.

**Sexual Abuse in the Third Degree**

When a person subjects another person to sexual contact without the latter's consent. For any prosecution under this section, it is an affirmative defense that (1) such other person's lack of consent was due solely to incapacity to consent by reason of being less than 17 years old; and (2) such other person was more than 14 years old; and (3) the defendant was less than five years older than such other person.

**Sexual Abuse in the Second Degree**

When a person subjects another person to sexual contact and when such other person is (1) incapable of consent by reason of some factor other than being less than 17 years old; or (2) less than 14 years old

**Sexual Abuse in the First Degree**

When a person subjects another person to sexual contact (1) by forcible compulsion; (2) when the other person is incapable of consent by reason of being physically helpless; or (3) when the other person is less than 11 years old; or (4) when the other person is less than 13 years old.

**Aggravated Sexual Abuse**

For the purposes of this section, conduct performed for a valid medical purpose does not violate the provisions of this section.

**Aggravated Sexual Abuse in the Fourth Degree**

When a person inserts a (1) foreign object in the vagina, urethra, penis or rectum of another person and the other person is incapable of consent by reason of some factor other than being less than 17 years old; or (2) finger in the vagina, urethra, penis, rectum or anus of another person causing physical injury to such person and such person is incapable of consent by reason of some factor other than being less than 17 years old.

**Aggravated Sexual Abuse in the Third Degree**

When a person inserts a foreign object in the vagina, urethra, penis, rectum or anus of another person (1) (a) by forcible compulsion; (b) when the other person is incapable of consent by reason of being physically helpless; or (c) when the other person is less than 11 years old; or (2) causing physical injury to such person and such person is incapable of consent by reason of being mentally disabled or mentally incapacitated.

65

**Aggravated Sexual Abuse in the Second Degree**
When a person inserts a finger in the vagina, urethra, penis, rectum or anus of another person causing physical injury to such person by (1) forcible compulsion; or (2) when the other person is incapable of consent by reason of being physically helpless; or (3) when the other person is less than 11 years old.

**Aggravated Sexual Abuse in the First Degree**
When a person subjects another person to sexual contact: (1) By forcible compulsion; or (2) when the other person is incapable of consent by reason of being physically helpless; or (3) when the other person is less than eleven years old; or (4) when the other person is less than thirteen years old and the actor is twenty-one years old or older.

**Course of Sexual Conduct against a Child in the Second Degree**
When over a period of time, not less than three months, a person: (1) Engages in two or more acts of sexual conduct with a child less than 11 years old; or (2) being 18 years old or more engages in two or more acts of sexual conduct with a child less than 13 years old. A person may not be subsequently prosecuted for any other sexual offense involving the same victim unless the other charges offense occurred outside of the time period charged under this section.

**Course of Sexual Conduct against a Child in the First Degree**
When a person over a period of time, not less than three months in duration, a person: (1) Engages in two or more acts of sexual conduct, or aggravated sexual contact with a child less than 11 years old; or (2) being 18 years old or more engages in two or more acts of sexual conduct which includes at least one act of sexual intercourse, oral sexual conduct, anal sexual conduct, or aggravated sexual contact with a child less than 13 years old.

**Facilitating a Sex Offense with a Controlled Substance**
A person is guilty of facilitating a sex offense with a controlled substance when he or she: (1) knowingly and unlawfully possesses a controlled substance or any preparation, compound, mixture or substance that requires a prescription to obtain and administers such substance or preparation, compound, mixture or substance that requires a prescription to obtain to another person without such person's consent and with intent to commit against such person conduct constituting a felony defined in this article; and (2) commits or attempts to commit such conduct constituting a felony defined in this article.

**Incest in the Third Degree**
A person is guilty of incest in the third degree when he or she marries or engages in sexual intercourse, oral sexual conduct or anal sexual conduct with a person whom he or she knows to be related to him or her, whether through marriage or not, as an ancestor, descendant, brother or sister of either the whole or the half blood, uncle, aunt, nephew or niece.

**Incest in the Second Degree**
A person is guilty of incest in the second degree when he or she commits the crime of rape in the second degree, or criminal sexual act in the second degree, against a person whom he or she knows to be related to him or her, whether through marriage or not, as an ancestor, descendant, brother or sister of either the whole or the half blood, uncle, aunt, nephew or niece.

**Incest in the First Degree**
A person is guilty of incest in the first degree when he or she commits the crime of rape in the first degree, or criminal sexual act in the first degree, against a person whom he or she knows to be related to him or her, whether through marriage or not, as an ancestor, descendant, brother or sister of either the whole or half blood, uncle, aunt, nephew or niece.

**Stalking in the Fourth Degree**
When a person intentionally, and for not legitimate purpose, engages in a course of conduct directed at a specific person, and knows or reasonably should know that such conduct (1) is likely to cause reasonable fear of material harm to the physical health, safety or property of such person, a member of such person's immediate family or a third party with whom such person is acquainted; or (2) causes material harm to the mental or emotional health of such person, where such conduct consists of following, telephoning or initiating communication or contact with such person, a member of such person's immediate family or a third party with whom such person is acquainted, and the actor was previously clearly informed to cease that conduct; or (3) is likely to cause such person to reasonably fear that his or her employment, business or career is threatened, where such conduct consists of appearing, telephoning or initiating communication or contact at such person's place of employment or business, and the actor was previously clearly informed to cease that conduct.

**Stalking in the Third Degree**

When a person (1) Commits the crime of stalking in the fourth degree against any person in three or more separate transactions, for which the actor has not been previously convicted; or (2) commits the crime of stalking in the fourth degree against any person, and has previously been convicted, within the preceding ten years of a specified predicate crime and the victim of such specified predicate crime is the victim, or an immediate family member of the victim, of the present offense; or (3) with an intent to harass, annoy or alarm a specific person, intentionally engages in a course of conduct directed at such person which is likely to cause such person to reasonably fear physical injury or serious physical injury, the commission of a sex offense against, or the kidnapping, unlawful imprisonment or death of such person or a member of such person's immediate family; or (4) commits the crime or stalking in the fourth degree and has previously been convicted within the preceding ten years of stalking in the fourth degree.

**Stalking in the Second Degree**

When a person: (1) Commits the crime of stalking in the third degree and in the course of and furtherance of the commission of such offense: (a) displays, or possesses and threatens the use of, a firearm, pistol, revolver, rifle, sword, billy, blackjack, bludgeon, plastic knuckles, metal knuckles, chuka stick, sand bag, sandclub, sligshot, slungshot, shirken, "Kung Fu Star," dagger, dangerous knife, dirk, razor, stiletto, imitation pistol, dangerous instrument, deadly instrument or deadly weapons; or (b) displays what appears to be a pistol, revolver, rifle, shotgun, machine gun or other firearm; or (2) commits the crime of stalking in the third against any person, and has previously been convicted, within the preceding five years, of a specified predicate crime, and the victim of such specified predicate crime is the victim, or an immediate family member of the victim, of the present offense; or (3) commits the crime of stalking in the fourth degree and has previously been convicted of stalking in the third degree; or (4) being 21 years of age or older, repeatedly follows a person under the age of fourteen or engages in a course of conduct or repeatedly commits acts over a period of time intentionally placing or attempting to place such person who is under the age of fourteen in reasonable fear of physical injury, serious physical injury or death; or (5) commits the crime of stalking in the third degree, against ten or more persons, in ten or more separate transactions, for which the actor has not been previously convicted.

**Stalking in the First Degree**

When a person commits the crime of stalking in the third degree or stalking in the second degree and, in the course and furtherance thereof, he or she intentionally or recklessly causes physical injury to the victim of such crime.

**Bias Crimes**

Also called hate crimes, Bias Crimes are criminal acts, including acts of violence, intimidation, or destruction of property, based upon bias and prejudice. Under the New York State Penal Code, a person commits a hate crime when he or she commits a specified offense and either (a) intentionally selects the person against whom the offense is committed or intended to be committed in whole or in substantial part because of a belief or perception regarding the race, color, national origin, ancestry, gender, religion, religious practice, age, disability or sexual orientation of a person, regardless of whether the belief or perception is correct, or (b) intentionally commits the act or acts constituting the offense in whole or in substantial part because of a belief or perception regarding the race, color, national origin, ancestry, gender, religion, religious practice, age, disability or sexual orientation of a person, regardless of whether the belief or perception is correct. The New York State Penal Code, including the Hate Crimes Act of 2000, subjects Bias Crimes to criminal prosecution and severe punishment. Bias Crimes are prohibited under this Policy as a form of discriminatory harassment, and should be reported as described in the Policy. Resources for victims of discriminatory harassment are described in Appendix I of this Policy.

67

## SECTION V: ACADEMIC POLICIES

**ACADEMIC POLICIES HONOR CODE**

Academic integrity is essential to what we do and who we are as students and scholars at Hofstra University. A visible public commitment to academic integrity also helps communicate to those within and outside the community that a Hofstra diploma accurately represents our graduates' achievements. Hofstra's Honor Code provides an opportunity for students to show their commitment to demonstrate academic integrity and ethical behavior in all they do.

The Hofstra community values and expects academic integrity on all levels. Academic integrity is vital to the mission of the University and its pursuit is a shared responsibility of all faculty, students, and administrators. All members of our community have the opportunity to express their overall commitment to academic integrity by agreeing to uphold Hofstra's Honor Code, which begins as follows:

*As a member of the Hofstra community, I pledge to demonstrate integrity and ethical behavior in all aspects of my life both inside and out of the classroom. I understand that I am accountable for everything I say and write. I will not misrepresent my academic work, nor will I give or receive unauthorized assistance for academic work. I agree to respect the rights of all members of the Hofstra community. I accept the responsibility to follow this Honor Code at all times.*

Students may be reminded of their responsibility to uphold the Honor Code when faculty require that assignments and/or exams include the following abbreviated version of the Honor Code:

*I pledge on my honor that I have done this work with honesty and integrity, without giving or receiving unauthorized assistance.*

All community members are encouraged to review the entire Honor Code policy (**hofstra.edu/integrity**) and direct any questions to the Office of the Provost.

**Undergraduate Student Responsibility**

Hofstra University places high value upon educating students about academic honesty. The complete policy is described in Faculty Policy Series #11. See Faculty Policy Series #11A for the Maurice A. Deane School of Law and Faculty Policy Series #11G for Graduate Students.

The academic community assumes work of any kind—whether a research paper, a critical essay, a homework assignment, a test or quiz, a computer program, or a creative assignment in any medium—is done, entirely and without unauthorized assistance, by the individual(s) whose name(s) it bears. If joint projects are assigned, then the work is expected to be wholly the work of those whose names it bears. If the work contains facts, ideas, opinions, discoveries, words, statistics, illustrations, or other elements in any media form (including electronic) that are beyond the assumption of being common knowledge, these must be fully and appropriately acknowledged, following a prescribed format for doing so. They may be acknowledged through footnotes, endnotes, citations, or whatever other means of accreditation is acceptable according to the format prescribed in that particular field of study.

Students bear the ultimate responsibility for implementing the principles of academic honesty. Students must understand that it is not enough to identify the source of quoted material; it is also necessary to indicate when one is paraphrasing (restating in other words) material found in a source. Thus, the use of others' ideas as well as their words needs to be acknowledged.

**Undergraduate Student Violations**

(For the complete policy please refer to Faculty Policy Series #11. See Faculty Policy Series #11A for the Maurice A. Deane School of Law and Faculty Policy Series #11G for Graduate Students.)

Any violation of these principles constitutes academic dishonesty. Indeed, it is important for students to avoid even the appearance of dishonesty. The following is a partial list of such violations and is not to be considered exhaustive:

A. Violations Regarding Exams:

  1. Obtaining unauthorized information concerning an exam and/or giving such information to another student;

  2. Communicating with anyone, other than the exam proctor, while taking an exam;

  3. Helping another person to cheat on an examination;

  4. Reading or copying another student's examination sheet or book during an exam;

  5. Possessing unauthorized materials or tools (such as cellphones, calculators, electronic hand-held devices, computers) in the examination room during an exam and/or consulting such materials or tools during an exam;

  6. Without proper authorization, beginning an exam before the prescribed time or continuing to work on the exam after the prescribed time;

  7. Failing to submit all bluebooks and examination materials at the end of an exam or removing bluebooks or examination materials from the exam room without the proctor's or faculty member's approval;

  8. Having another person take an exam in one's place;

  9. Submitting work produced with unauthorized collaboration or assistance

B. Violations Regarding Plagiarism:

  1. Copying or substantially copying someone else's words without both citing the author of the quotation and using either quotation marks or an indented block quotation;

  2. Paraphrasing someone else's words or work without citing the source;

  3. Using paid "research services";

  4. Copying from another's term paper or flash drive;

  5. Submitting work produced with unauthorized collaboration or assistance;

  6. Fabricating sources

C. Other Violations:

  1. Submitting the same or a significantly similar work for credit in more than one course without the consent of the faculty members involved;

  2. Falsifying experimental data;

  3. Using computer programs or data without proper authorization or acknowledgment;

  4. Making one's own academic work available to others to present as the recipients' own;

  5. Submitting work produced with collaboration or assistance unauthorized by the faculty member

**PROCEDURES FOR HANDLING VIOLATIONS AND RIGHT OF APPEAL**

The student has the right to appeal a charge of academic dishonesty, the grade resulting from the charge, or a suspension/ dismissal decision.

