# EXHIBIT C

Academic Calendar - Spring 2020

| **Description** | **Dates** |
|---|---|
| First Day of Classes | Wednesday, January 8, 2020 |
| Extra Legal Writing Class | Friday, January 10, 2020 |
| Holiday – Martin Luther King Day No Classes | Monday, January 20, 2020 |
| Monday Class Schedule | Wednesday, January 22, 2020 |
| Holiday – President's Day No Classes | Monday, February 17, 2020 |
| Monday Class Schedule | Thursday, February 20, 2020 |
| Spring Break No Classes | Monday, March 30, 2020 - Friday, April 3, 2020 |
| Last Day of Classes | Thursday, April 23, 2020 |
| Snow/Make Up Day | Friday, April 24, 2020 |
| Reading Day | Monday, April 27, 2020 |
| Reading Day | Tuesday, April 28, 2020 |
| Final Exam Period | Wednesday, April 29, 2020 - Tuesday, May 12, 2020 |
| Commencement | Monday, May 18, 2020 |