# EXHIBIT D

## ACADEMIC RECORDS

# Spring 2020 Academic Calendar

**Not all courses conform to the standard session dates. Please see individual courses for exact dates.**

Subject to change.

**CALENDAR AND DEADLINES** | FEE INFORMATION

| Date | Day(s) | |
|---|---|---|
| October 6 | Sunday | Registration begins for Graduate and Senior class standing students at 10pm |
| October 13 | Sunday | Registration begins for Junior class standing students at 10pm |
| October 20 | Sunday | Registration begins for Sophomore class standing students at 10pm |
| October 27 | Sunday | Registration begins for Freshmen class standing students at 10pm |
| January 27 | Monday | Classes Begin |
| February 2 | Sunday | Last day to register or add a class online |
| February 3 | Monday | Department permission required to add classes. Override form required to register. |
| February 17 | Monday | President's Break - NO classes. University Closed. |
| February 18 | Tuesday | President's Break - NO classes. |
| February 21 | Friday | Absolute last day to register or add a class |
| February 24 | Monday | Last day to drop a course without receiving a "W" grade on transcript. |
| March 15 - 21 | Sunday to Saturday | Spring Recess. Classes not in session. |

| Date | Day(s) | |
|---|---|---|
| April 10 | Friday | Last day to file the Repeat Course form |
| May 7 | Thursday | **Conversion Day - Undergraduate courses meet on a Tuesday Schedule.** Graduate classes meet as normal. |
| | | **Conversion Day - Undergraduate courses meet on a Monday Schedule.** Graduate classes meet as normal. |
| May 8 | Friday | Last day to withdraw from a course |
| | | Last day to file the Pass/D/D+/Fail form |
| May 11-16 | Monday-Saturday | Final exams for all classes. |
| May 16 | Saturday | Semester ends. |
| TBA | | **Commencement (../../commen/commen_schedule.html)** |

Students are responsible for adhering to the published deadlines. CLICK THE "FEE INFORMATION" TAB AT THE TOP OF THIS PAGE.

NOTE: UNREGISTERED STUDENTS WHO REMAIN IN COURSES WILL NOT BE ALLOWED TO REGISTER AFTER THIS DEADLINE AND WILL FORFEIT ANY CREDITS/GRADES THAT THEY FEEL THEY ARE ENTITLED TO BY VIRTUE OF ATTENDING THE COURSE(S) IN QUESTION.

Click here for the **School of Law Academic Calendar (https://law.hofstra.edu/currentstudents/academics/academiccalendar/index.html)**.