# EXHIBIT E

COVID-19 • HOFSTRA CAMPUS

# University COVID-19 Update – March 8

March 8, 2020   2 Min Read



Photographer: Philip Hinds

1

In an abundance of caution, Hofstra University is cancelling in-person classes, including law and medicine, for the upcoming week, beginning on Monday 3/9, with Spring Break for main campus undergraduate and graduate classes beginning as scheduled on Saturday, March 14. All class work will be made up and a new schedule will be announced soon. In the meanwhile, all non-residential students should remain at home. For residential students, all regular services will be made available. Zucker School of Medicine students should await further word from their deans' office on potential alternatives to class.

On Sunday, March 8, a student contacted the Student Health and Counseling Center reporting flu-like symptoms, after attending an off-campus conference where an attendee has tested positive for Novel Coronavirus (COVID-19). The student is being tested, and is in isolation. In keeping with current state Department of Health directives, six individuals who have been in close contact with this student have also been asked to self-isolate pending the student's test results.

Administrative offices will remain open but any employee experiencing any flu-like symptoms should remain at home and not report to work. The University has enhanced its disinfecting and cleaning protocols.

Residence halls, dining (see dining hours) and other student services will remain open. Hofstra continues to work closely with local, state, and federal health agencies, and we will update the campus community as

The Saltzman Center, including child care, will remain open.

Monday, March 9, the Fitness Center will be closed.

We want to emphasize that this action is a precaution taken to provide peace of mind to students, faculty, staff and families. There are currently no confirmed cases of COVID-19 associated with the university. We will keep you updated and informed as more information becomes available.

About the author



Hofstra University Relations