# EXHIBIT F

COVID-19 • HOFSTRA CAMPUS

# University COVID-19 Update – March 10

March 10, 2020      1 Min Read



Photographer: Philip Hinds

Following the University statement on COVID-19, all student organization related activities, including but not limited to events, meetings, and travel, have been canceled until Sunday, March 22 pending further information. We ask all student organization leaders be in touch with their administrative advisor if there are any questions. If you need to be connected to an administrative advisor, email osle[at]hofstra.edu.

Student Advocacy and Prevention Awareness has cancelled all service trips through Sunday, March 22. Any changes to planned or sponsored travel and service events after spring break will be decided at a later date.

Research-related activities in campus facilities may carry on as usual. Please check with the project manager.

## About the author



**Hofstra University Relations**