# EXHIBIT G

# University COVID-19 Update – March 12

March 12, 2020    6 Min Read



Photographer: Philip Hinds

We are providing you with an update as to continuing campus operations, including the status of residence halls and classes (beginning March 23).

**Residence halls**
While we are not requiring students to leave the residence halls at this time, if you are able to leave without undue hardship, we are encouraging students to vacate the residence halls during the upcoming Spring Break. Upon leaving, student residents should take medicines, important documents (like IDs, licenses, passport, insurance cards, etc.), digital devices, computers, books, and other key personal possessions.

Students who stay on campus will have services available, but activities and group interactions will be limited. When classes resume on March 23, students who remain on campus will still take their classes online.

Should access to residence halls change in the future, we want all students to be best prepared. If you have already left the residence halls and need to get back into rooms to collect important items, you are able to do so at this time. If you have specific questions or concerns, please contact your Resident Director or email us at reslife@hofstra.edu.

If the public health crisis passes, and classes were able to resume on campus sometime before the end of the semester, students who are unable to come back for health, financial hardship or travel restrictions will still be

‹ ›

**A Message from the Provost**

Arrangements have been made to start offering all courses online, beginning at the conclusion of Spring Break on March 23 and until further notice. More precise details will follow from each of your professors on how your course will resume, but rest assured that we expect to complete all required coursework for all students by the end of the semester. I thank the faculty for their cooperation and dedication in working to adapt their coursework for the changing environment. For any academic issues that arise, we have established a dedicated helpline at (516) 463-5400, and Vice Provost Stavros Valenti is overseeing our collective efforts for this transition.

The Deane School of Law and the Zucker School of Medicine students will continue to receive instruction directly from their deans.

Please continue to check the University's dedicated website for more detailed information for our community, including hours of campus operations, event status and other public health and campus updates. Our call center remains open at 516-463-6000. While our goal is to return to normal operations as soon as the public health situation improves, we have seen rapid changes occur in the past week and we are in the midst of uncertainty. Know that even as we try to adapt to less-than-ideal circumstances, our actions are consistent with many of our peer institutions and the guidance of public health officials. What remains most important is the health of our campus community: students, faculty, staff and community. We appreciate your patience and understanding as we continue to adapt to the events of the day.

The Department of Health has informed us that the test for the Novel Coronavirus (COVID-19) has come back as negative for the student who has been in isolation since Sunday, March 8 and we appreciate hearing this news. For this student and for anyone in the Hofstra community, please be assured that in terms of all notifications to our community, we follow and have followed the guidance provided by the state and county departments of health, and follow their instructions exactly.

Our goal is to continue our critical mission of educating students in a safe environment, while ensuring a clean and healthy campus for our students, faculty and staff. The steps we outline below balance our academic mission with protocols that allow for an environment that will allow us to safely continue our operation as a university. If you have questions, please call our campus hotline (516) 463-6000 (open from 9 a.m. – 5 p.m. EST), speak to your department head, or contact us through direct messaging on social media.

While we are grateful that the student's test came back negative for COVID-19, we are maintaining the same cautious approach to public gatherings and group interactions, as the outbreak continues in our area, to help

Most events have been cancelled through March 23. Athletic events, continuing education classes and isolated outside rentals will be held on a case-by-case basis. Most admissions events will be held remotely or in small groups. Announcements will be made next week about the status of events after March 23.

# Enhanced Cleaning and Sanitizing Methods and Procedures

In order to sanitize during the COVID-19 outbreak, Hofstra Custodial Operations has worked with task force members from Hofstra's Student Health and Counseling Center and Emergency Management to insure that the products and methods we are using conform to industry best practices and CDC/EPA guidelines. Over the next few days, and the Spring Break, our custodial staff will be hard at work further sanitizing our campus. Our custodial staff and management has gone through thorough special training , and has increased hours of operation as well as frequency and types of cleaning since the outbreak began. For a complete list of our cleaning procedures, products, and enhanced protocols, visit the cleaning procedures page in the Coronavirus FAQ section.

As we have since the beginning of this outbreak, we ask any student who has a fever and respiratory symptoms to self-isolate and call their health care provider or the Student Health and Counseling Center at (516) 463-6745 for further instructions. Any employee who is feeling sick in any way should also stay home, take care, and self-isolate. The best defense from this and other viruses remains good hygiene: hand-washing, sanitizing products, and self-isolation if ill.

We will have a further update for the community about classes and scheduling later today. Please call our campus hotline at (516) 463-6000 with any questions or concerns. We hope that these procedures allow for our continued wellness and and success as a community.

About the author



Hofstra University Relations