COVID-19 • HOFSTRA CAMPUS

# University COVID-19 Update – March 15

March 15, 2020   1 Min Read



Photographer: Philip Hinds

We continue to monitor the developments surrounding COVID-19 and have determined that in the best interests of our community, effective immediately, Hofstra University is asking that all non-essential personnel work from home and not report to campus.

All Administrative and academic offices, including the child care center and library will be closed.  Essential services will remain open, including all ongoing preparation with faculty for on line courses commencing on March 23 and including housing and dining support for students remaining in our residence halls.

Please continue to check your Hofstra email for further direction from your supervisor.  If you have any questions please contact the Human Resources Department at humanresources@hofstra.edu.  If you require assistance with any IT resources related to working from home, please contact the helpdesk at (516) 463-7777 or helpdesk@hofstra.edu.

## About the author



**Hofstra University Relations**