# EXHIBIT I

# University COVID-19 Update – March 17

 March 17, 2020   3 Min Read



Photographer: Philip Hinds

We write with another update regarding Residence Life at Hofstra. As you know, the COVID-19 response is changing constantly. Nassau County and New York State are closing many organizations, schools, and businesses. Accordingly, as formerly communicated, all Hofstra classes will be in an online format beginning Monday, March 23 and continuing for the remainder of the semester.

Due to these evolving and unprecedented circumstances – and in keeping with government directives and our commitment to keep campus safe by reducing population density – it has become necessary to limit our residential population only to those with a compelling need to remain on campus.

We are requiring that our residential students currently on campus and without an approved exception pack their belongings and complete the residence hall Express Check-Out by 5pm on Sunday, March 22. As communicated by Public Safety on March 16, students may bring one healthy individual to assist with move-out.

Residents who have already left campus, but who left belongings in their rooms and/or have yet to complete the Express Check-Out, should do so by Wednesday, March 25. These students should email their Resident Director directly and let them know when they will retrieve their belongings.

If you cannot make it back to campus by March 25, please email your resident director. Once we have identified those who can't return but have left belongings in the room, we will work with them to resolve their issues,

Residential students with exceptional circumstances, including international students who require this accommodation, can apply to remain on campus by completing the application which can be accessed through the email you received from Residence Life about moving out. The application must be completed and submitted by 5pm on Thursday, March 19 in order to be considered for an exemption to live on campus. Only students with exceptional circumstances will be considered. Services available to those who remain will be limited. Those who are granted exceptions may have to move to a different hall or room due to issues of density and residence hall staffing.

After students have checked out successfully, Hofstra will begin processing housing refunds, and credits will be placed on each resident student account. The University will be issuing a credit in the amount of 50% of the semester/term housing charge for residential students leaving the residence halls as a result of COVID-19 and following our recommendations to vacate. The University will announce how dining plans and points will be handled at a later date. More information will be forthcoming.

We are very sorry to have to make this difficult decision, but we do so with your health and safety in mind. While we recognize that these instructions have changed as the situation has become more serious, we appreciate your understanding and support as we continue to care for our community. As you can imagine, this is very complicated and difficult for everyone concerned.

Thank you for your patience, understanding, and cooperation. Email ResLife[at]hofstra.edu if you have questions or concerns.

About the author



Hofstra University Relations