# EXHIBIT J

# Student AcademicTranscript

⚏The information displayed on this page is time sensitive. Therefore please be aware of the following:

This is NOT an official transcript. The course information displayed reflects your current academic history as of today's date, and is subject to change. **Final grades are updated nightly. Courses in Progress**, as well as courses for a previous semester may be included on this transcript. Courses that have not been graded will NOT be included in the sections of this page reflecting **Current** and **Cumulative Term Totals**. Consequently, this may affect the underlying **Overall Transcript Totals** section of this page, which includes but is not limited to cumulative **GPA, Institutional** and **Transfer** credit **totals**.

Please also note that the **new Undergraduate Incomplete Grade policy** is in effect. This policy applies to all coursework taken in Fall 2008 or later. For additional information on this policy, click here.

For additional information regarding what is displayed on this transcript, please contact the Office of Academic Records/Registrar at (516) 463-8000, option 2.

Information for Gabriel J. Stellato

Transfer Credit    Institution Credit    Transcript Totals    Courses in Progress

## Transcript Data

### STUDENT INFORMATION

**ID :** ▮▮▮▮▮▮▮▮
**Name :** Gabriel J. Stellato

### Curriculum Information

**Current Program**
**Program:** Juris Doctor
**Major and Department:** Law, Law

***Transcript type:WEB is NOT Official ***

### DEGREE INFORMATION

**Pending:** Bachelor of Arts    **Degree Date:**

### Curriculum Information

**Primary Degree**
**Program:** Bachelor of Arts
**Major:** Psychology
**Minor:** Criminology
**Minor:** Legal Studies in Business

### TRANSFER CREDIT ACCEPTED BY INSTITUTION    -Top-

**2016:** Advanced Placement

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---------|--------|-------|-------|--------------|----------------|--------------------|
| HIST | 999H | HIST, PHIL, RELI ELECTIVE | TR | ▮ | ▮ | |
| MUS | 001 | (CP) INTRO TO MUSIC | TR | ▮ | ▮ | |
| PSC | 001 | (BH) AMERICAN POLITICS | TR | ▮ | ▮ | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Unofficial Transcript

NO MORE THAN (30.00) CREDITS FOR CLEP AND ADVANCED PLACEMENT CAN BE APPLIED TO YOUR HOFSTRA DEGREE.

**INSTITUTION CREDIT     -Top-**

**Term: Fall Semester 2016**

| **College:** | HCLAS |
| **Major:** | Psychology |

| **Subject** | **Course** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **R (Repeat Status)** |
|---|---|---|---|---|---|---|---|
| BIO | 012 | UG | (NS) ANIMAL FORM AND FUNCTION | ■ | | | |
| ITAL | 002 | UG | ELEMENTARY ITALIAN 2 | ■ | | | |
| MATH | 006A | UG | REAL NUMBERS & COLLEGE ALGEBRA | | | | |
| PSY | 001 | UG | INTRO TO PSYCHOLOGY | | | | |

**Term Totals (Undergraduate)**

| | **Attempt Hours** | **Passed Hours** | **Earned Hours** | **GPA Hours** | **Quality Points** | **GPA** |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Spring Semester 2017**

| **College:** | HCLAS |
| **Major:** | Psychology |

| **Subject** | **Course** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **R (Repeat Status)** |
|---|---|---|---|---|---|---|---|
| MATH | 050 | UG | (MA) PRECALCULUS | ■ | | | |
| PSY | 025 | UG | (BH) PSYCHOLOGY OF PREJUDICE | | | | |
| PSY | 159 | UG | SOCIAL PSYCHOLOGY | | | | |
| PSY | 177 | UG | BEHAVIORAL NEUROSCIENCE | | | | |
| WSC | 001 | UG | COMPOSITION | | | | |

