# EXHIBIT K

# Student AcademicTranscript

Jun 04, 2020 12:20 pm
**PRINT**

🛈 The information displayed on this page is time sensitive. Therefore please be aware of the following:

This is NOT an official transcript. The course information displayed reflects your current academic history as of today's date, and is subject to change. **Final grades are updated nightly. Courses in Progress**, as well as courses for a previous semester may be included on this transcript. Courses that have not been graded will NOT be included in the sections of this page reflecting **Current** and **Cumulative Term Totals**. Consequently, this may affect the underlying **Overall Transcript Totals** section of this page, which includes but is not limited to cumulative **GPA, Institutional** and **Transfer** credit **totals**.

Please also note that the **new Undergraduate Incomplete Grade policy** is in effect. This policy applies to all coursework taken in Fall 2008 or later. For additional information on this policy, click here.

For additional information regarding what is displayed on this transcript, please contact the Office of Academic Records/Registrar at (516) 463-8000, option 2.

Information for Hannah Buckley

Transfer Credit    Institution Credit    Transcript Totals    Courses in Progress

## Transcript Data

**STUDENT INFORMATION**

**ID :** ▮▮▮▮▮▮▮
**Name :** Hannah Buckley

**Curriculum Information**

**Current Program**
**Program:** Bachelor of Arts
**Major and Department:** Criminology, Sociology
**Minor:** Philosophy of Law
**Concentration:** LEAP Program

\*\*\*Transcript type:WEB is NOT Official \*\*\*

**DEGREE INFORMATION**

**Sought:** Bachelor of Arts    **Degree Date:**

**Curriculum Information**

**Primary Degree**
**Program:** Bachelor of Arts
**Major:** Criminology
**Minor:** Philosophy of Law
**Concentration:** LEAP Program

**TRANSFER CREDIT ACCEPTED BY INSTITUTION**    -Top-

**2018:**    Advanced Placement

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|
| TPP | 001 | (NS) INTRO ENVRNMT SYSTMS | TR | ▮ | | ▮ |
| WSC | 001 | COMPOSITION | TR | ▮ | | ▮ |
| WSC | 002 | COMPOSITION | TR | | | |

| Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|

| | | | | | | 0.00 |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

NO MORE THAN (30.00) CREDITS FOR CLEP AND ADVANCED PLACEMENT CAN BE APPLIED TO YOUR HOFSTRA DEGREE.

## INSTITUTION CREDIT     -Top-

**Term: Fall Semester 2018**

| **Term Comments:** | HUHC011 is for honors credit |
| | HUHC013 is for honors credit |
| **College:** | HCLAS |
| **Major:** | Criminology |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| HUHC | 011 | UG | (HP) C&E FALL SOCIAL SCIENCES | | | | |
| HUHC | 013 | UG | (LT) C & E FALL HUMANITIES | | | | |
| PHI | 014F | UG | (HP) LAW, POLITICS, & SOCIETY | | | | |
| SOC | 007 | UG | (BH) CRIME & DELINQUENCY | | | | |
| SPAN | 003 | UG | INTERMEDIATE SPANISH 1 | | | | |

### Term Totals (Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Spring Semester 2019**

| **Term Comments:** | HUHC012 is for honors credit |
| | HUHC014 is for honors credit |
| **College:** | HCLAS |
| **Major:** | Criminology |
| **Additional Standing:** | Dean's List |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| CRM | 002 | UG | (IS)THER PRSPTVS CRIME&JUSTICE | | | | |
| HUHC | 012 | UG | (BH) C&E SPR SOCIAL SCIENCES | | | | |
| HUHC | 014 | UG | (LT) C & E SPRING HUMANITIES | | | | |
| MATH | 045 | UG | (MA)LOGIC, SETS, & PROBABILITY | | | | |
| PHI | 009X | UG | PHIL STUDIO: PHIL EXPLORATIONS | | | | |
| PHI | 152 | UG | SCIENTIFIC REASONING | | | | |

### Term Totals (Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Fall Semester 2019**

| **Term Comments:** | CRM187R is for honors credit |
| | HUHC020E is for honors credit |
| **College:** | HCLAS |
| **Major:** | Criminology |
| **Additional Standing:** | Dean's List |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| CRM | 187R | UG | (IS) RACE & CRIMINALITY | | | | |

| Subject | Course | Level | Title |
|---|---|---|---|
| FA | 080 | UG | (CP) BEGINNING CERAMICS |
| HUHC | 020E | UG | REALITY, FICTION & NUMBERS |
| PHI | 103 | UG | (CC)LIFE, DEATH, & IMMORTALITY |
| SOC | 117 | UG | (BH) SOC OF TERRORISM |
| WSC | 131 | UG | (IS) ACTIVIST WRITING |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Spring Semester 2020**

| | |
|---|---|
| **Term Comments:** | PHI120 is for honors credit |
| | PHI015 is for honors credit |
| **College:** | HCLAS |
| **Major:** | Criminology |
| **Additional Standing:** | Provost List |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| CSC | 005 | UG | (CS) OVERVIEW - COMPUTER SCI | | | | |
| PHI | 015 | UG | (HP) LAW, PHIL & PUBLIC LIFE | | | | |
| PHI | 120 | UG | (HP) PHILOSOPHY OF LAW | | | | |
| SOC | 132 | UG | INDEP FIELDWORK & RES INTRNSHP | | | | |
| SOC | 153 | UG | (BH) SOC OF HUMAN RIGHTS | | | | |
| SOC | 180 | UG | STATISTICS IN SOC | | | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 17.000 | 17.000 | 17.000 | | | |

Unofficial Transcript

## TRANSCRIPT TOTALS (UNDERGRADUATE)     -Top-

| **Level Comments:** | HS language - AP Lang or Lit HS language - AP Math or Sci HS language - AP Total HS language - Math Math Placement: Basic Algebra: Score: 16 Math Placement: Calculus Readiness: Score: 9 Placed: SPAN 003 |
|---|---|

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | | | | | | |
| **Total Transfer:** | | | | | | |
| **Overall:** | | | | | | |

Unofficial Transcript

## COURSES IN PROGRESS     -Top-

**Term: Fall Semester 2020**

| | |
|---|---|
| **College:** | HCLAS |
| **Major:** | Criminology |

| Subject | Course | Level | Title | Credit Hours |
|---|---|---|---|---|
| GS | 002 | UG | (CC, IS) CULTURAL GLOBALIZATN | 3.000 |
| PHI | 016 | UG | (HP)PHILOSOPHIC THEMES IN FILM | 3.000 |
| PHI | 154 | UG | INTRO-SYMBOLIC LOGIC | 3.000 |
| SOC | 181 | UG | RES METHODS IN SOC | 4.000 |

Unofficial Transcript

| ID Selection | Student Summary and Registration Status | Address and Phones | E-mail Address |
| FERPA Release | EAB -SSC Campus | | |

**RELEASE: 8.7.1**                                                                                      **SITE MAP**