# EXHIBIT L

```
     Student No:  ▮▮▮▮▮▮                                              Date Issued: 19-NOV-2020
                                                                                          INOF
     Record of: Rebekah M. Cohen                         U N O F F I C I A L    Page:    1
 Current Name: Rebekah M. Cohen
              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮             This transcript is not official unless it bears the
                                           Hofstra University seal, is signed by the Dean
                                           of Academic Records, and is dated.
    Issued To: Academic Records

 Course Level: Law
   Only Admit: Fall Semester 2017

Current Program
         Major : Law

Degrees Awarded Juris Doctor 31-MAY-2020          SUBJ  NO.         COURSE TITLE          CRED GRD     PTS R
Primary Degree                                    _____
         Major : Law                              Institution Information continued:
SUBJ  NO.         COURSE TITLE          CRED GRD     PTS R    Ehrs: ▮  GPA-Hrs: ▮   QPts: ▮    GPA: ▮
_____
                                                  Spring Semester 2018
INSTITUTION CREDIT:                               Rank: 198 of 241
                                                    Law
Fall Semester 2017                                LAW   1705    CONTRACTS
  Law                                             LAW   1730    PROPERTY
LAW   1600    INTRODUCTION TO LAW                 LAW   2758    ADVANCED COMPETITION SKILLS
LAW   1700    CIVIL PROCEDURE                     LAW   2783    LEG. ANALYSIS WRTG. & RES. II
LAW   1710    CRIMINAL LAW                        LAW   3760    CONSTITUTIONAL LAW I
LAW   1720    LEG. ANALYSIS WRTG. & RES. I              Ehrs: ▮   GPA-Hrs: ▮    QPts: ▮
LAW   1735    TORTS
********************* CONTINUED ON NEXT COLUMN *** Fall Semester 2018
                                                  Rank: 194 of 244
                                                    Law
                                                  LAW   2758    ADVANCED COMPETITION SKILLS
                                                  ********************* CONTINUED ON PAGE   2 *
```

Case 2:20-cv-01999-GRB-ARL   Document 18-12   Filed 11/19/20   Page 3 of 4 PageID #: 1124

```
Student No: [REDACTED]                                              Date Issued: 19-NOV-2020
                                                                                        INOF
      Record of: Rebekah M. Cohen                          U N O F F I C I A L    Page:   2
          Level: Law
```



```
SUBJ  NO.         COURSE TITLE          CRED GRD   PTS R   SUBJ  NO.         COURSE TITLE          CRED GRD   PTS R
_____
Institution Information continued:                         Fall Semester 2019
LAW   3200        FOUNDATIONAL LAWYERING SKILLS            Rank: 178 of 243
LAW   3761        CONSTITUTIONAL LAW II                      Law
LAW   3935        PRETRIAL SKILLS                          LAW   2758        ADVANCED COMPETITION SKILLS
LAW   4751        CRIMINAL PROCEDURE I                     LAW   3603        COURTROOM TECH & ADV ADVOCACY
      Ehrs: [R]   GPA-Hrs: [R]    QPts: [R]                LAW   4701        BUSINESS ORGANIZATIONS
                                                           LAW   4837        WILLS,TRUSTS AND ESTATES
                                                                 Ehrs: [R]   GPA-Hrs: [R]    QPts: [R]
Spring Semester 2019
Rank: 174 of 244                                           Spring Semester 2020
  Law                                                      Rank: 179 of 243
LAW   2758        ADVANCED COMPETITION SKILLS              Law classes graded P/F-mandatory due to COVID-19.
LAW   2767        CRIMINAL PROCEDURE II                      Law
LAW   2786        ETHICS IN CRIMINAL ADVOCACY              LAW   2758        ADVANCED COMPETITION SKILLS
LAW   2947        THE JURY                                 LAW   2867        INDEPENDENT STUDY
LAW   3831        FAMILY LAW                               LAW   2867        INDEPENDENT STUDY
LAW   4761        EVIDENCE                                 LAW   2985        EXPERT WITNESS - HOMICIDE
      Ehrs: [R]   GPA-Hrs: [R]    QPts: [R]                ********************* CONTINUED ON PAGE   3 *
******************* CONTINUED ON NEXT COLUMN        **
```

```
Student No: ███████              Date Issued: 19-NOV-2020
                                                     INOF
Record of: Rebekah M. Cohen        U N O F F I C I A L    Page:  3
    Level: Law


SUBJ  NO.        COURSE TITLE            CRED GRD    PTS R
Institution Information continued:
LAW   3792    DOMESTIC VIOLENCE
LAW   3930    PERSP LEGAL ANALYSIS & WRITING
       Ehrs: ████  GPA-Hrs: ██████   QPts: ███████
********************** TRANSCRIPT TOTALS ****████████████
             Earned Hrs   GPA Hrs    Points     GPA
TOTAL INSTITUTION
TOTAL TRANSFER
OVERALL
********************* END OF TRANSCRIPT *********************
```