# EXHIBIT M

```
         Student No:  ████████                                          Date Issued: 19-NOV-2020
                                                                                            INOF
    Record of: Imani K Schulters                                U N O F F I C I A L    Page:  1
 Current Name: Imani K Schulters
              236 Archer St                          This transcript is not official unless it bears the
              Freeport, NY 11520                     Hofstra University seal, is signed by the Dean
                                                     of Academic Records, and is dated.
    Issued To: Academic Records

 Course Level: Undergraduate
   Only Admit: Fall Semester 2016

 Current Program
          Major : Community Health
```



```
Comments:                                            SUBJ  NO.          COURSE TITLE            CRED GRD    PTS R
████████████████████████████████
████████████████████████████████                     INSTITUTION CREDIT:
████████████████████████████████
████████████████████████████████                     Fall Semester 2016
████████████████████████████████                       Health Science
████████████████████████████████                     BIO   012        (NS) ANIMAL FORM AND FUNCTION
████████████████████████████████                     HPR   060        HEALTH PROMTN & DISEASE PREVNT
████████████████████████████████                     HPR   125        VIOLENCE IN CHLD, FAM, & CMNTY
████████████████████████████████                     MATH  050        (MA) PRECALCULUS
                                                     PESP  047        BALLROOM DANCING
                                                         Ehrs: ████   GPA-Hrs: ████   QPts: ████
SUBJ  NO.          COURSE TITLE            CRED GRD   PTS R  Spring Semester 2017
                                                               Health Science
******************** CONTINUED ON NEXT COLUMN ********************  BIO   012        (NS) ANIMAL FORM AND FUNCTION
                                                     HPR   061        HEALTH THROUGH THE LIFE CYCLE
                                                     MATH  070C       CAMCLE: CALCULUS READINESS
                                                       I to P
                                                     MATH  071        (MA) ANALYTIC GEOM & CALC I
                                                     PESP  180L       BALLROOM DANCING II
                                                     ********************* CONTINUED ON PAGE   2 *********************
```

```
Student No: ███████                                              Date Issued: 19-NOV-2020
                                                                                     INOF
   Record of: Imani K Schulters                         U N O F F I C I A L   Page:    2
      Level: Undergraduate


SUBJ  NO.        COURSE TITLE         CRED GRD   PTS R    SUBJ  NO.        COURSE TITLE         CRED GRD   PTS R
Institution Information continued:                        Institution Information continued:
PSY   001      INTRO TO PSYCHOLOGY                        PROF  EXAM     WRITING PROFICIENCY EXAM
         Ehrs: ███  GPA-Hrs: ███    QPts: ███             PSY   153      CHILD DEVELOPMENT
                                                          SOC   004      (BH) CONTEMPORARY SOCIETY
Fall Semester 2017                                        WSC   002      COMPOSITION
   Health Science                                                  Ehrs: ███ GPA-Hrs: ███   QPts: ███
CHEM  003A     (NS) GENERAL CHEMISTRY I                   Dean's List
CHEM  003B     (NS) GENERAL CHEMISTRY LAB I
HPR   062      PERSONAL & COMMUNITY HEALTH                Fall Semester 2018
HPR   066      DRUGS AND ALCOHOL                             Health Science
PSC   137      WORLD ORGANIZ-LAW                          CHEM  004A     (NS) GENERAL CHEMISTRY II
WSC   001      COMPOSITION                                CHEM  004B     (NS) GENERAL CHEMISTRY LAB II
         Ehrs: ███ GPA-Hrs: ███    QPts: ███              HPR   071      CHRONIC & CMNCBLE DISEASES
                                                          HPR   075      LIFE CYCLE SEXUAL HEALTH
Spring Semester 2018                                      PHYS  001A     (NS) ELEMENTARY PHYSICS
   Health Science                                         PHYS  001B     (NS) ELEM PHYSICS LAB
HPR   064      CONSUMER HEALTH                              D+ to C+, Dn Valenti
HPR   065      ETHCL, LEGL&CRT HEALTH PROBLMS             RHET  001      (CP) ORAL COMMUNICATION
HPR   073      FRAMEWORK & DESIGN HEALTH CARE                      Ehrs: ███ GPA-Hrs: ███   QPts: ███
******************* CONTINUED ON NEXT COLUMN ******************** ******************* CONTINUED ON PAGE   3 *********************
```

```
Student No: [REDACTED]                                           Date Issued: 19-NOV-2020
                                                                              INOF
Record of: Imani K Schulters                              U N O F F I C I A L    Page:   3
     Level: Undergraduate


SUBJ  NO.        COURSE TITLE           CRED GRD   PTS R   SUBJ  NO.        COURSE TITLE           CRED GRD   PTS R
Institution Information continued:                         Institution Information continued:
                                                           HPR  116       PLNG & EVAL CMNTY HLTH PRGS
Spring Semester 2019                                       HPR  157A      FIELD EXPERIENCE: CMNTY HEALTH
   Community Health                                        HSCI 103       HUMAN ANATOMY AND PHYSIOLOGY I
BAN  001        INTRO TO BUSINESS STATISTICS                    Ehrs: [REDACTED]  GPA-Hrs: [REDACTED]  QPts: [REDACTED]
CHEM 135        FOUNDATIONS OF ORGANIC CHEM                Dean's List
CHEM 137        FOUNDATNS IN ORGANIC CHEM LAB
ENGL 115        (LT) SHAKSPR-EARLY PLAYS                   Spring Semester 2020
  B to P, Dn Valenti/S Pike                                   Community Health
HIST 012        (HP) WESTERN CIVILIZATN 2                  HPR  072       SERVICE LEARNING IN HEALTH
HPR  063        HEALTH CARE SYSTEMS & SERVICES             HPR  114       APPLD NUTRITN, DIET & EXERCISE
PHYS 002A       (NS) ELEMENTARY PHYSICS                    HPR  117       HEALTH COUNSELING ISSUES
     Ehrs: [REDACTED]  GPA-Hrs: [REDACTED]  QPts: [REDACTED]  HPR  157B       FIELD EXPERIENCE: CMNTY HEALTH
                                                           HSCI 105       HUMAN ANATOMY & PHYSIOLOGY II
Fall Semester 2019                                         PSY  040       STATISTICS
   Community Health                                             Ehrs: [REDACTED]  GPA-Hrs: [REDACTED]  QPts: [REDACTED]
HPR  069        STRESS MANAGEMENT                          Dean's List
HPR  070        EPIDEMIOLOGY                               ******************** CONTINUED ON PAGE   4 ********************
HPR  072        SERVICE LEARNING IN HEALTH
HPR  074        HEALTH CARE INFORMATN SYSTEMS
******************** CONTINUED ON NEXT COLUMN
```

```
Student No: ███████                                              Date Issued: 19-NOV-2020
                                                                                     INOF
   Record of: Imani K Schulters                             U N O F F I C I A L    Page:   4
       Level: Undergraduate


********************* TRANSCRIPT TOTALS *********************
                    Earned Hrs   GPA Hrs      Points      GPA
TOTAL INSTITUTION   ████████████████████████████████
TOTAL TRANSFER      ████████████████████████████████
OVERALL
********************* END OF TRANSCRIPT *********************
```