# EXHIBIT N

# Student AcademicTranscript

The information displayed on this page is time sensitive. Therefore please be aware of the following:

This is NOT an official transcript. The course information displayed reflects your current academic history as of today's date, and is subject to change. **Final grades are updated nightly. Courses in Progress**, as well as courses for a previous semester may be included on this transcript. Courses that have not been graded will NOT be included in the sections of this page reflecting **Current** and **Cumulative Term Totals**. Consequently, this may affect the underlying **Overall Transcript Totals** section of this page, which includes but is not limited to cumulative **GPA, Institutional** and **Transfer** credit **totals**.

Please also note that the **new Undergraduate Incomplete Grade policy** is in effect. This policy applies to all coursework taken in Fall 2008 or later. For additional information on this policy, click here.

For additional information regarding what is displayed on this transcript, please contact the Office of Academic Records/Registrar at (516) 463-8000, option 2.

Information for Miah M. Latvala

Transfer Credit    Institution Credit    Transcript Totals    Courses in Progress

## Transcript Data

### STUDENT INFORMATION

**ID :**
**Name :** Miah M. Latvala

### Curriculum Information

**Current Program**
**Program:** Bachelor of Arts
**Major and Department:** Psychology, Psychology
**Major and Department:** Political Science, Political Science

\*\*\*Transcript type: WEB is NOT Official \*\*\*

### DEGREE INFORMATION

**Sought:** Bachelor of Arts    **Degree Date:**

### Curriculum Information

**Primary Degree**
**Program:** Bachelor of Arts
**Major:** Psychology
**Major:** Political Science

### TRANSFER CREDIT ACCEPTED BY INSTITUTION     -Top-

**09/16-05/19:** Advanced Placement

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|
| HIST | 003A | INTRO AMERICAN HISTORY | TR | | | |
| LA | 999 | LIBERAL ARTS ELECTIVE | TR | | | |
| PSY | 001 | INTRO TO PSYCHOLOGY | TR | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

NO MORE THAN (30.00) CREDITS FOR CLEP AND ADVANCED PLACEMENT CAN BE APPLIED TO YOUR HOFSTRA DEGREE.

**INSTITUTION CREDIT     -Top-**

**Term: Fall Semester 2019**

| | |
|---|---|
| **College:** | HCLAS |
| **Major:** | Psychology |
| **Additional Standing:** | Dean's List |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| ITAL | 002 | UG | ELEMENTARY ITALIAN 2 | | | | |
| LIBR | 001 | UG | INFO LITERACY FOR UNDERGRADS | | | | |
| PHI | 014 | UG | (HP) INTRO TO ETHICS I | | | | |
| PSC | 001 | UG | (BH) AMERICAN POLITICS | | | | |
| PSY | 139 | UG | ABNORMAL PSYCHOLOGY | | | | |
| WSC | 001 | UG | COMPOSITION: POLTCS & PHIL | | | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**Term: Spring Semester 2020**

| | |
|---|---|
| **College:** | HCLAS |
| **Major:** | Psychology |
| **Additional Standing:** | Dean's List |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R (Repeat Status) |
|---|---|---|---|---|---|---|---|
| ITAL | 003 | UG | INTERMEDIATE ITALIAN 1 | | | | |
| MATH | 045 | UG | (MA)LOGIC, SETS, & PROBABILITY | | | | |
| PROF | EXAM | UG | WRITING PROFICIENCY EXAM | | | | |
| PSC | 002 | UG | (BH) COMPARATIVE POLITICS | | | | |
| RELI | 055 | UG | (CC,HP)ANTISEM, ISLAMPHB, RACM | | | | |
| WSC | 110 | UG | ADVANCED COMPOSITION | | | | |

**Term Totals (Undergraduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

**TRANSCRIPT TOTALS (UNDERGRADUATE)     -Top-**

| **Level Comments:** | Permission for a dual major BA Psychology & Pol Science given by Univ Dn M Schauss -- Sub WSC 110 for WSC 002, P Fritz -- Placed: ITAL 002 |
|---|---|

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | | | | | | |
| **Total Transfer:** | | | | | | |
| **Overall:** | | | | | | |

Unofficial Transcript

**COURSES IN PROGRESS     -Top-**

**Term: Fall Semester 2020**

**College:** HCLAS

**Major:** Psychology

| Subject | Course | Level | Title | Credit Hours |
|---|---|---|---|---|
| AH | 107 | UG | (AA) RENAISS ART-NRTHN EUROPE | |
| PSC | 137 | UG | WORLD ORGANIZ-LAW | |
| PSC | 151I | UG | WINNING THE WHITE HOUSE 2020 | |
| SOC | 009 | UG | (BH) YOUTH,CRISIS, CULTRE | |



Unofficial Transcript

| | | | |
|---|---|---|---|
| ID Selection | Student Summary and Registration Status | Address and Phones | E-mail Address |
| FERPA Release | EAB -SSC Campus | | |

**RELEASE: 8.7.1**   **SITE MAP**