# EXHIBIT O

```
      Student No: [REDACTED]                                              Date Issued: 19-NOV-2020
                                                                                              INOF
   Record of: Mikayla Fallon                                    U N O F F I C I A L    Page:    1
Current Name: Mikayla Fallon
              [REDACTED]                                        This transcript is not official unless it bears the
                                                                Hofstra University seal, is signed by the Dean
                                                                of Academic Records, and is dated.
   Issued To: Academic Records

 Course Level: Undergraduate
   Only Admit: Fall Semester 2016

Current Program
         Major : Dance
         Minor : Public Relations                  SUBJ  NO.          COURSE TITLE            CRED GRD    PTS R
Comments:
[REDACTED]                                         INSTITUTION CREDIT:

                                                   Fall Semester 2016
                                                     Dance
                                                   DNCE 011       (CP) MODERN DANCE 1
                                                   DNCE 015       (CP) BALLET 1
                                                   MUS  151       SPEC STUDIES-MUSIC 1
                                                   RHET 007       (CP) PUBLIC SPEAKING
                                                   ******************** CONTINUED ON PAGE  2  ********************

****************** CONTINUED ON NEXT COLUMN ******************
```

```
Student No: ████████                                          Date Issued: 19-NOV-2020
                                                                          INOF
Record of: Mikayla Fallon                             U N O F F I C I A L   Page:   2
    Level: Undergraduate
```



```
SUBJ  NO.         COURSE TITLE              CRED GRD    PTS R   SUBJ  NO.         COURSE TITLE              CRED GRD    PTS R
Institution Information continued:                              Institution Information continued:
SPAN  001      ELEMENTARY SPANISH 1                             DNCE  013      (CP) MODERN DANCE 3
WSC   001      COMPOSITION: MODERN DANCE                        DNCE  017      (CP) BALLET 3
        Ehrs: ████  GPA-Hrs: ████   QPts: ████                  DNCE  128      HISTORY OF DANCE
                                                                MASS  001      MASS MEDIA: HIST & DEVELOPMENT
Spring Semester 2017                                            PHI   005F     INSIGHTS: FRIENDSHIP
   Dance                                                        PHI   014      (HP) INTRO TO ETHICS I
CLL   151      (LT) CINEMA OF POETRY                                    Ehrs: ████  GPA-Hrs: ████   QPts: ████
DNCE  012      (CP) MODERN DANCE 2
DNCE  016      (CP) BALLET 2                                    Spring Semester 2018
DNCE  127      (AA) DANCE APPRECIATION                             Dance
PROF  EXAM     WRITING PROFICIENCY EXAM                         DNCE  018      BALLET 4
SOC   153      (BH) SOC OF HUMAN RIGHTS                         DNCE  114      MODERN DANCE 8
WSC   002      COMPOSITION                                      DNCE  121      CHOREOGRAPHY 1
        Ehrs: ████  GPA-Hrs: ████   QPts: ████                  FRLT  043      (CC,LT) DCLNZG MND:AFR/SE ASIA
                                                                MASS  012      MEDIA LITERACY: CRITICISM & AN
Fall Semester 2017                                              PR    100      FUNDAMENTALS OF PUBLIC RELATNS
   Dance                                                                Ehrs: ████  GPA-Hrs: 1████   QPts: ████
CLL   188      (LT) PSYCHOANALYSIS & LIT                        ******************** CONTINUED ON PAGE   3 *
******************* CONTINUED ON NEXT COLUMN *******************
```

```
Student No: ████                                          Date Issued: 19-NOV-2020
                                                                             INOF
Record of: Mikayla Fallon                         U N O F F I C I A L    Page:   3
    Level: Undergraduate
```



```
SUBJ NO.        COURSE TITLE          CRED GRD   PTS R   SUBJ NO.        COURSE TITLE          CRED GRD   PTS R
Institution Information continued:                       Institution Information continued:
Fall Semester 2018                                       Spring Semester 2019
   Dance                                                    Dance
CSC  005      (CS) OVERVIEW - COMPUTER SCI              DNCE 112      MODERN DANCE 6
DNCE 113      MODERN DANCE 7                            DNCE 116      BALLET 6
DNCE 115      BALLET 5                                  GEOL 001      (NS) PLANET EARTH
DNCE 130      DANCE REPERTORY                           PESP 103      METH&MAT-TCHG EL LVL
PESP 107      KINESIOLOGY FOR DNCR                      PR   102      PUB RLTNS RES METH & ASSMNT
SOC  009      (BH) YOUTH,CRISIS, CULTRE                 PR   103      PUBLIC RELATIONS COPYWRITING
      Ehrs: ███   GPA-Hrs: ███   QPts: ███                    Ehrs: ███   GPA-Hrs: ███   QPts: ███
January Session 2019                                     Fall Semester 2019
   Dance                                                    Dance
DRAM 055      REHERSAL & PRODUCTION-THEATER             CLL  191      (LT) ROMANTICISM
  I to P                                                DNCE 025      ART OF DANCE PRODCTN
      Ehrs: ███   GPA-Hrs: ███   QPts: ███              DNCE 113      MODERN DANCE 7
****************** CONTINUED ON NEXT COLUMN ******      JRNL 001      MEDIA ETHICS
                                                        MATH 030A     (MA) MATH EXCURSIONS
                                                        WSC  131      (IS) ACTIVIST WRITING
                                                        ********************* CONTINUED ON PAGE   4 *
```

```
Student No: [REDACTED]                                                Date Issued: 19-NOV-2020
                                                                                        INOF
Record of: Mikayla Fallon                                    U N O F F I C I A L    Page:   4
  Level: Undergraduate


                                                        *********************** TRANSCRIPT TOTALS ***********************
                                                              Earned Hrs   GPA Hrs    Points       GPA
SUBJ  NO.         COURSE TITLE           CRED GRD  PTS R  TOTAL INSTITUTION
Institution Information continued:                        TOTAL TRANSFER
     Ehrs: [ ]  GPA-Hrs: [ ]   QPts: [ ]                  OVERALL
Spring Semester 2020                                      *********************** END OF TRANSCRIPT ***********************
  Dance
AH    103      (AA, CC) ART OF THE SILK ROAD
  Gr chg to P
DNCE  114      MODERN DANCE 8
DNCE  133      SENIOR PRACTICUM
DRAM  055      REHERSAL & PRODUCTION-THEATER
ENGL  198Q     (LT) LITERARY MEMOIR
FA    009      (CP) ART STUDIO:SCULPTURE
     Ehrs: [ ]  GPA-Hrs: [ ]   QPts:
**************          CONTINUED ON NEXT COLUMN
```

