| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Courtroom 940<br>DATE: 4/14/2021<br>TIME:. 2:00 |

**FILED**
**CLERK**
4/14/2021 4:51 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: Civil Cause for Telephone Pre-Motion Conference
  20cv01999 STELLATO V. HOFSTRA UNIVERSITY
  20cv 3671 Migliore v. Hofstra University - Maurice A. Deane School of Law

APPEARANCES:   Plaintiff:  Daniel Kurowski, Andrew Obergfell and Ellen Noteware (Stellato)
           Benjamin Zakarin (Migliore)
.
           Defendant: Suzanne Messer
COURT REPORTER/FTR**#: AT&T Conference: 2:15-3:24

**Motion for:** to dismiss
**Movant:** defendants

Case called.

☒ Counsel for all sides present.

☐ Pre-motion conference held.

  ☐ Parties to meet and confer and submit a schedule within 2 weeks.

  ☐ Motion Schedule set.   Motion served by:
              Response served by:
              Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☐ Choose an item.

☒ Motion argued.

☒ The Court deems the motion made.

☐ Motion is *Choose an item.* (** No written decision**)

☒ Other: 20cv 1999 *Stellato*- motion denied as to the breach of contract claim and granted as to the unjust enrichment and conversion claim.  20cv 3671 *Migliore* – motion granted without prejudice as to the breach of contract claim. Motion granted as to conversion claim. Motion denied as to the unjust enrichment claim. Plaintiff granted 2 weeks to file an amended complaint.  The request for a stay of discovery is respectfully referred to Mag. Judge Lindsay.

☐     The parties are to submit order on notice to all parties.

☐     Settlement discussed. Choose an item.

☐     Jury Selection and trial set for:
        Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.