

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER, ESQ.**
smesser@bsk.com
P: 315.218.8628

May 5, 2021

**VIA ELECTRONIC FILING**

Hon. Arlene R. Lindsay
United States District Court, Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Stellato, et al. v. Hofstra University*
Civil Action No. 2:20-cv-01999 (GRB-ARL)

Dear Magistrate Judge Lindsay:

We represent Defendant Hofstra University ("Hofstra" or the "University").

On April 14, 2021, Judge Brown issued a decision resolving the University's oral motion for judgment on the pleadings. ECF Doc. No. 25. Judge Brown also referred Hofstra's pending request for a stay of discovery to your Honor. On April 15, 2021, the Court issued a docket entry ordering Hofstra "to file a letter motion to stay discovery in accordance with [your Honor's] individual rules, if appropriate, no later than May 6, 2021."

In light of Judge Brown's April 14, 2021, decision on Hofstra's Rule 12(c) motion, the University withdraws its request for a stay of discovery.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne Messer*

Suzanne M. Messer

cc: Counsel of Record (via ECF)

12482615.1

Attorneys At Law | A Professional Limited Liability Company