For the complete policy please refer to

Undergraduate Students: <u>FACULTY POLICY SERIES FACULTY POLICY SERIES #11 (Rev. 2012) PROCEDURE FOR HANDLING VIOLATIONS OF ACADEMIC HONESTY BY UNDERGRADUATE STUDENTS AT HOFSTRA UNIVERSITY</u>

69

Graduate Students: <u>FACULTY POLICY SERIES #11G (Rev. 2003) PROCEDURE FOR HANDLING VIOLATIONS OF ACADEMIC HONESTY BY GRADUATE STUDENTS AT HOFSTRA UNIVERSITY</u>

Deane School of Law Students: <u>FACULTY POLICY SERIES #11A PROCEDURES FOR HANDLING BREACHES OF ACADEMIC CONDUCT BY STUDENTS ENROLLED IN THE SCHOOL OF LAW</u>

**Course Grade Appeal**

(For the complete policy please refer to FACULTY POLICY SERIES #42 (Rev. 2012) COURSE GRADE APPEAL POLICY - excluding the Maurice A. Deane School of Law and Donald and Barbara Zucker School of Medicine at Hofstra/Northwell)

It is the right and responsibility of the faculty to determine student grades at Hofstra University. An instructor's right to determine a final grade assigned in the instructor's class shall be abrogated only if it is demonstrated (through the procedure below) that the final course grade was not based on the student's academic performance in the course. Each School and College at Hofstra shall adopt procedures consistent with the policy for appeals of final course grades given within that unit. Within these procedures a student shall appeal in writing first to the instructor (unless the instructor is no longer in residence or is otherwise unreachable). If this appeal does not resolve the issue, the student may then appeal to the Chair of the Department. The student shall be required to submit a written statement to the Chair detailing an argument for a change of final grade. The chair shall attempt to mediate a resolution, but cannot change a grade. If no satisfactory resolution is achieved, the student has a right to continue the appeal process by making a formal written appeal to the Dean of the unit involved. The Dean will review the issues and merits of the case. The Dean may choose to dismiss the case if there is no material basis for the appeal, to mediate a resolution or to empanel an Ad Hoc Appeals Committee according to the timeline as appropriate…

**CLASSROOM CODE OF CONDUCT FOR STUDENTS**

(For the complete policy please refer to <u>FACULTY POLICY SERIES #50 (Rev. 2010) CLASSROOM CODE OF CONDUCT FOR STUDENTS)</u>

    I.       Expectations and Obligations

…Class sessions, and class related activities such as Blackboard discussions, field trips, and programs abroad create specific requirements for responsible and mature behavior. Students are expected to come to class prepared. Prior to coming to class, students should check their Hofstra email accounts for course-related announcements, complete all assignments, and bring course-relevant materials to class. Once in the classroom, students should avoid disruptive and disrespectful conduct. Certain activities can disrupt a class session and impede learning. Other activities unrelated to the class also work against learning environments. Both types of behaviors implicitly communicate that the course and other students' contributions are of little value.

Behaviors that may be disruptive or disrespectful include but are not limited to: shouting at the instructor or at students, physically menacing or verbally threatening the instructor or students, entering late or leaving the room during a class session, allowing one's cell phone to ring, sending or reading text messages, side conversations, sleeping, listening to music unrelated to the class, surfing the web, playing video games, and reading material unrelated to the class.

Importantly, intellectual disagreements that arise normally in academic discussion are not in themselves disruptive or disrespectful. Intellectual disagreements can be valuable, and class participants should respect and value them. Yet, expressions of disagreement can become disruptive. Course participants must recognize, then, that when instructors judge that a class must move on to address other important subjects, they are not thereby stifling opinion. FPS #50 2 (2010)

70

II.       Prevention and Responses

Accordingly, this policy explicitly forbids disruptive or disrespectful behaviors as prohibited by the *Guide to Pride*, the *Faculty Policy Series*, and other documents establishing standards of behavior and as communicated by faculty in their syllabi or orally.

Faculty may reasonably insist during class that students stop behaving in ways that faculty judge to be disrespectful or to interfere with others' learning. Faculty are encouraged to consult materials on how to prevent and effectively respond to disruptive classroom conduct.

When faculty deem disruptive or disrespectful behaviors to be serious or repeated, they may reasonably elect to remove students from the classroom for the class period, or for the most serious cases, to remove students permanently from the course and assign a grade. If necessary, they may summon a Public Safety Officer for assistance. Instances of permanently removing students from the classroom must always be reported by faculty within 24 hours through email to the Department Chair, Dean of the School, the Provost, and the Center for University Advising. The Provost through both email and telephone will officially notify students of their right to appeal. If students choose to appeal, they must begin the process by sending an email to **Provost@hofstra.edu** as soon as possible, but no later than 5 business days after being officially notified by the Provost of the appeal process.

**ACADEMIC FREEDOM AND CIVIL LIBERTIES OF STUDENTS AT HOFSTRA UNIVERSITY**
(For the complete policy please refer to FACULTY POLICY SERIES #12 (Rev. 2010) ACADEMIC FREEDOM AND CIVIL LIBERTIES OF STUDENTS AT HOFSTRA UNIVERSITY)

Since students rightly seek a voice in the determination of University policy, it is appropriate for the faculty to state its views regarding the proper freedom and responsibilities of university and college students. In the pursuit of knowledge, critical thinking, and understanding, the student must be viewed as an individual who is most likely to attain maturity if left free to make responsible personal decisions and to exercise the rights, as well as shoulder the responsibilities that this freedom entails, especially within the University community.

I. THE UNIVERSITY, THE COMMUNITY AND THE EDUCATIONAL PROCESS
Like all complex human enterprises, the American university is made up of many groups – students, faculty, several levels of administration, and boards of trustees – which will, at times, disagree on means as well as goals. The university also exists in a network of human relations with many other organizations and constituencies, including alumni, parents, legislatures, and various governmental agencies, which may desire to influence its policies. The university, which wishes to set an example of open-minded inquiry in its classrooms, will defeat its purpose if it denies the same right of inquiry to its students outside the classroom. The University should protect the student from, and resist itself, any pressures from within or without that would prevent or thwart freedom of inquiry. Open-minded inquiry, however, entails equally the burden of responsibility in and out of the classroom…

**FREEDOM FROM DISCRIMINATION**
(For the complete policy please refer to FACULTY POLICY SERIES #12B (Rev. 2010) IMPLEMENTATION OF II, B. FREEDOM FROM DISCRIMINATION)
Members of the faculty, administration, and student body of Hofstra University all share in the responsibility of preserving and upholding the principles of academic freedom as defined in Section II of Faculty Statutes and the Statement of Academic Freedom and Civil Liberties of the students of Hofstra University. The public expression of prejudice and bigotry toward any member of the University community because of race, color, religion, sex, sexual orientation, gender identity or expression, age, national or ethnic origin, physical or mental disability, marital or veteran status, or any other characteristic or status protected by state or federal laws and any unwarranted public accusations or charges against any individual or group within the University that might damage their character and reputation are a threat to the academic freedom of all members of the University community, and those most directly affected may seek redress of their grievances in the following manner…

71

**HARASSMENT POLICY**

(For the complete policy please refer to FACULTY POLICY SERIES #43 (Rev. 2015) HOFSTRA UNIVERSITY
HARASSMENT POLICY)

As an academic institution of higher learning, Hofstra University is dedicated to providing an environment
conducive to intellectual and personal growth, with all members of the community encouraged to participate to the
fullest extent of their abilities. For Hofstra, this means a firm institutional commitment to academic freedom as
defined in Section II of the Faculty Statutes. It also involves a commitment to norms of professional and
interpersonal respect ensuring that no individuals are subjected to harassment or discriminated against in any way
on the basis of race, color, religion, sex, sexual orientation, gender identity or expression, age, nation or ethnic
origin, physical or mental disability, marital or veteran status, or any other characteristic protected by state or
federal laws. These protected traits are referred to as "protected characteristics or beliefs" elsewhere in this Policy.

Harassment based on any of these characteristics is a form of discrimination prohibited by law and by Hofstra
University. Whenever a violation of this policy is brought to the University's attention through appropriate
channels or when the University otherwise becomes aware of a violation of this policy, prompt corrective action
will be taken. All members of the Hofstra community are encouraged to contact the appropriate University offices
if infringements of this policy come to their attention. Retaliation against anyone who files a complaint under this
policy or participates in an investigation is prohibited. Students have the opportunity to discuss their rights under
the Harassment Policy and available resources, such as counseling or academic support services, as necessary and
appropriate, with the Title IX Officer For Employee Matters.

**ABSENCES FOR RELIGIOUS OBSERVANCE**

Hofstra University recognizes that students and/or faculty may from time to time miss class due to religious
observances. Students who anticipate missing class for this reason should notify faculty members in advance. Likewise,
faculty members who anticipate missing class for religious observance should notify students in their classes.

As per Faculty Policy Series 12 (B):

"No student shall be expelled or refused admission to Hofstra University because the student is unable to participate
in any examination, study or work requirement because of the student's religious obligations and practices. However,
all students are expected to complete all assignments and examinations. It is understood that no adverse or
prejudicial effects shall result to any student who avails themselves of religious observances. The University,
faculty, and student shall work together to achieve a reasonable accommodation concerning any conflicts between
educational and religious obligations."

Faculty will publish notice of this policy in their syllabi and announce it during the first week of each semester,
and will further make reasonable efforts to avoid scheduling exams and/or due dates of assignments that would
otherwise interfere with religious observances of students.

Additionally, in accordance with New York State Law, each student who is absent from school because of religious
beliefs will be given an equivalent opportunity to register for classes or make up any examination, study or work
requirements which the student may have missed because of that absence on any particular day or days.

## SECTION VI: STUDENT RESOURCES

**Academic Records and Registrar, Office of**

The Office of Academic Records and Registrar is responsible for the maintenance of both undergraduate and graduate student academic records. If you have a question regarding registration, graduation, transcripts, enrollment verification, deadlines, or the final exam schedule, please contact the Office of Academic Records and Registrar.

Contact: Office of Academic Records and Registrar

Room 207 Memorial Hall, South Campus

516-463-8000, Option #2

**hofstra.edu/registrar**

**registrar@hofstra.edu**

**Alumni Affairs, Office for**

The Office for Alumni Affairs serves as the main link between Hofstra University and its more than 136,000 alumni who reside throughout all 50 U.S. states and in more than 100 countries. The staff works closely with the Hofstra University Alumni Organization, which is the official body through which former students can remain involved and connected with their alma mater. A variety of programs, affinity groups, regional clubs, events, and services enable alumni to continue to help Hofstra University and its current students, as well as fellow alumni.

Contact: Office for Alumni Affairs

Libby and Joseph G. Shapiro Alumni House, South Campus

516-463-6636

**hofstra.edu/alumni**

 **@HofstraAlumni**

 **@Alumni of Hofstra University**

 **facebook.com/hofstraalumni**

**Arboretum**

The Hofstra University Arboretum is a 35-year member of the American Public Gardens Association (APGA) and one of almost 100 universities and colleges in North America affiliated with that organization.

We have a collection of over 12,000 trees with 625 separate taxa. Guided group tours are available by appointment and can also be accessed during Fall Festival: Alumni, Student, and Family Weekend. Call the Office of Grounds and Landscaping at 516-463-6623. This year two separate tours are offered on May 5, along with lectures on the history of the tulip in the Netherlands and at Hofstra University.

In addition please visit **http://www.bestcollegereviews.org/features/most-beautiful-arboretums/** to read about Hofstra's ranking as the 16th most beautiful college arboretum in the nation.

Contact: Director of Grounds and Landscaping

Room 129 Physical Plant, South Campus

516-463-5924

**hofstra.edu/arboretum**

**Frederick.B.Soviero@hofstra.edu**

**Athletics**

Hofstra sponsors 21 intercollegiate sports, 11 for women and 10 for men, which compete at the NCAA Division I level in the Colonial Athletic Association (CAA) and the Eastern Intercollegiate Wrestling Association. Pride teams consistently enjoy a great deal of success, often winning conference championships and advancing to postseason play, with trips in recent years to the NCAA Tournament in softball, women's soccer, men's soccer, wrestling, and volleyball; the National Invitation Tournament (NIT) and College Basketball Invitational (CBI) in men's basketball; and the Women's National Invitation Tournament (WNIT) in women's basketball.

Hofstra University hosts approximately 150 intercollegiate athletic events annually at its numerous facilities. Students, faculty, and staff are admitted free of charge to all regular season home athletic events.

Contact: Hofstra Athletics
David S. Mack Sports and Exhibition Complex – Ticket Office, North Campus
516-HOF-TIXX
**GoHofstra.com**

 **facebook.com/HofstraPride**

 **@HofstraPride**

 **@HofstraPride**

**Banking**

Hofstra University does not have a preferred bank. Automatic teller machines provided by JPMorgan Chase and NEFCU are also available in the Mack Student Center. Additionally, a Citibank ATM is located across from the Axinn Library entrance, and a NEFCU ATM is located within Dutch Treats.