**Term Totals (Undergraduate)**

| | **Attempt Hours** | **Passed Hours** | **Earned Hours** | **GPA Hours** | **Quality Points** | **GPA** |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Fall Semester 2017**

| **College:** | HCLAS |
| **Major:** | Psychology |

| **Subject** | **Course** | **Level** | **Title** | **Grade** | **Credit Hours** | **Quality Points** | **R (Repeat Status)** |
|---|---|---|---|---|---|---|---|
| GS | 001 | UG | (IS) INTRO TO GLOBAL STUDIES | | | | |
| ITAL | 003 | UG | INTERMEDIATE ITALIAN 1 | | | | |
| PROF | EXAM | UG | WRITING PROFICIENCY EXAM | | | | |
| PSY | 035 | UG | PSY OF PERSONALITY | | | | |
| PSY | 170 | UG | CLINICAL NEUROPSYCHOLOGY | | | | |
| WSC | 002 | UG | COMPOSITION | | | | |

**Term Totals (Undergraduate)**

| | **Attempt Hours** | **Passed Hours** | **Earned Hours** | **GPA Hours** | **Quality Points** | **GPA** |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Spring Semester 2018**

| **College:** | HCLAS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Major:** | | Psychology | | | | | |
| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
| ANTH | 004 | UG | (BH, CC) WORLD CULTURES | | | | |
| DSST | 002 | UG | (LT) DISABILITY IN LIT & CULTR | | | | |
| PSY | 012 | UG | PSYCHOLOGY & THE LAW | | | | |
| PSY | 040 | UG | STATISTICS | | | | |
| PSY | 110 | UG | PRICPLS OF LEARNING & BEHAVIOR | | | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Fall Semester 2018**

| | | |
|---|---|---|
| **College:** | HCLAS | |
| **Major:** | Psychology | |
| **Additional Standing:** | Dean's List | |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| CHEM | 003A | UG | (NS) GENERAL CHEMISTRY I | | | | |
| CHEM | 003B | UG | (NS) GENERAL CHEMISTRY LAB I | | | | |
| ENGL | 162 | UG | (LT) LAW & LITERATURE | | | | |
| PSY | 141 | UG | RESRCH METH & DESIGN | | | | |
| PSY | 153 | UG | CHILD DEVELOPMENT | | | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Spring Semester 2019**

| | | |
|---|---|---|
| **College:** | HCLAS | |
| **Major:** | Psychology | |
| **Additional Standing:** | Dean's List | |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| CRM | 001 | UG | (IS) INTRO TO CRIMINOLOGY | | | | |
| CRM | 190 | UG | INTERNSHIP IN CRIMINOLOGY | | | | |
| PSY | 194 | UG | RESEARCH SEM: NEUROSCIENCE | | | | |
| SOC | 153 | UG | (BH) SOC OF HUMAN RIGHTS | | | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Fall Semester 2019**

| | | |
|---|---|---|
| **College:** | HCLAS | |
| **Major:** | Psychology | |
| **Additional Standing:** | Dean's List | |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| CRM | 002 | UG | (IS)THER PRSPTVS CRIME&JUSTICE | | | | |



| Subject | Course | Level | Title |
|---|---|---|---|
| LEGL | 020 | UG | INTRO LGL SYSTM,ENVRN&CONTRCT |
| LEGL | 023 | UG | CONTRACT LAW |
| LEGL | 115 | UG | WILLS,TRUSTS AND ESTATES |
| SOC | 117 | UG | (BH) SOC OF TERRORISM |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | | | | | | |

Unofficial Transcript

### TRANSCRIPT TOTALS (UNDERGRADUATE)   -Top-

**Level Comments:** Placed ITAL002 Math Placement: Basic Algebra: Score: 13

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | | | | | | |
| Total Transfer: | | | | | | |
| Overall: | | | | | | |

Unofficial Transcript

### COURSES IN PROGRESS   -Top-

**Term:** Spring Semester 2020

| **College:** | HCLAS |
|---|---|
| **Major:** | Psychology |

| Subject | Course | Level | Title | Credit Hours |
|---|---|---|---|---|
| CRM | 187P | UG | (IS) FORENSIC PSYCHOLOGY | |
| LEGL | 024 | UG | LGL ASPCTS BUS ORG/ACTVTS | |
| LEGL | 025 | UG | LEGAL RESEARCH AND WRITING | |
| LEGL | 117 | UG | LAW IN THE GLOBAL ECONOMY | |

Unofficial Transcript

| ID Selection | Student Summary and Registration Status | Address and Phones | E-mail Address |
|---|---|---|---|
| FERPA Release | EAB -SSC Campus | | |

**RELEASE: 8.7.1**   **SITE MAP**