Bank of America
3 Main Street, Hempstead, NY 11550 • 1-800-432-1000 • bankofamerica.com

Capital One
877 Stewart Avenue, Garden City, NY 11530 • 516-222-9293 • capitalone.com

Chase
450 Stewart Avenue, Garden City, NY 11530 • 516-294-2030 • chase.com

Citibank
410 Uniondale Avenue, Uniondale, NY 11553 • 516-874-0333 • citibank.com

HSBC
147 7th Street, Garden City, NY 11530 • 1-800-975-4722 • ushsbc.com

M + T Bank
845 Franklin Avenue, Garden City, NY 11530 • 516-535-2020 • mtb.com

NEFCU
1000 Corporate Drive, Westbury, NY 11590 • 516-561-0030 • 800-99-NEFCU • mynefcu.org

Santander Bank
998 Franklin Avenue, Garden City 11530 • 516-873-0003 • Santanderbank.com

M + T Bank
845 Franklin Avenue, Garden City, NY 11530 • 516-535-2020 • mtb.com

## Bookstore, Hofstra University

The Hofstra University Bookstore (A Service of Barnes & Noble) stocks new, used, digital, and rental textbooks for all Hofstra classes. We price match new, used, and rental used textbooks with Amazon and bn.com. Details can be found on our website and in-store. We also carry Hofstra apparel and gifts, greeting cards, school supplies, dorm supplies, snacks, toiletries, and study aids. The Bookstore accepts Barnes & Noble gift cards, MasterCard, Visa, Discover, American Express, Dutch Debits, cash, and personal checks.

 **facebook.com/hofstrabookstore**

 **@hofstrabooks**

 **@hofstrabookstore**

Contact: Hofstra University Bookstore
Mack Student Center, North Campus
516-463-6654
**hofstra.bncollege.com**

## Campus Recreation, Department of

The Department of Campus Recreation offers a wide variety of sport activities, fitness programs, and recreational facilities for the entire campus community. The office, located in the David S. Mack Fitness Center, is on North Campus, east of Colonial Square.

The mission of the Department of Campus Recreation is to provide a welcoming environment that educates the campus community on the value of a healthy lifestyle and enhances the physical well-being of all, particularly students. We collaborate with the University community to offer diversified recreational programs along with premier facilities that encourage active participation and engagement in both a formal and informal setting.

We encourage participation through:
• Club sports
• Group exercise classes
• Intramural sports
• Recreation events
• Spirit Support

The department offers a wide variety of intramural leagues and special events that students can participate in throughout the year. These programs provide a unique opportunity for the Hofstra community to play in recreational and competitive sports leagues and tournaments in an organized environment. The intramural sports offerings include basketball, flag football, floor hockey, soccer, softball, and volleyball. There are also special events throughout the year, with the most popular being "Hofstra's Strongest" competition, dodgeball and table tennis tournaments, NCAA March Madness Tournament Bracket Challenges, and Zumba events.

The department also supports 25 club sports: badminton, baseball, billiards, bowling, crew, equestrian, ice hockey, men's lacrosse, men's rugby, men's soccer, men's ultimate Frisbee, powerlifting, quidditch, rock climbing, roller hockey, running, ski and snowboard, softball, tennis, volleyball, women's lacrosse, women's rugby, women's soccer, women's ultimate Frisbee, and yoga. Clubs provide high-quality competitive and recreational sport opportunities and enhance collegiate and educational experiences. The competitive aspect of club participation allows members to compete against other intercollegiate sport teams, while the recreational aspect offers members the chance to enhance their skills in a sport activity.

Hofstra University Spirit Support is overseen by the Department of Campus Recreation and is a unique and exciting association composed of Cheerleaders, Dance Team, Pep Band, and the Mascots. The major role of Spirit Support is to increase spirit and student involvement at Hofstra University campus-wide events. Although its main purpose is to support Hofstra's athletic teams, Spirit Support is also active in the community and at special events.

This commitment is a strong indication of the unity so common among Hofstra students. Participating in these activities is a great way to become active on campus, meet fellow students, and increase your leadership and co-curricular involvement at Hofstra University.

Finally, group exercise classes are taught daily at our beautifully designed David S. Mack Fitness Center. The classes – Cycle, Yoga, Zumba, Hardcore Abs, HIIT (High Intensity Interval Training) Bootcamp, and Cardio Kick – are taught by caring, certified instructors who are dedicated to helping individuals reach their fitness goals. Registration for classes is available online through the Hofstra portal by visiting **hofstra.edu/fitcenterclasses**.

The David S. Mack Fitness Center includes:
- 63 state-of-the-art cardio pieces
- 50+ Cybex strength training pieces
- ADA-certified circuit
- Cycle studio
- Yoga/Pilates studio
- Aerobics studio
- Indoor track
- Lounge and computer station
- Six basketball hoops

Students are encouraged to utilize the fitness facilities on campus, participate in the many recreational programs offered, and live a healthy lifestyle. The David S. Mack Fitness Center is open Monday through Thursday, 6 a.m. to midnight; Friday, 6 a.m. to 8 p.m.; Saturday 10 a.m. to 8 p.m.; and Sunday, 10 a.m. to 10 p.m. A valid HofstraCard is required at all times upon entry.

Contact: Department of Campus Recreation
David S. Mack Fitness Center, North Campus
516-463-4037
**hofstra.edu/recreation**

 **facebook.com/HofstraRec**

 **@hofstrarec**

 **@hofstrarec**

 **@hofstrarec**

**Career Center, The**
The Career Center helps students explore, prepare, connect, and share. We do this by providing services that empower students to develop and pursue career-related goals and have the benefit of meaningful practical experiences. Additionally, we support the goals and initiatives of our outside employers and campus partners, as we view their work as parallel to our own.

We offer one-on-one counseling services, in-person and online workshops to groups (classes, student organizations, etc.), career fairs, creative networking events to connect students with alumni and other professionals, field trips to a variety of companies, collaboration with departments and campus partners, and much more.

Hofstra is part of the University Career Action Network, a consortium of schools that collaborates to connect students with high-quality internship opportunities. Other schools in this consortium include Harvard University, Princeton University, University of Notre Dame, and Wake Forest University.

In addition to our personalized counseling services and workshops, we offer a variety of online resources for students, all of which are available through the Hofstra Career Hub (**hofstra.edu/careerhub**). Resources include the following:

• Handshake, where more than 7,500 jobs and internships are posted annually
• ASK – Alumni Student Konnection, a database of more than 600 alumni volunteers

76

• GoinGlobal, a resource to help students locate and prepare for international employment opportunities

• ArtSearch, a resource for students interested in theater and arts opportunities

• *Hofstra Career Guide*, which includes résumé and cover letter samples, tips on interviewing, and career exploration resources.

All students are encouraged to connect with us from the beginning of their time at Hofstra, and appointments can be scheduled through Student Success CONNECT on the Hofstra portal or by calling our office.

Contact: The Career Center
M. Robert Lowe Hall, South Campus
516-463-6060
hofstra.edu/career
careercenter@hofstra.edu

  @hofstracareer

 facebook.com/hofstracareercenter

Read our blog at careercenter.blog.hofstra.edu

## Center for Academic Excellence

The Center for Academic Excellence (CAE) is dedicated to helping students achieve success in their academics and overall college experience. The CAE promotes improved academic performance and student persistence through strategies that lead to active learning, engagement, and self-regulation. The CAE staff work closely with students, faculty, and other departments within the Division of Student Affairs and throughout the University to proactively and efficiently identify and implement strategies to bolster students' academic and personal success. Academic Success Programs (ASP), including the Undergraduate Tutorial Program (UTP), are available to all enrolled undergraduate students. One of the keys to academic success is learning to ask for help early and using the resources that are available on our campus.

### Academic Success Programs

As part of our Academic Success Programs (ASP), Hofstra University offers individual and group tutoring for undergraduate students in nearly every subject, free of charge, through the Undergraduate Tutorial Program (UTP). The UTP is internationally certified by the College Reading and Learning Association (CRLA). Peer tutors who lead the tutorial sessions are in excellent academic standing and have shown proficiency in the subjects they tutor. Students may request one-on-one sessions with tutors and/or participate in small group sessions. Tutorial support for biology, chemistry, astronomy, physics, and computer science are provided in the form of small group sessions only. Students can receive tutoring for 2 hours per class in up to three classes per week. The Undergraduate Tutorial Program is intended for all undergraduate students, regardless of their academic standing, to sharpen their skills. Students interested in requesting a tutor can schedule appointments via the **my.hofstra.edu** portal using Student Success CONNECT.

In addition, ASP offers a variety of student success workshops throughout the year. For more information about those programs or the UTP, call 516-463-2000, visit **hofstra.edu/utp**, or stop by the third floor of the Axinn Library, South Campus.

## Center for University Advising

Hofstra University's comprehensive advising system supports students from orientation through graduation, helping them stay on track and adjust to new academic expectations. When students arrive for orientation, they are assigned an advising dean from the Center for University Advising (CUA). This dean serves as the student's non-major advisor throughout the student's time at Hofstra, and provides advice about goal-setting, academic planning, course selection, and major exploration. In addition, a student's advising dean can suggest extracurricular activities that will

complement a student's academic interests. Advising deans also connect students with on-campus resources and help students who are having difficulty in a class to find the assistance they need. When students declare a major, they also work closely with a faculty advisor in their academic department for all concerns related to their major. Faculty or major advisors help students plan their course of study, and also act as mentors as students explore a discipline, consider opportunities for research or graduate studies, or contemplate future careers.

The CUA also assists students who are considering advanced studies in either law or health-related professions, such as medicine, dentistry, nursing, optometry, podiatry, or veterinary medicine. Such students should express their interests in these professions to their assigned advising dean as soon as possible in order to begin planning for the various requirements necessary for entering these kinds of programs.

Information regarding days and times of Quick Question Hours is available at **hofstra.edu/student affairs/advise_contact.html**.

### Degree Audit
The degree audit provides students with a list of requirements that must be completed in order to earn a Hofstra University degree. The degree audit is available to students on the Hofstra portal (**my.hofstra.edu**), and students should use it to review their requirements before meeting with a faculty advisor or advising dean in the Center for University Advising to plan schedules for the upcoming semester.

Contact: Center for University Advising
Room 101 Memorial Hall, South Campus
516-463-6770
**hofstra.edu/cua**

 **facebook.com/hofstraCUA**

 **@hofstraCUA**

 **@hofstraCUA**

## Community Standards, Office of
The Office of Community Standards is responsible for the development and oversight of Hofstra's Code of Community Standards, which outlines the rights and responsibilities of all student members of the Hofstra community. The Community Standards staff works with students who have violated University policy to encourage and support better decision-making skills and personal choices. The staff also provides guidance to students who report a violation of their student rights.

Students are expected to take an active role in encouraging all members of the community to maintain Hofstra's behavioral standards. Residential students, in particular, are expected to take a shared responsibility in developing behavioral expectations and in monitoring and enforcing these expectations within their floor/house/residence hall.

The Office of Community Standards works closely with Residence Life, Public Safety, and a number of other departments to uphold community standards and carry out the student conduct process in a manner that respects both the rights of the individual and those of the community at large. If a student violates these standards, Hofstra University may take appropriate disciplinary action.

The Code of Community Standards not only outlines proper conduct, but it also illustrates all the policies and procedures in our student conduct process. Students charged with violating University policy may face sanctions as a result of their actions. A complete version of the Hofstra University Code of Community Standards is available here in the *Guide to Pride* and can be found at **hofstra.edu/guidetopride**.

### Hearing Boards
Hearing boards have been established to allow students to respond to charges alleging that they have violated one or more of Hofstra's Student Conduct Codes. Students charged with a violation of community standards may accept responsibility for their actions or bring their case to a hearing board for review. Those students who opt for a conduct hearing may choose to have their case heard by an Administrative Hearing Board (consisting of a panel of three administrators) or a Student Hearing Board (consisting of a panel of four to

eight students). Hearing board members are knowledgeable with regard to all University policies and codes, and are trained to evaluate the facts of a case to determine if a student's behavior violates Hofstra's Code of Community Standards. If you are interested in becoming a member of the Student Hearing Board, please contact the Office of Community Standards.

Contact: Office of Community Standards
Room 240 Mack Student Center, North Campus
516-463-6913
**hofstra.edu/community standards**
**hofstra.edu/conductboard**
**communitystandards@hofstra.edu**

**Commuting Student Services and Community Outreach, Office of**
The Office of Commuting Student Services and Community Outreach supports commuting students both academically and socially. This office also promotes civic engagement through community service opportunities for the student body to foster positive relationships with our community. The staff seeks to assist students in learning how to live safely, successfully, and independently in communities that surround the University. All first-year commuting students are assigned a Commuter Peer Mentor, whose role is to help them successfully transition to life at Hofstra by serving as a knowledgeable resource and encouraging students to get involved on campus through clubs, organizations, community service, and on-campus employment.

The Office of Commuting Student Services and Community Outreach:
• Assesses the needs of the commuting student population.
• Encourages all students to get involved on campus through clubs and organizations, sports teams, intramurals, and student employment.
• Ensures that students are aware of University resources and facilitates access to all Hofstra University has to offer.
• Ensures – by way of the Commuter Student Association – that the commuting student voice is heard and recognized across all University departments.
• Provides information on the community and local resources.
• Creates partnerships with our community.
• Offers local grassroots community service opportunities such as Shake-A-Rake, and Pride and Plant.
• Strives to address the needs of our surrounding community.

Contact: Commuting Student Services and Community Outreach
Room 221 Mack Student Center, North Campus
516-463-3469
**commuters@hofstra.edu**
**hofstra.edu/commuting**

**Dean of Students Office**
In order to help students reach their academic, professional, and personal goals, the Dean of Students Office directly supports the staff members who direct the following offices:
• Campus Recreation
• Community Standards
• Commuting Student Services and Community Outreach (which includes Community Service)
• HofstraCard Services
• The Interfaith Center
• Residence Life
• Student Advocacy and Prevention Awareness
• Student Leadership and Engagement (which includes Orientation and New Student Programs, Intercultural Engagement and Inclusion, LGBTQ+ Programming and Advocacy, and Fraternity and Sorority Life)

The Office of the Dean of Students fosters an inclusive environment that encourages holistic student engagement, development, and success inside and outside of the classroom for each undergraduate and graduate student (professional students in the Deane School of Law and Zucker School of Medicine have their own student support administrative offices). Through developing and providing programs and services that assist in creating a strong campus community in which people from all cultures, backgrounds, and perspectives feel welcome and celebrated, we encourage students to become active citizens of Hofstra, the local community, and the world.

The Dean of Students Office promotes responsible and ethical decision-making that demonstrates integrity and respect for self and others. The office assists current students in managing their time at Hofstra and understanding the expectations and community standards they are required to uphold as they navigate their educational pathway. The Dean of Students Office advocates for students and is an administrative ally to students as they explore social, academic, and extracurricular engagement on campus.

Contact: Office of Dean of Students
Room 243 Mack Student Center, North Campus
516-463-6913
**deanofstudents@hofstra.edu**

### Dining on Campus

### Dining Plans
Campus Dining by Compass Group delivers a high-quality food service program to our community. Hofstra offers students flexible dining plans that fit their busy schedules and help them stay within budget. With a variety of locations and convenient hours, students can connect, refuel, and save time and money with one of our dining plan options. Plus, all purchases made with a student's dining plan are sales tax-free!

All declining balance dining plans come with a predetermined number of points (dollars), and can be used in any dining facility on campus. Points are deducted from the student's account each time a purchase is made. If students run low on points, they can easily add points by logging in to the Hofstra portal (click on Hofstra Online and under the Student Services tab, click on Make a Deposit to HofstraCard). It is a condition of residency that all students living on campus must select a dining plan. First-year residential students select dining plan 7, 6, or 5. Returning residential students may select any dining plan except plan 1, which is designated for commuting students. Please visit **hofstra.edu/dining** for details on dining plan options, including cost (rates are subject to change). Points are nonrefundable and nontransferable.

Fall semester points may be used from the beginning of the fall term through the January Session. Unused fall semester points are carried over to the spring semester provided the student purchases the same plan as the fall semester or one of higher value. Students have the first three weeks of each semester to make any changes to their dining plan, i.e., to upgrade or downgrade. Spring semester points may be used only during the spring semester. All unused points are forfeited at the end of the spring semester. Please refer to the dining plan contract for exact dates. All students (residential and commuting students) can sign up for a dining plan through the Hofstra portal at **my.hofstra.edu** (select Hofstra Online, then select Dining Services Contract under the Dining Services section, and follow the instructions).

Students and parents may add dining points at any time by visiting **hofstra.edu/hofstracard**. If a student wishes to change or cancel their dining plan, the student must contact the Office of Residence Life and complete a Dining Plan Change/Cancel form.

Dining plans and their prices are listed at **hofstra.edu/dining** (click on Dining Plans). Students are able to choose from a variety of campus dining locations, all of which accept the HofstraCard. Dining locations include the Student Center Café, Café Bistro at Bits & Bytes, Hof USA, Dutch Treats (on-campus 24-hour convenience store), Au Bon Pain, Cyber Café, Einstein Bros. Bagels, Brooklyn Slice Pizza, Eli's Kosher Kitchen, Freshens, Revolution Noodle & Sushi, Axinn Library Café, Dunkin' Donuts on the Quad, and Law School Gavel & Spoon, Student Center Starbucks, Red Mango, Zucker School of Medicine Café, and Netherlands Café. Designated dining locations may be closed during holidays or when classes are not in session. Dining locations and hours are listed at **hofstra.edu/dining** (click on Dining Hours).

There are special food options available on campus. Eli's Kosher Kitchen, located in the Mack Student Center, provides hot and fresh kosher food. In addition, prepackaged kosher food is available at most locations every day of the week. Vegan and gluten-free options are labeled and available at most eateries.

**Dutch Debits**

Hofstra University offers a general declining balance account called Dutch Debits. The amount of each purchase is automatically deducted from the total balance. Please note that Dutch Debit points cannot be used at the dining locations on campus. Dutch Debits can be used at the Bookstore, Student Health and Counseling Center, Computer Repair Center, and at certain events held on campus. Existing points from the fall carry over to the spring, but all unused points are forfeited at the end of the spring semester. In addition, once credited to an account, Dutch Debits are nonrefundable and nontransferable, so please anticipate costs carefully.

The easiest way to add a Dutch Debits account by credit card is by visiting **hofstra.edu/dddeposit**. If you wish to pay by cash, check, or money order, you can visit HofstraCard Services, located in Room 110 Mack Student Center, North Campus. If you are in need of further assistance, please call HofstraCard Services at 516-463-6942 (option 6 for a representative).

**Dietary Needs**

At Hofstra, our continuing promise is to offer quality dining options, paying special attention to nutritional content. Hofstra students have access to a registered dietitian/nutritionist. If students have any questions or concerns regarding their nutritional needs, they can visit **hofstra.edu/dining** (click on Meet our Dietitian).

In addition, Hofstra's registered dietitian provide assistance with gluten intolerance diets.

We understand the growing concerns students have with regard to healthful eating and body image. Nutritional analyses are provided for many of the items served on campus, and organized health and wellness workshops, conducted by the nutritionist, are offered to students regularly. Hofstra remains at the forefront of the balanced life and wellness movement, providing organic, healthful alternatives to our students.

**EdTech**

The EdTech Department, under the umbrella of Information Technology, provides students with a wide array of technology support services. The Student Technical Support Center and Computer Repair Center are located in the back of Hammer Lab (Room 125 Axinn Library), the University's 24-hour computer lab. Learning Support, located in Calkins Lab, provides support for learning with a variety of digital tools. All software available on campus is supported. One-on-one tutorials can be scheduled, and group sessions are available.

Contact: EdTech
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/edtech**

**Computer Labs**

EdTech supports two (2) open-access campus labs: Hammer Lab and Calkins Lab. With a valid HofstraCard, students can access these labs equipped with Windows and Mac workstations and printers (including 3D printing), as well as electrical outlets for those who choose to work with their own mobile devices. Hammer Lab, the University's 24-hour computer lab, also has a secure phone charging station. Hammer and Calkins labs facilitate collaboration, providing space and equipment for groups to come together to work on projects. Further, these open-access labs have staff that can help with technical inquiries, conduct training sessions, and provide other services. In addition to the open-access labs, there are approximately 28 academic computer labs on campus for specific areas of study.

Contact: Student Technical Support Center
Hammer Lab, Room 125B Axinn Library, South Campus
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/edtech-labs**

## Computer Repair Center

The EdTech Computer Repair Center, which is available to the entire Hofstra community, offers out-of-warranty repairs at competitive rates on all major brands, and vendor-certified technicians provide in-warranty repairs for most Lenovo and Apple computers. Hardware and software upgrades, data backup, and virus/malware cleanup are among the many services offered.

Contact: Computer Repair Center
Hammer Lab, Room 125G Axinn Library, South Campus
516-463-0331, Option #1
**repair@hofstra.edu**
**hofstra.edu/repaircenter**

## HofstraVision

Hofstra's digital TV service provides resident students with access to a mix of standard and high-definition channels, including HBO. Students can stream television programming to their phone, tablet, or Fire TV using the Stream2 app or connect a television, equipped with a clear QAM-capable tuner, to Hofstra's cable TV network. Resident students also have access to a catalog of HBO content through HBO GO.

Contact: Student Technical Support Center
Hammer Lab, Room 125B Axinn Library, South Campus
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/hofstravision**

## Portal and Email Accounts

The Hofstra portal (**my.hofstra.edu**) provides access to important information and services. Students can register for courses, pay tuition bills, and view their personal, academic, and financial information. Other services available through the portal include email, software downloads, printing services, secure file storage, and Blackboard. Use of the Hofstra network, email account, and all other Hofstra computing facilities is subject to Hofstra University's *Computer Networks Acceptable Use Guidelines*, copies of which are available at **hofstra.edu/computeracceptableuse**.

Contact: Student Technical Support Center
Hammer Lab, Room 125B Axinn Library, South Campus
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/myaccounts**

## Print Services (PridePrint)

PridePrint enables students to print and make paper copies almost anywhere on campus 24/7. There are over 50 PridePrint stations in over 30 locations around campus.

Contact: Student Technical Support Center
Hammer Lab, Room 125B Axinn Library, South Campus
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/prideprint**

**Student Tech Support**

EdTech's Student Technical Support Center can assist with almost any technical issue. The support center is staffed with knowledgeable and professional full-time and student employees who can assist with the following services and much more:

- General computer questions and problems
- Connecting devices to Hofstra's wireless and wired network
- PridePrint
- Hofstra portal (**myhofstra.edu**)
- Blackboard (Hofstra's learning management system)
- Pride email (Student Google accounts)

Contact: Student Technical Support Center
Hammer Lab, Room 125B Axinn Library, South Campus
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/edtech-students**

**Wi-Fi (Wireless Internet) Services**

Wireless internet access is deployed extensively around campus. Wireless is available in most indoor spaces and common areas, including the athletic fields, the Mack Sports and Exhibition Complex, Shuart Stadium, and in all of the residence halls.

Contact: Student Technical Support Center
Hammer Lab, Room 125B Axinn Library, South Campus
516-463-7777, Option #1
**studenthelp@hofstra.edu**
**hofstra.edu/myaccounts**
**hofstra.edu/wireless**

**Event Management, Office of**

Recognized student organizations and campus departments can request the use of campus space and audio and visual services through the Office of Event Management.

Contact: Office of Event Management
Room 112 Mack Student Center, North Campus
516-463-6631
**hofstra.edu/oem**
**eventmanagement@hofstra.edu**

**Festivals**

Each year the Hofstra University campus hosts festivals celebrating the food, traditions, culture, and art of Ireland and Italy. For current dates and information, please visit **hofstra.edu/festivals**.

Contact: Office of Event Management
Room 104B Mack Student Center, North Campus
516-463-5067
**hofstra.edu/festivals**
**festivals@hofstra.edu**

**HofstraCard Services, Office of**

The HofstraCard is a student's Hofstra University photo identification and serves many functions. Students must carry it at all times to present to University officials upon request. In addition to being an ID card, the HofstraCard is used to gain access to Hofstra's residence halls, the Mack Fitness Center, the Swim Center, technology labs, and the Library. A student's HofstraCard is also a tool used to access their dining plan; PridePrint services; and Dutch Debits, an optional debit account. Many off-campus stores, restaurants, and miscellaneous places such as movie theaters offer student discounts, so students should make sure they present their HofstraCard to take advantage of this perk!

HofstraCard Services also offers free professional headshot, as well as provides passport photo services. Students may purchase a set of two printed passport photos or the digital image file of the photograph. Photos can be taken and processed in the office immediately, or digital images can be sent to the student's specified email address.

Students can deactivate a lost card anytime by logging in to the Hofstra portal (**my.hofstra.edu**). Students can obtain a new HofstraCard by visiting Room 110 Mack Student Center, North Campus. Please note that there is a $25 replacement fee for lost cards.

Contact: Office of HofstraCard Services
Room 110 Mack Student Center, North Campus
516-463-6942
**hofstra.edu/hofstracard**
**hofstracard@hofstra.edu**

**Hofstra Cultural Center**

The Hofstra Cultural Center (HCC) is an internationally renowned organization that includes a conference and symposium component, a music and theater component, and the publication of the proceedings of its conferences and symposia. The activities of the Hofstra Cultural Center augment the offerings of the academic departments of the University. The conference and symposium component develops educational programs related to the cultural and interdisciplinary experience of students, faculty, staff, alumni, and international scholars, and plans and coordinates conferences/symposia in the fields of the humanities, business, law, and the sciences to promote the University as an international arena of scholarly thought and to foster Long Island as a cultural entity. The HCC has sponsored more than 150 conferences and has won international recognition for its Women's Writers Conferences and for its Presidential Conference Series, which started in 1982 with the Franklin D. Roosevelt Centennial Conference and continued thereafter with conferences on Harry S. Truman, Dwight D. Eisenhower, John F. Kennedy, Lyndon Baines Johnson, Richard Nixon, Gerald R. Ford, Jimmy Carter, Ronald Reagan, George H.W. Bush, William Jefferson Clinton, and George W. Bush.

A series of conferences on popular culture personalities have included conferences on Babe Ruth, Frank Sinatra, Bing Crosby, Louis Armstrong, George Gershwin, James Bond, the New York Mets, and Soccer as the Beautiful Game. Conferences have focused on John Steinbeck, the 300th anniversary of the founding of St. Petersburg, *Don Quixote*, Primo Levi, Jean Cocteau, Margaret Thatcher, Oscar Wilde, F. Scott Fitzgerald, the 150th Anniversary of the Emancipation Proclamation, and Foucault 2014: Beyond Sexuality. The music component of the Hofstra Cultural Center includes the Joseph G. Astman International Concert Series and special musical events presented in conjunction with its conferences and symposia.

Contact: Hofstra Cultural Center
Room 108 Monroe Hall, South Campus
516-463-5669
**hofstra.edu/culture**
**hofculctr@hofstra.edu**

 **facebook.com/hofculctr**

 **@hofculctr**

**Hofstra University Museum of Art**

The Hofstra University Museum of Art is the only museum in the region accredited by the American Alliance of Museums. The permanent collections house more than 5,000 works of art in varied media dating from the ancient to the contemporary, and includes American artists of the 18th through 21st centuries. Open year-round to the public with free admission, the Museum mounts four to six original exhibitions each year and comprises two wheelchair-accessible galleries: Emily Lowe Gallery (behind Emily Lowe Hall, South Campus) and David Filderman Gallery (Axinn Library, Ninth Floor, South Campus). The Museum engages with students through class visits and activities and offers public programs to more than 32,000 visitors in the form of lectures, symposia, and workshops. In addition, the Museum cares for approximately 70 outdoor sculptures installed on the University's 244-acre campus.

Contact: Hofstra University Museum of Art

Emily Lowe Gallery, Behind Emily Lowe Hall, South Campus

David Filderman Gallery: Joan and Donald E. Axinn Library, Ninth Floor, South Campus

516-463-5672

**hofstra.edu/museum**

 **facebook.com/hofstrauniversitymuseum**

 **@HU_Museum**

 **@hofstrauniversitymuseum**

**HX Salon**

HX Salon offers a full line of salon services, including haircutting, styling, permanent waving, curl relaxing, highlighting, hair coloring, facial waxing, manicures/tips, silk wraps, and acrylic tips. Hair care products are also available. The salon is staffed by fully licensed and experienced technicians.

Contact: HX Salon

Room 266 Mack Student Center, North Campus

516-463-7647

**hofstra.edu/salon**

**Intercultural Engagement and Inclusion**

The Intercultural Engagement and Inclusion staff works closely with students, faculty, and administrators to develop programs and initiatives that allow members of the campus community to explore identity, enhance intercultural competence, and develop skills to build an inclusive campus climate. Coordinating cultural-themed heritage months for the University, the staff is responsible for planning and implementing cultural awareness and diversity education programming for the community at Hofstra. In addition, the staff creates programming focused on LGBTQ+ awareness and advocacy.

Contacts: Intercultural Engagement and Inclusion

Room 263 Mack Student Center, North Campus

516-463-6957

**hofstra.edu/iei**
**iei@hofstra.edu**

**Interfaith Center**

The Catholic, Jewish, Muslim, and Protestant chaplains at Hofstra University work closely with one another and with students to offer a wide variety of exciting programs. Activities include social events, dinners, religious services, holiday celebrations, guest speakers, community service projects, informal discussions, study groups, regional and national conferences, and retreats. The chaplains are also available for religious guidance and informal personal and academic counseling.

**Catholic Community**

Catholic Chaplain: Father Joseph Scolaro

The Catholic Campus Ministry at Hofstra serves to support a community of faith on campus based on the traditions and values of the Roman Catholic Church. Catholic Campus Ministry is dedicated to the holistic enrichment of its students through spirituality, service, and fellowship. Students have the opportunity to learn about and live out their faith in an open environment among their peers. All students are welcome to participate in our regular programs consisting of retreats, international and local mission trips, volunteer opportunities, Bible study, prayer groups, and social activities. Weekly masses are offered on Sunday at 6 p.m. and Wednesday at 9 p.m. in the Greenhouse on the lower level of the Mack Student Center, and all members of the Hofstra community are welcome to worship.

**Jewish Community**

Jewish Chaplain: Rabbi Dave Siegel

Hofstra Hillel: The Center for Jewish Life on Campus enriches the lives of Hofstra's Jewish students so that they may enrich Jewish people and the lives of others. Hillel creates a pluralistic, welcoming, inclusive environment for Jewish students, and sponsors a wide variety of programs and opportunities, including free weekly Shabbat dinners, social activities, the celebration of Jewish holidays, social justice projects, informal Jewish learning, trips to Israel, leadership experiences, and internships. Programs are open to all members of the Hofstra community.

**Muslim Community**

Muslim Chaplain: Seemi Ahmed

The Muslim Chaplain's Office works closely with the Hofstra Islamic Organization, Muslim Students Association (MSA), and Hofstra faculty and staff to organize weekly Jumuah prayers, Quranic studies, and celebrations of Islamic holy days such as Eid-al-Fitr and Eid-al-Adha. The Muslim community also commemorates other Islamic events, such as the fasting month of Ramadan, Al-Isra and Al Miraj, and the Islamic New Year of Hijra. Following Islamic traditions, the Muslim Chaplain's Office encourages interfaith dialogue and interaction through social and cultural events for better understanding among students and staff members. The Muslim Chaplain's Office also provides counseling to students and staff.

**Protestant Community**

Protestant Chaplain: Reverend Joyce P. Brandon Dugger

The Protestant community at Hofstra is a fellowship of students, faculty, and staff who come together to develop relationships and grow in their spiritual journey as Christian disciples. We have weekly fellowship meetings on Wednesday, worship services on Sunday evenings, and Bible study on Friday evenings. In addition, throughout the semester, we offer pastoral counseling, workshops, and biblical life coaching. We also participate in community service projects. Programs are open to the entire Hofstra community.


**International Student Affairs**

Serving more than 1,300 international students from more than 70 different countries, International Student Affairs provides a variety of programs and services to meet the unique needs of our international student population. The International Student Affairs staff encourages international students to make the office one of their "homes away from home." The staff provides comprehensive immigration support, including producing the immigration documents needed to study in the United States, helping international students understand and maintain their lawful status, and aiding them with authorization paperwork for off-campus employment during their studies and post-graduation.

The staff also offers a variety of transition programs and services to aid the international student community with their academic, social, and cultural adjustment. One such program is International Student Orientation, which provides new international students with information on immigration, academic requirements, required health insurance, and the numerous other services and resources available at Hofstra. Each undergraduate international student is assigned a global mentor, who offers peer-to-peer support during the international student's first semester at Hofstra.

Contact: International Student Affairs
Room 202 Roosevelt Hall, South Campus
516-463-6796
**hofstra.edu/isa**
**international@hofstra.edu**

 **facebook.com/WorldatHofstra**

## Language Learning Center

The Language Learning Center (LLC) is both an on-campus and online resource that offers a variety of opportunities and resources to students learning world languages and English as a Second Language (ESL). The LLC provides Hofstra students and faculty (within a password-protected environment) seamless internet access to audio and video language resources in Arabic, Chinese, ESL, French, German, Hebrew, Italian, Japanese, modern Greek, Russian, Spanish, and Swahili. Although the LLC is both an on-campus and online resource, many students find it more convenient to complete their language homework assignments at the on-campus facility, where they find a quiet study environment with state-of-the-art resources.

Contact: Language Learning Center
207 Calkins Hall, South Campus
516-463-5653
**HCSlang@hofstra.edu**
**hofstra.edu/LanguageLearningCenter**

## Library, Joan and Donald E. Axinn
The Joan and Donald E. Axinn Library contains 620,000 print volumes and provides 24/7 online access from campus or home to more than 150,000 full-text journals, nearly 80,000 streaming videos, and 175,000 electronic books. Renovated facilities provide modern spaces for group and individual study, along with a coffee bar and space for meeting friends.

Contact: Joan and Donald E. Axinn Library, South Campus
Reference Desk: 516-463-5962

## Lockers
Lockers are provided free of charge and are located on the second floor of the Mack Student Center. Lockers are available for registered students and are distributed through an application process. All commuting students are welcome to apply. Locker applications will be available the first week of each semester, and students must reapply each semester. Students will be notified via email if they will receive a locker and must visit the Office of Commuting Student Services and Community Outreach to receive their locker assignment and sign the agreement form. Lockers must be thoroughly cleaned and all belongings removed on the last day of finals every semester; after this date, locks will be cut and all items will be discarded. Applications are available on the Commuting Student Services and Community Outreach website listed below. For more information, please contact the Office of Commuting Student Services and Community Outreach.

**Contact:** Off-Campus Living and Community Outreach
Room 221 Mack Student Center, North Campus
516-463-3469
**hofstra.edu/commuting**
**commuters@hofstra.edu**

**Mail**

The Student Post Office, located on the lower level of the Hofstra University Bookstore, Mack Student Center, North Campus, provides basic mail services. Student Post Office transaction hours for the academic year are Monday through Thursday, noon-5 p.m., and Friday, noon-3:45 p.m. Pickup hours are Monday through Thursday, noon-6:15 p.m.; and Friday and Saturday, noon-3:45 p.m. (Summer and holiday hours may vary; call the Student Post Office for information.)

The U.S. Postal Service (USPS) delivers letters and packages that do not require a student's signature directly to the residence halls Monday through Saturday. All packages delivered to the residence halls, regardless of size, are left in the Resident Assistant (RA) Office. Students receive a package slip in their mailbox that informs them they can pick up their package when an RA is on duty in the office each evening between 6 and 9 p.m. In order to pick up a package, students must show their HofstraCard and sign for the package.

The USPS, as well as couriers such as FedEx and UPS, delivers letters and packages that require a student's signature to the Student Post Office Monday through Friday. The Student Post Office then notifies the student (via an email to the student's Hofstra Pride account) that there is a letter or package waiting for pickup. A student must present a valid HofstraCard at the Student Post Office in order to claim a letter or package. When the Student Post Office is closed, students can pick up letters or packages at the Hofstra University Bookstore, beginning at 11 a.m., until the close of business Monday through Saturday, with the assistance of any Bookstore employee.

Weekend deliveries (by the USPS or courier) of letters and packages that require a signature are held for delivery to the Student Post Office until Monday morning. Students can pick up such signature-required mail on Saturday or Sunday, with a valid HofstraCard, at the David S. Mack Public Safety and Information Center, South Campus.

Letters and packages that require a student's signature and are not claimed by the end of each semester will be returned to the courier (per respective policies). Once the student's academic tenure at the University is over, all unclaimed packages are removed from campus. All questions regarding student mail should be directed to the Office of Residence Life.

A blue USPS mailbox is located at the entrance of Hofstra USA.

Contact: Student Post Office
Sondra and David S. Mack Student Center, Lower Level, North Campus
516-463-6313


**Music Library**

Augmenting the Music Reference and Circulating collections at the Axinn Library, the Music Library's collection of books, scores, periodicals, and sound recordings supports the curriculum of the Department of Music and provides material for general use by the Hofstra community. Books and scores may circulate outside the library; recordings do not, but can be used in the listening room. A current and valid HofstraCard is required when borrowing any item(s). Patrons are responsible for all materials borrowed and will be assessed late fees for overdue items, as well as replacement costs for lost or damaged  items.
The Music Library includes a reference/information center, five computer workstations, and Wi-Fi. A Collaborative Learning Room has carrel seating for 13 users, with equipment for listening to CDs, LPs, and audio  cassettes. The collection of sound recordings includes more than 4,000 LPs and approximately 500 CDs. It consists of primarily classical recordings with a reasonable representative collection of opera, jazz, and electronic music. Online databases include Oxford Music Online (which includes the complete Grove), Naxos Online Music Library, Music Index Online, JStor, and Project Mus RILM. Access to these online databases is available to the Hofstra community through the "Research Databases" of the Axinn Library web page.

Contact: Denward Collins III
Room 014 Monroe Lecture Center, South Campus
516-463-5492
denward.collins@hofstra.edu
hofstra.edu/musiclibrary

## Parent and Family Programs, Office of

The Office of Parent and Family Programs informs and engages family members of undergraduate Hofstra students. The office publishes and distributes the *Hofstra Family Handbook*, encourages parents to read and write for the Family Connection blog (**family.blog.hofstra.edu**), communicates on the Hofstra Parents Facebook page (**facebook.com/hofstraparents**), urges parents to subscribe to the *Family Link* e-newsletter (**hofstra.edu/familylink**), and recommends that students authorize their family members to utilize. Family eSpace, a Hofstra supported portal designed to inform and engage family members (**hofstra.edu/familyespace**). The office organizes Family Orientation for new families and other events throughout the year (see Parent and Family Events below). Parents and family members can be involved as volunteers during campus events and serve on the Hofstra University Parent Council (**hofstra.edu/parentcouncil**). The Office of Parent and Family Programs also hires students to work as Family Orientation Leaders during the summer and engages them as volunteers during *Fall Festival: Alumni, Student, and Family Weekend.*

### Parent and Family Events

Please invite your parents and family members to the following campus events: Welcome and Move-In Day (which includes the Welcome Convocation, where Hofstra University President Stuart Rabinowitz greets families of both residential and commuting students); Fall Festival: Alumni, Student, and Family Weekend (the most exciting family event of the year, which includes the Fall Festival concert and carnival, faculty lectures, museum and arboretum tours, student performances, and athletic events); Siblings Day (Hofstra students – invite up to two relatives aged 8-17 to enjoy a day of fun and stay overnight in the residence halls); Tea, Tulips and Trees (families tour Hofstra's arboretum and learn about our beautiful tulips while enjoying tea); the Senior Class Toast (President Rabinowitz toasts graduating seniors and their families); and the Commencement Cruise. Parents and families may also attend various workshops throughout the year. Students should encourage their family members to subscribe to the *Family Link* e-newsletter and participate in web chats to stay informed and engage with the Hofstra community.

Contact: Parent and Family Programs
Room 200 Phillips Hall, South Campus
516-463-4698
**hofstra.edu/parents**
**parents@hofstra.edu**

 **facebook.com/hofstraparents**

 **@hofstraparents**

**family.blog.hofstra.edu**

## Provost, Office of the

### Honor Board

The Honor Board was created in 2013 to promote and protect academic integrity at Hofstra University. The board's duties are to foster awareness of the Honor Code, to review and recommend improvements to Honor Code policies, and to develop instructional material for students and for faculty. Members of the Honor Board also hear appeals by students accused of academic dishonesty. In keeping with our belief that promoting academic integrity is the responsibility of the entire Hofstra community, the members of the Honor Board include students, faculty, and administrators.

### Honor Code

Academic integrity is essential to what we do and who we are as students and scholars at Hofstra University. A visible public commitment to academic integrity also helps communicate to those within and outside the community that a Hofstra diploma accurately represents our graduates' achievements. Hofstra's Honor Code provides an opportunity for students to show their commitment to demonstrate academic integrity and ethical behavior in all they do.

Contact: Office of the Provost
Room 200 West Library Wing
Joan and Donald E. Axinn Library, South Campus
516-463-5400
**hofstra.edu/integrity**

## Public Safety, Department of

The Department of Public Safety at Hofstra is located in the Mack Public Safety and Information Center at the corner of Hempstead Turnpike and California Avenue. The dedicated members of the department are responsible for ensuring the safety of approximately 13,000 community members, including 3,500 residential students, and securing 244 acres of campus property. Public Safety officers are New York state-certified first responders who are trained in first aid, CPR, and other emergency medical care.

Services provided by the Department of Public Safety include:
- Emergency notification systems comprised of 58 emergency telephones located throughout the campus.
- Campus Alert Notification Network (CANN), which provides a comprehensive notification structure to alert the campus community via voice message, text message, and email, as well as a public address system. *(Students are required to sign up at **my.hofstra.edu** and enter their personal telephone contact information.)*
- Victim assistance, including investigating reports, assisting victims of sexual violence, connecting students with necessary resources, contacting local law enforcement if a victim requests it, and helping students whose cases involve the court system.
- Emergency first aid and referring students to medical, counseling, and other necessary services as needed.
- Residential security through patrols of residence halls and staffing of entrance areas to all residence halls.
- Campus escorts for those who prefer to have someone accompany them to their car, academic building, or residence hall.
- Educational workshops on topics such as campus safety, personal safety, dating violence, and sexual assault.
- Motorist assistance, including retrieval of keys, jump-starting dead batteries, and/or towing disabled vehicles to a local service station.
- Parking permits, as all students, faculty, and staff must have their vehicles registered in order to park their vehicles on campus. *(Note: All students, including first-year students, are permitted to have cars on campus, as long as they are registered with the University and adhere to all parking and motor vehicle regulations).*
- Lost and Found from which recovered items may be claimed after proper identification has been produced; any found HofstraCards are sent to HofstraCard Services.

Transportation services are also provided by the Department of Public Safety and include the following:
- University shuttle that provides the Hofstra community with transportation throughout campus and scheduled stops at both the Mineola and Hempstead Long Island Rail Road stations.
- Weekend courtesy shuttle, with scheduled stops at local shopping centers and restaurants.
- Hofstra Night Shuttle that has stops on campus and in the residential areas of Uniondale and Hempstead during the hours of 10 p.m. to 5 a.m. For the route and arrival times of the Hofstra Night Shuttle, please visit **hofstra.edu/nightshuttle**.

Students are encouraged to review the *Annual Security and Fire Safety Report*, which is available at **hofstra.edu/publicsafety**. The *Annual Security and Fire Safety Report* contains important information related to emergency policies and procedures, as well as crime statistics in compliance with The Clery Act.

### Important Phone Numbers
Public Safety General Information: 516-463-6608 during business hours
Public Safety 24 hour desk: 516-463-6606
Emergency: 516-463-6789
Shuttle Information: 516-463-7878

The Department of Public Safety is open 24 hours a day, 365 days a year to assist students and staff with any issues that may arise. Detailed information about Public Safety, including the *Annual Security and Fire Safety Report*, is available at **hofstra.edu/publicsafety**.

**Recycling**

Hofstra University makes significant contributions toward protecting the environment through its comprehensive recycling program. Our efforts include an active recycling program at all dining facilities. Plastics, cans, and bottles are collected in all buildings for recycling. Also removed from the waste stream by Hofstra are the following items: mixed paper, cardboard, cooking grease and oil, lamps, batteries, used motor oil, antifreeze, and paint thinners.

Contact: Physical Plant Department, South Campus
516-463-6619
**hofstra.edu/recycling**

## Residence Life, Office of

The Office of Residence Life provides housing and residential services for approximately 3,500 students living in campus residence halls. Every residential facility is monitored 24 hours a day by resident safety representatives. The office employs more than 140 staff members to assist and support the residential community, including resident assistants (RAs) and resident directors (RDs). Our staff is fully trained to assist every student and help make living on campus a positive experience.

Hofstra's Office of Residence Life offers a variety of comfortable living environments that are sure to meet the diverse needs of our residential students. Residence hall styles range from high-rises offering single, double, and triple rooms with common area lounges and corridor bathrooms to suite-style residence halls with in-suite bathrooms, and some with shared in-suite lounge areas. Each residence hall has a community kitchen, on-site laundry facilities, and community living rooms. All residence halls have Wi-Fi and are cable-ready.

Living-learning communities, which house first-year students who share an academic or social interest around a common theme, are available at the Netherlands Complex and Stuyvesant Hall. There are also ample opportunities for upper-level students to form their own themed living communities based on a shared academic or social interest. For additional information about these programs or our residence halls, please visit **hofstra.edu/reslife** or email **reslife@hofstra.edu**.

Each residential area is staffed by a full-time professional resident director (RD), as well as undergraduate resident assistants (RAs), trained to assist students and develop a strong sense of community among the residents. When the Residence Life Office is closed, an RD is always available. To contact the RD on duty, students should call Public Safety at 516-463-6606.

In addition, each building or complex has an RA on duty. From 6 to 9 p.m., students may find the RA on duty in the RA office. Between 9 p.m. and 8 a.m., the RA on duty is accessible by calling the RA office phone number. The name and telephone number of the RA on duty is posted on the RA office door in each residential facility.

The staff in each hall are always available to assist students as they learn to negotiate their needs within their living environments. If a roommate concern cannot be resolved through open communication and sometimes informal mediation with resident assistants or resident directors, then a room change may be granted. Room changes begin after the semester's occupancy has been confirmed, generally around the second week of the semester. Residents should see their resident director for more information. Students may not change rooms without written approval.

All residents must read, sign, and abide by the *Residential Living Agreement*. In addition, all students must abide by University policies in the Code of Community Standards, published in the *Guide to Pride*.

Hofstra is not responsible for lost, damaged, or stolen property. Students are strongly encouraged to obtain their own insurance coverage, such as renter's insurance.

## Linens Program

Did you know that the beds at Hofstra University are extra-long (not standard twin size)? The Office of Residence Life has partnered with Our Campus Market (OCM) to provide Hofstra students and families with a convenient and affordable way to ensure that students have sheets, blankets, and comforters that will fit the extra-long mattresses in our residence halls. They also sell towels, organizers, and storage items. Shipping is free for all Value Pak orders. Purchases made through this program help support Hofstra's student services. For more information, please visit **ocm.com/hof**.

**Renting a Refrigerator or Microwave**

Hofstra has a contract with CSI Campus Specialties, microfridge rental unit provider, to provide refrigerators and approved refrigerator/microwave units to students. Refrigerator/microwave units are available for reasonable rental rates to all residential students. A separate mailing regarding these rental units is sent to students during the summer, along with their housing assignment packet. For more information, contact the Office of Residence Life at 516-463-6930 or **reslife@hofstra.edu**.

*Please note: Microwave units other than those approved by the University are not permitted in the residence halls. Residents may bring smaller-sized refrigerators for their residence hall room or suite. The size and number of these refrigerators are limited (one per room or two per suite), due to the electrical current they draw and the limited electrical outlets in the residence hall rooms and suites. The refrigerator must be an energy-efficient model and may not exceed 5 cubic feet in size.*

**HofstraVision**

Hofstra offers resident students a range of great television channels to choose from. Televisions with a clear QAM-capable tuner are required to receive the channels. Scanning for channels is necessary, and channels are subject to change without notice. Students will need to bring a coaxial cable or may purchase one at the Hofstra Bookstore.

Residents can find a listing of available channels at **hofstra.edu/hofstravision**.
Setup and troubleshooting steps may be found at **hofstra.edu/hofstravisionhelp**.

**Receiving Letters and Packages**

No Signature Required

United States Postal Service (USPS) mail pieces not requiring a student's signature (such as bills, cards, letters, packages, and magazines) are delivered to residence halls by the USPS. Upon delivery to the residence hall, the senior resident assistant (SRA) distributes the mail to the appropriate student mailboxes. Packages delivered to the residence hall that do not fit into a student's mailbox are left in the RA Office. Students receive a package slip in their mailbox that informs them that they can pick up their package when an RA is on duty in the office each evening between 6 p.m. and 9 p.m. SRAs deliver mail or mail slips daily. In order to pick up a package, students must show their HofstraCard and sign for the package. Please note that students do share mailboxes, so if there is a delay in getting a notification, it is possible that a roommate picked up the mail or mail slip and didn't deliver it to the intended student in a timely fashion.

Signature Required

The Student Post Office, located on the lower level of the Mack Student Center, North Campus (adjacent to the Hofstra University Bookstore), receives all FedEx, UPS, and USPS letters or packages requiring a student's signature. When mail is received, the Student Post Office (**hofstrapostoffice@hofstra.edu**) emails the student's Hofstra Pride account to inform the student that there is a letter or package awaiting pickup.

Students should regularly check their Hofstra Pride email account. On occasion, emails can end up in a spam folder, so students should add **hofstrapostoffice@hofstra.edu** to their email address book to ensure proper delivery. Upon receiving notice, students must present a valid HofstraCard to pick up their mail. It is important to note that due to this necessary routing of signature-required mail, a delay in letter/package delivery to students is possible. Letters and packages received on the weekend are held for delivery to the Student Post Office until Monday morning. If a student needs this mail piece immediately, the student can pick it up on Saturday or Sunday, with a valid HofstraCard, at the David S. Mack Public Safety and Information Center.

**Student Post Office**
Sondra and David S. Mack Student Center, Lower Level, North Campus
516-463-6313

When the Student Post Office is closed, students can pick up their packages at the Hofstra University Bookstore during normal operating hours.

**Amazon Lockers**

Amazon Locker is a self-service delivery service offered by Amazon. Amazon customers can select Hofstra's on-campus locker location, "Cria," as their delivery address and retrieve their orders at that location by entering a unique pickup code on the locker touch screen. The Amazon Locker is located on the lower level of the Mack Student Center, in the hallway between the Pride Den and the Game Room. To access Hofstra's locker and set up this location as their preferred locker, students should visit **amazon.com/addCria**.

Contact: Office of Residence Life
Wellness and Campus Living Center, North Campus
516-463-6930
**hofstra.edu/reslife**
**reslife@hofstra.edu**

**Saltzman Community Services Center, Joan and Arnold**

The Saltzman Center comprises four clinics and a child care institute offering a variety of services to the community: the Speech-Language-Hearing Clinic; Counseling and Mental Health Professions Clinic; Reading/ Writing Learning Clinic; Psychological Evaluation Research and Counseling Clinic; and the Diane Lindner-Goldberg Child Care Institute (a model early childhood education facility).

Contact: Joan and Arnold Saltzman Community Services Center, South Campus
516-463-5660
**hofstra.edu/saltzmancenter**

**Student Access Services**

Student Access Services (SAS) works to ensure that Hofstra University is an environment where individuals with disabilities have equal access to programs, activities, and all other opportunities. SAS arranges academic accommodations and provides support for students with physical, learning, and/or psychological disabilities. In order to access services, students must first formally disclose their disability by registering with the office, and then must submit appropriate documentation for review. Staff members are available to help students with the registration process, and then work with students to determine which accommodations are appropriate for their needs at the college level.

In addition to arranging accommodations, a major part of the mission of SAS is to help students develop the skills they need to be effective self-advocates at Hofstra and beyond. Its programs and services encourage active involvement from students in managing their own disabilities, while offering coaching and support along the way. SAS also administers the Program for Academic Learning Skills (PALS) and Academic Coaching program (please see sections below).

Reasonable accommodations are provided free of charge to all eligible students who complete the SAS registration process. For more information about applying for reasonable accommodations through SAS or to access SAS forms, please visit **hofstra.edu/sas**, call 516-463-7075, or email **SAS@hofstra.edu**.

**Program for Academic Learning Skills (PALS)**

In 1979 Hofstra University established the Program for Academic Learning Skills (PALS), which is a fee-based program that students apply for at the point of admission. During the past 39 years, PALS has been serving Hofstra students with specific learning disabilities and ADD or ADHD. The program was built on the belief that Hofstra students with diagnosed learning disabilities would benefit from a combination of skills instruction and academic accommodations. Today, under the umbrella of Student Access Services (SAS), PALS continues its commitment to serving this student population.

PALS employs learning specialists who meet weekly with students in one-on-one sessions to assist them in developing supplemental learning strategies. These strategies are based on each student's specific learning disability diagnosis and disability documentation. Because consistency is important in skill development, each student is assigned a learning specialist to work with for the full academic year. Meeting with a learning

specialist is a mandatory PALS component for first-year students, but PALS students may access the services of their learning specialist as needed throughout their time at Hofstra. This element of the program is designed to provide PALS students with long-term skills they can apply directly to their course work as well as use in the future. It is a gradual process aimed at helping them become independent, lifelong learners. Although there is no extra fee for reasonable accommodations, there is a fee for PALS for first-year students only; this fee is in addition to the other University tuition and fees. For additional information about PALS documentation requirements, please call 516-463-7075 or email **SAS@hofstra.edu**.

**Academic Coaching**

Students who are receiving accommodations through SAS can also enroll in an optional, fee-based, semester-long program called Academic Coaching to further develop academic and study skills. This program is designed for students who may need additional support inside and outside the classroom, and consists of regular one-on-one meetings with a qualified learning specialist from SAS. The student's Academic Coaching plan may address any or all of the following areas:

• Social adjustment to the college environment and its demands
• Time management skills
• Problem-solving skills
• Coping and stress management
• Reading and analysis strategies
• Test preparation and test-taking strategies
• Note-taking and other effective classroom strategies
• Executive function/planning strategies
• Learning style awareness and appropriate study methods

**Assistance Animals**

Hofstra University recognizes that assistance animals can play an important role in facilitating the independence of individuals with certain types of disabilities. Therefore, per the Fair Housing Act, Hofstra University does provide reasonable and appropriate accommodations for an assistance animal in residence housing for a student with a documented disability.

Before bringing an assistance animal onto campus, the student must submit a request and appropriate supporting documentation. A student who is living in on-campus housing (residence halls) must make a formal request to Student Access Services for an accommodation.

The review process may take up to or more than 30 days. New incoming students should submit their request by June 1 for the fall semester and November 1 for the spring semester. It is recommended that students submit applications as early as possible; there is no guarantee that Hofstra University will be able to meet late applicants' accommodation requests, including any needs that develop during the semester. Student Access Services will review the requests in collaboration with Residence Life.

Contact: Student Access Services
Room 107 Mack Student Center, North Campus
516-463-7075
**hofstra.edu/sas**
**sas@hofstra.edu**

94

**Student Advocacy and Prevention Awareness**

The Office of Student Advocacy and Prevention Awareness provides a coordinated community approach to support students in critical areas such as substance abuse prevention, sexual abuse prevention, violence prevention, and healthy lifestyle choices. The office focuses on integrating early intervention, preventive education, environmental management, and assessment strategies.

Contact: Student Advocacy and Prevention Awareness
Room 264 Mack Student Center, North Campus
516-463-6555
**StudentAdvocacy@hofstra.edu**

 **@HofstraOSAPA**

 **facebook.com/eHUOSAPA**

**Student Emergency Assistance Fund**

In the event that a personal emergency arises and affects a full-time student's ability to manage necessary expenses (excluding tuition), the student may apply for one-time financial assistance from the Student Emergency Assistance Fund. Monies may be allocated in the form of a gift (no repayment) or a loan (repayment). In all cases, financial need will be reviewed in consultation with Student Financial Services.

Contact: Associate Vice President for Student Affairs
Room 200A Phillips Hall, South Campus
516-463-6815

**Student Employment, Office of**

The Office of Student Employment provides a variety of on-campus employment options for students throughout their years at Hofstra. Through part-time employment on campus, students have the opportunity to enrich and enhance their academic experiences by applying learned skills and theories in a practical setting while earning income to assist with college expenses. On-campus employment opportunities for eligible Federal Work-Study students and non-Federal Work-Study students include positions in Residence Life, Public Safety, The Career Center, Saltzman Community Services Center, Student Technical Support Center, Admission, Student Leadership and Engagement, Human Resources, University Relations, WRHU-Radio Hofstra University, sports facilities, and various academic departments.

**Applying for a Job on Campus**

Jobs are available in many departments on campus, whether on a University-funded budget or through the Federal Work-Study program. Matriculated students in good academic standing who are enrolled at least half-time (6 credits for undergraduate students; 4.5 credits for graduate students) at Hofstra University are eligible for employment at Hofstra. F-1 international students must be enrolled as full-time students. To apply for a Federal Work-Study (FWS) position, students must include a request for student employment on their financial aid application. This application – the Free Application for Federal Student Aid (FAFSA) – is submitted to and reviewed by Hofstra Student Financial Services (SFS). If approved by SFS for an FWS grant, students may apply for open FWS positions listed on the Hofstra portal. To access the list of open FWS positions, students should visit **hofstra.edu/studentemployment** (select Current Jobs and log in to the portal). Most students are permitted to work a maximum of 25 hours per week. F-1 international students are permitted to work a maximum of 20 hours per week. Hours and wage rates vary depending on department needs, job description, and student skills. For non-FWS positions, open positions may be advertised by departments directly and/or through **hofstra.edu/studentemployment** (select Current Jobs and log in to the portal).

The Student Technical Support Center also hires and trains students for technical support and learning support positions. Interested students can download, complete, and drop off an application at the Student Technical Support Center, Room 125B Axinn Library (rear of Hammer Lab). For more information, students should visit **hofstra.edu/scs**.

**Frequently Asked Questions About Student Employment**

*Where can a student find an on-campus job?*
Student employment opportunities are listed on the Hofstra portal. To access on-campus employment opportunities, students should visit **hofstra.edu/studentemployment**, then select Current Jobs and log in to the portal. A student may also go directly to any on-campus department to inquire about student employment opportunities.

*How many hours may a student employee work?*
Most undergraduate or graduate student employees and Federal Work-Study employees may work a maximum of 25 hours per week. International students may work a maximum of 20 hours per week. During the spring break, summer, and January sessions, students may work a maximum of 30 hours per week.

*What documents do students need to obtain an on-campus job?*
Before beginning work as a Hofstra student employee, a student must complete the United States Citizenship and Immigration Services Form I-9. Students will need to show specific original, unexpired identification (copies are not permitted), as mandated by the federal government. Acceptable forms of identification are listed at **uscis.gov/** (search for I-9). Examples of acceptable forms of original identification include a valid, unexpired passport; Social Security card; birth certificate; or valid driver's license. In addition, if a student has not been paid by Hofstra previously, the student will need to complete payroll tax forms, a W-4 Employee Withholding Allowance Certificate, and a New York State Withholding form.

*Where can students find out about off-campus jobs and internships?*
Students should visit The Career Center in M. Robert Lowe Hall (on the South Campus near James M. Shuart Stadium and the Business School Building) and read The Career Center e-newsletters through their Hofstra Pride email accounts. Students can make online appointments at **hofstra.edu/career**.

Contact: Office of Student Employment
Human Resources Center, North Campus
516-463-6782
**hofstra.edu/studentemployment**
**student-employment@hofstra.edu**

## Student Financial Services

Hofstra's Student Financial Services professionals seek to maximize financial aid opportunities for students and their families by providing guidance and information about scholarships, grants, loan programs, student employment, and payment options. Student Financial Services representatives are always available to discuss students' financial accounts, payment options, and financial aid packages. The Student Financial Services and Registrar Suite also houses staff that can assist students in processing registration forms after students meet with their academic advisor. In order to serve our students effectively, we maintain a high level of communication with all the University's academic departments and student service areas. Detailed and up-to-date information regarding financial aid can be found on the Hofstra website and/or in the *Hofstra University Undergraduate Bulletin* (**bulletin.hofstra.edu**). For information regarding registration dates, payment due dates, and deadlines, please visit **hofstra.edu/deadlines**.

OFFICE HOURS: (Additional walk-in hours are available at the start of each semester; please visit **hofstra.edu/sfscalendar**.)

Normal operation hours when classes are in session:
Monday through Friday, 9 a.m.-5 p.m.
Summer hours: Monday-Thursday, 9 a.m.-5 p.m.; Friday, 9 a.m.-4 p.m.

Contact: Student Financial Services and Registrar Suite
Room 206 Memorial Hall, South Campus
516-463-8000, Option #1
**hofstra.edu/sfs**
**sfs@hofstra.edu**

 **facebook.com/husfs**

**Student Health and Counseling Center**

The Student Health and Counseling Center (SHACC), located in the Wellness and Campus Living Center on North Campus, offers accessible short-term medical care and counseling services to all enrolled Hofstra University students. We empower students to become partners in managing their health needs through education and knowledge. Providers are experienced in addressing health-related concerns commonly seen on college campuses.

Contact: Student Health and Counseling Center
Phone: 516-463-6745 / Fax: 516-463-5161
**hofstra.edu/shacc**
**SHACC@hofstra.edu**

### Student HealthServices

Nurse practitioners and registered professional nurses staff Student Health Services. Some specialty care is also available. Appointments may be scheduled by calling Student Health Services at 516-463-6745 or by making an appointment online through the Medicat icon found in the Hofstra portal. A current HofstraCard must be presented at each visit. All health care is confidential, and information is released only at the written request of the student. Hofstra University Student Health Services is located on the north side of campus in the Wellness and Campus Living Center.

*Services*

Hofstra University Student Health Services focuses on providing holistically oriented urgent/emergent health care. This includes initial diagnosis and treatment of injuries and/or illnesses and appropriate follow-up for most short-term ailments at no or very low cost to registered students.

On-site, fee-for-service specialty care includes immunization services, women's health services, and annual physical examinations. Visits to the psychiatric nurse practitioner are free of charge.

Women's health services are available by appointment. Services include assessment and treatment of infectious illnesses and annual examinations. These services carry a small fee, as do laboratory fees, prescription contraceptives, and pregnancy testing. Most laboratory tests are referred to an outside laboratory. The cost of such testing is the responsibility of the student. It is very important that students bring a valid insurance card to campus so that they are not billed for services.

Immunization services are available on a reasonably priced fee-for-service basis. Services include vaccinations for measles, mumps and rubella (MMR) and tetanus, as well as tuberculosis screening.

*Appointments*

Student Health Services operates on an open appointment system. Students can call Student Health Services in the morning, and most likely get an appointment to be seen that day, or they can make an appointment online through the Medicat icon found in the Hofstra portal. If the student is unable to get an appointment that day, an appointment will be made for the next day. Evening and weekend appointments are also available.

*Dispensary Services*

Limited pharmaceutical services are available and include over-the-counter medications as well as an appropriate range of most commonly prescribed prescription drugs. Most of the medications dispensed at Student Health Services are provided at cost.

*Health Insurance*

While most care given at Student Health Services is covered through student fees, some procedures, medications, and immunizations may not be covered. For example, if a specialized laboratory test needs to be performed, that test will be referred to a private outside lab, and the cost is the responsibility of the student. Currently, Student Health Services utilizes the services of Northwell Health and Quest laboratories.

We strongly urge all students who are covered by insurance to have a copy of their insurance card and bring it with them when they have an appointment to be seen at Student Health Services. It is also important for students to know specific information in relation to their insurance, such as which lab needs to be used and what the deductible, if any, may be. Students should also be aware of how to contact their insurance company.

If a student is referred to a local hospital and/or community health care provider, the cost of that care is the responsibility of the student.

Contact: Student Health Services
Wellness and Campus Living Center, North Campus
516-463-6745
**hofstra.edu/wellness**

### Student Counseling Services
Student Counseling Services provides mental health interventions in an effort to enhance student well-being and offer students a more meaningful and successful college experience. Individual and group counseling are available to enrolled students who are experiencing emotional, behavioral, adjustment, or academic difficulties. The collaborative counseling process is used to clarify problems, establish realistic goals, and develop active, short-term treatment solutions. Referrals to outside providers can be offered to students seeking options for long-term individual therapy. Services are provided by a professional staff in a relaxed and confidential environment. For students arriving on campus with existing mental health service needs, early identification of treatment providers and medication requirements is recommended.

Any enrolled student is eligible to receive short-term individual counseling and participate in all programs, including workshops and psychoeducational groups, at no cost. Emergency screening during hours that the office is not open can be initiated by contacting Public Safety at 516-463-6789.

Office Hours: Monday/Wednesday, 9 a.m.-9 p.m.; Tuesday/Thursday, 9 a.m.-7 p.m.; Friday, 9 a.m.-6 p.m.
January session: Monday-Friday, 9 a.m.-5 p.m.
Summer Hours: Monday-Thursday, 9 a.m.-5 p.m.; Friday, 9 a.m.-4 p.m.

Contact: Student Counseling Services
516-463-6745
**hofstra.edu/studentcounseling**

### Student Leadership and Engagement, Office of
The Office of Student Leadership and Engagement (OSLE) enhances the cocurricular life of the Hofstra community and helps students become more involved. We encourage students to participate in the many clubs, organizations, fraternities, sororities, leadership development programs, and campuswide events that are available to them. The best way to become a well-rounded student is to get involved! There are more than 220 student clubs and organizations at Hofstra that sponsor hundreds of conferences, lectures, workshops, cultural programs, seminars, concerts, dance parties, and socials each year.

In addition, OSLE provides services designed to ease the transition of new undergraduate students to the academic, social, and cocurricular communities at Hofstra University. Being involved allows students to better enjoy their college experience, while developing invaluable leadership, organizational, and communication skills.

OSLE aims to help students acclimate to the Hofstra campus and develop the tools they need to succeed in their first year and beyond. New Student Orientation is a three-day/two-night program in which new students live on campus and begin preparing for the fall semester. The Discovery Program is a three-day, fee-based program prior to the start of Welcome Week. The program offers several discovery paths, which allow students to discover the local area and the Hofstra campus and to meet new and returning students. The preparation and fun continue during the five days of Welcome Week prior to the first day of classes. Students entering Hofstra in the spring are invited to attend a one-day Winter Welcome before the beginning of the semester.

### Bulletin Boards
All Hofstra University bulletin boards are to be used for the sole and exclusive purpose of promoting University- and student-sponsored events. Promotion of off-campus events is not permitted. Recognized student organizations may advertise an event on a bulletin board by submitting flyer(s) for approval to the organization's programming office (e.g., Campus Recreation, Residence Life, or Student Leadership and Engagement). Flyers can be picked up two business days after they are submitted.

98

**Common Hour**

Every Wednesday throughout the academic year, the University designates 11:15 a.m.-12:40 p.m. for Common Hour; no classes are scheduled during this time period. Common Hour is an excellent time to hold organizational meetings and attend special programming.

**Clubs and Organizations**

Through OSLE, student groups coordinate social, educational, and community service events each year. Student groups fall into the categories of governance, performance, media, social/general interest, academic, pre-professional, politically/socially active, service, club sports, faith-based, intercultural, and fraternal clubs and organizations. For more information about Hofstra's clubs and organizations, please log in to the Hofstra portal at **my.hofstra.edu** and click on **my apps**, then **GetInvolvedHU**, and select the **Organizations** tab.

**Student Government Association**

The Student Government Association (SGA) continually addresses student concerns, as well as University actions that may affect student life at Hofstra University. SGA is elected by full-time undergraduate students and represents the entire study body. SGA is always looking for new members; contact **sga_secretary@pride.hofstra.edu** for more information.

**Fraternity and Sorority Life**

Fraternity and sorority life provides an inclusive environment that invites members to develop into leaders who uphold the values, oaths, and commitments of their collegiate fraternities and sororities at Hofstra. Fraternities and sororities forge and maintain relationships with alumni, volunteers, campus administrators, and the surrounding community. They work to create meaningful and purposeful experiences that foster a commitment to philanthropy, brotherhood/sisterhood, and lifetime membership. For more information about fraternities and sororities at Hofstra, visit **hofstra.edu/greeklife**.

**Game Room**

The Game Room, located in Room 029 Mack Student Center, provides a space complete with games, couches, tables, and televisions. The Game Room is a great place to relax, eat lunch, and have fun with friends. Programs are held throughout the semester, including video game, pingpong, and billiards tournaments. Students must present a valid HofstraCard to use the Game Room and its equipment.

Hours during the fall and spring semesters: Monday-Friday, 11 a.m. to 9 p.m.; Saturday and Sunday, 11 a.m. to 6 p.m. Hours are subject to change based on other campus events and the academic calendar.

**Leadership Development**

OSLE offers leadership opportunities for students who want to develop their skills and engage in cocurricular experiences. Previous programs have included monthly workshops, leadership summits, and the Blue and Gold Leadership Programs. For more information on these and other programs, please visit **hofstra.edu/leadership**.

**Intercultural Engagement and Inclusion**

The Intercultural Engagement and Inclusion staff works closely with students, faculty, and administrators to develop programs and initiatives that allow members of the campus community to explore identity, enhance intercultural competence, and develop skills to build an inclusive campus climate. Coordinating cultural-themed heritage months for the University, the staff is responsible for planning and implementing cultural awareness and diversity education programming for the community at Hofstra. In addition, the staff creates programming focused on LGBTQ+ awareness and advocacy.

**New Student Orientation**

A Hofstra student's journey begins with New Student Orientation, designed with student success and enjoyment in mind. All incoming students (residential or commuting) stay on campus in a residence hall for the three-day/two night overnight summer program. The program introduces new students to all areas of Hofstra, including student services, faculty, academic advisors, and the campus culture. During the program, students learn about Hofstra's curriculum and campus resources, register for classes, tour the campus, meet faculty and advisors, and begin to develop friendships with fellow students. The first semester is an exciting time for a new student; the opportunities are endless, from campus clubs and organizations to special programs and events. Please visit **hofstra.edu/orientation**, email **orientation@hofstra.edu** or call 516-463-4874 for more information.

## Welcome Week

A student's transition continues with Welcome Week. This five-day program, which runs just before the fall semester begins, features academic, educational, and social programs to help students get more comfortable on campus. New students are guided by their upper-level Welcome Week Leaders and have the opportunity to meet new and returning students as well as faculty and administrators. For more information, visit **hofstra.edu/welcomeweek** or call 516-463-6914.

## Explore Next Door Program

The Office of Student Leadership and Engagement hosts Explore Next Door (END), a series of events that takes place in the fall and spring semesters. These trips seek to introduce undergraduate students to the cultural wealth of New York City and provide them with an opportunity to connect with students, faculty, and administrators outside the classroom. END trips in the past have included trips to Mets and Yankees games, Broadway shows, and museums. The trips consist of 10-25 students, a student-leader, and a Hofstra faculty member or administrator, and are **free of charge**. The office pays for tickets and transportation during the fall semester.

The fall END trips are open only to new first-year and transfer undergraduate students. During the spring semester, trips are open to all undergraduate students. Students should stop by Room 244 Mack Student Center to register for an Explore Next Door event. Registration dates for each event will be posted. Find out more about these trips at **hofstra.edu/explorenextdoor**.

## Hofstra Discovery Program

The Hofstra Discovery Program is a dynamic, interactive program designed for incoming first-year and new transfer students who wish to be actively engaged through advocacy, community service, outdoor recreation, and reflection. The Discovery Program takes place in August, before the Welcome Week program begins. Participants choose a path of discovery – community awareness, outdoor exploration, or leadership development – and are led in small groups by upper-level student-leaders, faculty, staff, and community partners who share the same passions for discovery. This is an opportunity for students to build connections, hone leadership skills, and begin the transition to college life and learning. Participating in the Discovery Program allows students to take their first step toward discovering their path at Hofstra University. Note that this is an optional program with a registration fee. Financial assistance is available for those students who qualify

For more information and to access the application form, please visit **hofstra.edu/discovery**.

## Study Abroad

Studying abroad offers students many opportunities to learn more about an academic discipline, a different culture, and themselves. It is also an opportunity that requires planning very early in a student's college career.
Here are some factors students should consider from the start:

- If a student plans to study in a non-English-speaking country, starting or continuing the study of the language in their region of interest in the first year will greatly expand their choice of study abroad programs. In order to study in the native language while abroad, students should expect to complete four to six terms of language studies before going abroad. There are many programs that do not require prior language study and that offer language study while abroad, but in those programs, students are more likely to be in a classroom with other American students, rather than with native students.
- Hofstra offers many different options for study abroad, so no matter what major a student chooses, they can fit study abroad into a four-year academic plan. We sponsor several three-week programs during the January Session, and many summer programs. We also support semester and yearlong programs offered by established programs.
- Depending on the length and type of program, students might be able to fulfill some University and/or major requirements abroad, but each situation is different. Students should talk to their dean in the Center for University Advising as well as their faculty advisor in their declared major department to do careful planning, beginning as early as the first year.

For further information about study abroad opportunities at Hofstra University, please contact Professor Maria Fixell, assistant provost for study abroad and internationalization, at 516-463-4765 or **Maria.L.Fixell@hofstra.edu**.

Contact: Maria Fixell, Assistant Dean for Study Abroad Programs
Room 107 Roosevelt Hall, South Campus
516-463-4765
**maria.l.fixell@hofstra.edu**
**hofstra.edu/studyabroad**

**Sustainability, Office of**

Collaboration is the Hofstra model for creating the green environment in which we all want to live. The Office of Sustainability works with student clubs, administrative areas, and service providers to improve energy savings and help students review, recycle, conserve, and be socially informed and active in the community. The Sustainability Studies interdisciplinary major, Residence Life, Kalikow Center, University Relations, and Student Leadership and Engagement help keep our students informed. Organizations such as the Sustainability Club, Center for Civic Engagement, Hofstra's Habitat for Humanity Campus Chapter, and others lead by example and give everyone the opportunity to raise sustainability awareness. Hofstra Campus Dining sponsors farmers markets with fresh produce and a "plate first" policy to limit plastic usage. Styrofoam use has been banned in all food service locations. Hydration stations provide clean water for refillable bottles and are available throughout the campus.

Hofstra shuttle buses provide free transportation both on and off campus. There are three electric vehicle charging stations on campus. An organic Integrated Pest Management (IPM) approach to the care of 11,000 trees and shrubs is used to maintain our living campus resource. Lighting upgrades as well as window and roof replacements are ongoing throughout the campus. Contact us with any questions and/or suggestions you may have.

Contact: Office of Sustainability
516-463-6619
**hofstra.edu/sustainability**

**Swim Center/David S. Mack Physical Education Building**

The Swim Center/David S. Mack Physical Education Building has an indoor, heated, Olympic-sized swimming pool, with four diving boards, two moveable bulkheads that can divide the pool for separate activities, and complete support facilities, including locker rooms, showers, bleachers, and offices. The pool includes an underwater observation window and accessibility for individuals with disabilities. A complete range of recreational, instructional, and competitive aquatic activities is available. Use of the Swim Center, located in the Mack Physical Education Building, is free to all students with a valid HofstraCard during normal hours of operation.

Contact: Mack Physical Education Building, North Campus
516-463-5081
**hofstra.edu/swimcenter**

**Undergraduate Admission, Office of**

### Hofstra UpClose Program

The Hofstra UpClose program allows prospective students the opportunity to shadow current students for the day to gain a better understanding of what it is truly like to be a member of the Hofstra community. Current students volunteer to bring prospective students to their classes, share their Hofstra experiences, and have lunch together. Interested students are encouraged to contact the Office of Undergraduate Admission for further information.

### Pride Guide Program

The Pride Guide Program is Hofstra's link to the community of prospective students and their families. Select students share their Hofstra experiences by giving tours of campus and speaking with prospective students and their families during their visit to campus. They also provide assistance to the Office of Admission staff during major recruitment events. Interested students are encouraged to contact the Office of Undergraduate Admission for further information.

Contact: Office of Undergraduate Admission
Bernon Hall, South Campus
Andrew Cohen (516-463-3034)
**hofstra.edu/admission**

**Writing Center**

The Hofstra Writing Center works with writers of all experience levels, cultural backgrounds, and learning styles in an effort to support growth as writers. Tutors offer guidance to writers from across disciplines at any stage of the writing process, and work to empower writers and promote independence. Our objective is not to correct a writer's essay, but rather to help writers understand the expectations of their readers and fulfill the needs of the writing situation.

Contact: Writing Center
Room 102 Mason Hall, South Campus
516-463-4908
writingcenter@hofstra.edu
hofstra.edu/writingcenter (to register and schedule an appointment)

# TRUSTEES OF HOFSTRA UNIVERSITY

As of August 2019

**OFFICERS**

Alan J. Bernon,* *Chair*
David S. Mack,* *Vice Chair*
Robert D. Rosenthal,* *Vice Chair*
Donald M. Schaeffer,* *ViceChair*
Martha S. Pope, *Secretary*
Stuart Rabinowitz, *President*

**MEMBERS**

Kenneth Brodlieb
Susan Catalano
Michael Delaney
Steven J. Freiberg*
Arno H. Fried
Leo A. Guthart
Peter S. Kalikow*
Arthur J. Kremer
Diana E. Lake*
Randy Levine*
Elizabeth McCaul
Stella Mendes*
Janis M. Meyer*
John D. Miller*
Joanne Minieri*
Marilyn B. Monter*
Julio A. Portalatin*
Michael Roberge*
Debra A. Sandler*
Thomas J. Sanzone*
Michael Seiman*
Leonard H. Shapiro
Joseph Sparacio*
Steven C. Witkoff*
Frank G. Zarb*

**DELEGATES**

Stuart L. Bass,* *Speaker of the Faculty*
George A. Giuliani, *Chair, University Senate Executive Committee*
William Caniano, *Chair, University Senate Planning and Budget Committee*
Kathleen Stanley,* *President, Alumni Organization*
Kathryn Harley, *President, Student Government Association*
Kaylor Dimes, *Vice President, Student Government Association*

———————————— ————————————

Wilbur Breslin, *Trustee Emeritus*
Emil V. Cianciulli,* *Chair Emeritus*
John J. Conefry, Jr., *Chair Emeritus*
Maurice A. Deane,* *Chair Emeritus*
George G. Dempster,* *Chair Emeritus*
Helene Fortunoff, *Chair Emerita*
Joseph L. Dionne,* *Trustee Emeritus*
Lawrence Herbert,* *Trustee Emeritus*
Florence Kaufman, *Trustee Emerita*
Walter B. Kissinger, *Trustee Emeritus*
Norman R. Tengstrom,* *Trustee Emeritus*

————————————

*Hofstra alumni

103





## UNIVERSITY SEAL AND COLORS

The seal of the University is derived from the 1,000-year-old coat of arms of Orange-Nassau, the reigning house of the Netherlands. It depicts a pair of rampant lions (one lion and one lioness) in gold, tongue in red, on an azure field with gold blocks. The lion on the seal's shield is crowned with a royal crown and holds in the left claw a bundle of seven arrows with gold heads signifying the seven provinces of the Netherlands. The arrows are held together by a golden ribbon. The motto that appears on the University seal, "Je maintiendray," means "I stand steadfast." Both the seal and the motto are appropriately significant of the Dutch heritage of Hofstra University and of Long Island, as are the University colors of blue, gold and white. The University seal is used on many official documents, including all Hofstra diplomas.

# Campus Map



